**No. 22-1895**

# United States Court of Appeals for the Federal Circuit

**MASIMO CORPORATION,**

*Appellant,*

*v.*

**APPLE INC.,**

*Appellee.*

APPEAL FROM THE UNITED STATES PATENT AND TRADEMARK OFFICE, PATENT TRIAL AND APPEAL BOARD IN NO. IPR2020-01722

**NOTICE OF WITHDRAWAL OF APPEARANCE OF NON-PRINCIPAL COUNSEL RYAN TEEL AND REMOVAL FROM ELECTRONIC NOTIFICATION**

Lauren A. Degnan
W. Karl Renner
Laura E. Powell
Ryan Teel
FISH & RICHARDSON P.C.
1000 Maine Ave., Suite 1000
Washington, DC 20024
Tel: (202) 783-5070
degnan@fr.com

Robert Courtney
FISH & RICHARDSON P.C.
60 South 6th Street
Suite 3200
Minneapolis, MN 55402
Tel: (612) 335-5070

July 25, 2022

*Attorneys for Appellee Apple Inc.*

**PLEASE TAKE NOTICE** that Ryan Teel of the law firm Fish & Richardson P.C. withdraws his appearance on behalf of Appellee Apple Inc. in the above captioned matter and request removal from electronic notification. *See* Fed. Cir. R. 47.3(c).

**PLEASE TAKE FURTHER NOTICE** that Apple Inc. will continue to be represented by Fish & Richardson P.C. and that Lauren A. Degnan has been duly and properly designated by the Court as the principal counsel on behalf of Appellee Apple Inc.

Dated: July 25, 2022

Respectfully submitted,

 /s/ Lauren A. Degnan
Lauren A. Degnan
W. Karl Renner
Laura E. Powell
Ryan Teel
FISH & RICHARDSON P.C.
1000 Maine Ave., Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070

Robert Courtney
FISH & RICHARDSON P.C.
60 South 6th Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 335-5070

***Attorneys for Appellee Apple Inc.***

**CERTIFICATE OF SERVICE AND FILING**

I certify that on July 25, 2022, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE OF NON-PRINCIPAL COUNSEL RYAN TEEL AND REMOVAL FROM ELECTRONIC NOTIFICATION** using the Court's CM/ECF filing system. Counsel for appellant were electronically served by and through the Court's CM/ECF filing system per Fed. R. App. P. 25 and Fed. Cir. R. 25(e).

*/s/ Lauren A. Degnan*
Lauren A. Degnan