No. 22-1895

IN THE

# United States Court of Appeals

## FOR THE FEDERAL CIRCUIT

_____

MASIMO CORPORATION,

*Appellant,*

*v.*

APPLE INC.,

*Appellee,*

APPEAL FROM THE PATENT TRIAL AND APPEAL BOARD
CASE NO. IPR2020-01722

**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT MASIMO CORPORATION'S REPLY BRIEF**

Joseph R. Re, *Principal Counsel*
Stephen C. Jensen
John M. Grover
Shannon Lam
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404

Jeremiah S. Helm
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1717 Pennsylvania Ave., N.W.
Washington, D.C. 20006
(202) 640-6400

*Attorneys for Appellant
Masimo Corporation*

March 15, 2023

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Appellant Masimo Corporation ("Appellant" or "Masimo") respectfully requests an extension of time to file its reply brief.  The reply brief is currently due on March 24, 2023, and Masimo seeks a 14-day extension to April 7, 2023.  This is Appellant's second request for an extension of time.  Appellant anticipates no further requests for an extension.

Although no declaration is required, Fed. Cir. R. 26(b)(3), Masimo nevertheless submits the attached declaration of Masimo's counsel, Jeremiah S. Helm.  As described in the attached declaration, there is good cause for this extension due to the fact that the attorneys involved in or contributing to this case have conflicts involving obligations including other appeals.  Helm Decl. ¶ 2.  The conflict with these proceedings provide good cause for an extension.  *Id*. ¶¶ 1-3.

Counsel for Appellee Apple Inc., has indicated that Appellee does not oppose this motion.  *Id*. ¶ 4.

For the foregoing reasons, Masimo respectfully requests a 14-day extension to April 7, 2023, to file its reply brief.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

March 15, 2023

/s/ Jeremiah S. Helm
  Joseph R. Re
  Stephen C. Jensen
  John M. Grover
  Shannon Lam
  Jeremiah S. Helm

  *Attorneys for Appellant*
  *Masimo Corporation*

## DECLARATION OF JEREMIAH S. HELM IN SUPPORT OF APPELLANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

I, Jeremiah S. Helm, declare as follows:

1.     I am an attorney admitted to practice before this Court and a partner at the law firm of Knobbe, Martens, Olson & Bear, LLP ("Knobbe Martens").  I am counsel of record for Appellant Masimo Corporation ("Masimo") in this appeal.  I have personal knowledge of the facts in this declaration, and if called and sworn as a witness, could testify competently to them.  I make this declaration in support of Masimo's motion for a 14-day extension of time to file its reply brief.

2.     There is good cause for the requested extension of time due to the fact that the attorneys involved in or contributing to this proceeding are also involved in the following matters:

- *Masimo Corp. v. Apple Inc.,* 22-1631

- *Masimo Corp. v. Apple Inc.,* 22-1972

- *Masimo Corp. v. Apple Inc.,* 22-1894

- *Masimo Corp. v. Apple Inc.,* 22-2069

- *Apple Inc. v. Masimo Corp.,* 22-1890

- *Apple Inc. v. Masimo Corp.,* 22-1891

- *Masimo Corp. v. Sotera Wireless, Inc.*, 22-1393

- *Masimo Corp. v. Sotera Wireless, Inc.*, 22-1415

- *Supernus Pharms., Inc. v. Lupin Ltd., et al.,* C.A. No. 21-1293 (D. Del.)

- *Gilead Sciences, Inc., et al. v. Lupin Ltd., et al.*, C.A. No. 21-1621 (D. Del.)

- *Institute for Cancer Research v. ImmunityBio, Inc.*, JAMS Arbitration #5240000040

3.    In view of the foregoing obligations involving counsel involved in or contributing to the appeal, the requested extension of time to file Masimo's reply brief is necessary.  Without an extension Masimo will suffer hardship related to the unavailability of the attorneys contributing to and/or involved with this appeal to make contributions to this case due to other obligations.

4.    On March 14, 2023, counsel for Appellee Apple Inc. stated that Appellee does not oppose this motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this March 15, 2023, at Irvine, California.

*/s/ Jeremiah S. Helm*
Jeremiah S. Helm
Knobbe, Martens, Olson & Bear, LLP

## <u>CERTIFICATE OF INTEREST</u>

Counsel for Appellant Masimo Corporation certifies the following:

1.     The full name of every party represented by me is:

Masimo Corporation.

2.     The name of the real party-in-interest represented by me is:

Masimo Corporation.

3.     All parent corporations and any publicly held companies that own more than 10 percent or more of the stock of the party represented by me are:

BlackRock Inc.

4.     The name of all law firms and the partners or associates that appeared for the party in the lower tribunal or are expected to appear for the party in this court and who are not listed on the docket for the current case:

Knobbe, Martens, Olson & Bear, LLP: Jarom D. Kesler, Benjamin A. Katzenellenbogen, and Stephen W. Larson.

5.     The case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal:

 None

6.     Information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees):

None.

KNOBBE, MARTENS, OLSON & BEAR, LLP

March 15, 2023

*/s/ Jeremiah S. Helm*
Jeremiah S. Helm
*Attorneys for Appellant*
*Masimo Corporation*

## <u>CERTIFICATE OF COMPLIANCE</u>

    1.    This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A).  The motion contains 177 words, excluding the accompanying documents exempted by Fed. R. App. P. 27(d)(2) and Fed. Cir. R. 27(d).

    2.    This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6).  This brief has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point font Times New Roman.

KNOBBE, MARTENS, OLSON & BEAR, LLP

March 15, 2023          */s/ Jeremiah S. Helm*
                   Jeremiah S. Helm

                 *Attorneys for Appellant*
                 *Masimo Corporation*

57292480