# No. 22-1895

## IN THE
## United States Court of Appeals
### FOR THE FEDERAL CIRCUIT

———————

MASIMO CORPORATION,

*Appellant,*

*v.*

APPLE INC.,

*Appellee,*

APPEAL FROM THE PATENT TRIAL AND APPEAL BOARD
CASE NO. IPR2020-01722

**MASIMO CORPORATION'S MOTION TO FILE ITS REPLY BRIEF OUT OF TIME DUE TO TECHNICAL PROBLEMS**

| | |
|---|---|
| Joseph R. Re, *Principal Counsel* <br> Stephen C. Jensen <br> John M. Grover <br> Shannon Lam <br> **KNOBBE, MARTENS, OLSON & BEAR, LLP** <br> 2040 Main Street, 14th Floor <br> Irvine, CA 92614 <br> (949) 760-0404 | Jeremiah S. Helm <br> **KNOBBE, MARTENS, OLSON & BEAR, LLP** <br> 1717 Pennsylvania Ave., N.W. <br> Washington, D.C. 20006 <br> (202) 640-6400 <br><br> *Attorneys for Appellant* <br> *Masimo Corporation* |

April 10, 2023

# **CERTIFICATE OF INTEREST**

Counsel for Appellant Masimo Corporation certifies the following:

1. The full name of every party represented by me is:

Masimo Corporation.

2. The name of the real party-in-interest represented by me is:

Masimo Corporation.

3. All parent corporations and any publicly held companies that own more than 10 percent or more of the stock of the party represented by me are:

BlackRock Inc.

4. The name of all law firms and the partners or associates that appeared for the party in the lower tribunal or are expected to appear for the party in this court and who are not listed on the docket for the current case:

Knobbe, Martens, Olson & Bear, LLP: Jarom D. Kesler, Benjamin A. Katzenellenbogen, and Stephen W. Larson.

5. The case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal:

None.

6. Information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees):

None.

## I. INTRODUCTION

Pursuant to Federal Circuit Rule 25(c)(1)(C), or any other rule under which the Court might see fit to grant relief, Masimo Corporation hereby submits this motion for leave to file its Reply Brief Out of Time Due To Technical Problems related to the ECF outage. In the alternative Masimo asks that the Court grant a three-day extension to the time for filing Masimo's Reply Brief to Monday April 10, 2023 pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b). The brief was due for filing on April 7, 2023. This would be the third extension of time. Masimo's brief was previously extended for 30 and 14 days.

On April 7, 2023 at around 5:30 P.M. Eastern time (2:30 P.M. Pacific time), Mr. Jeremiah S. Helm directed Mr. Jeff Roche to file Masimo's Reply Briefs in Appeal Nos. 22-1894 and 22-1895. Helm Declaration ¶2. Because of the short length of the briefs and because neither brief included an appendix Mr. Helm expected the filings could be completed quickly. Helm Declaration ¶2. During the filing process Mr. Roche discovered that neither the 22-1894 nor the 22-1895 Reply Brief included a certificate of service. Helm Declaration ¶2. Mr. Roche added the certificate of service and resumed the filing process using the Federal Circuit's ECF System. Helm Declaration ¶2; Roche Declaration ¶2. After logging into the ECF System and starting the filing process for the first brief, Mr. Roche received an error message that filing was not allowed due to a server error. Roche Declaration ¶2.

Just after 6:00 P.M. Mr. Roche notified Mr. Helm that he could not complete the filing because the Court's ECF system was not accessible. Helm Declaration ¶3. At 3:13 P.M. Pacific Time Mr. Roche contacted the Federal Circuit at (202) 275-8000 and left a voice message with the Court's ECF Help Desk indicating the problem. Roche Declaration ¶3.

After several additional unsuccessful attempts to log into the Federal Circuit's ECF System, Mr. Roche contacted the PACER service center at 3:31 P.M. Pacific Time. Roche Declaration ¶4. A PACER representative indicated that the ECF system was undergoing maintenance and would not be back online until Monday April 10, 2023. Roche Declaration ¶4.

After determining that the Reply Brief could not be filed due to the ECF outage, Mr. Helm provided the Reply Brief of Masimo Corporation to opposing counsel of record via an email sent at 7:48 P.M. Eastern Time (4:48 P.M. Pacific Time). Helm Declaration ¶4, *id*. Exhibit A. Mr. Helm's email indicated Masimo's Reply Brief could not be filed due to technical issues and indicated that Masimo would file a motion pursuant to Federal Circuit Rule 25(c)(1)(C). Helm Declaration ¶5, *id*. Exhibit A.

Mr. Roche continued to monitor the Federal Circuit ECF System but was unable to complete the filing on April 7, 2023 due to the technical problem. Roche

Declaration ¶5. Masimo filed its Reply Brief as soon as it determined that the Court's ECF system was available. Helm Declaration ¶6.

## II. ARGUMENT

Masimo Corporation made multiple failed attempts to file its Reply Brief electronically through the Court's ECF system. Masimo was unable to complete the filing of the Reply Brief due to a technical failure. Although the document could not be filed due to a technical failure, Masimo provided the Reply Brief to opposing counsel on April 7, 2023. Masimo filed its Reply Brief as soon as it determined that the Court's ECF system was available for filing. Helm Declaration ¶6.

Good cause exists for Masimo's motion. Without relief Masimo will suffer hardship related to the inability to present its Reply Brief's arguments to the Court. Helm Declaration ¶7. Because Masimo provided its Reply Brief to opposing counsel on April 7, 2023, Masimo gains no benefit and Appellee suffers no prejudice from any extension of time. Helm Declaration ¶7. Masimo's motion only seeks the ability to file with the Court the same Reply Brief sent to opposing counsel, as Masimo intended to do before the ECF outage. Helm Declaration ¶¶5, 7. The Reply Brief's filing date does not implicate the Court's subject matter jurisdiction over the matter or the continuation of the appeal. Accordingly, Masimo requests leave to file its Reply Brief out of time pursuant to Federal Circuit Rule 25(c)(1)(C), or any other rule under which the Court might see fit to grant relief.

In the alternative, Masimo requests a three-day extension of time to file the Reply Brief sent to opposing counsel on April 7, 2023. As described in the attached declarations, good cause exists for this extension, which is requested due to extraordinary circumstances related to the ECF outage. Helm Declaration ¶¶2-7; Roche Declaration ¶¶2-5. Masimo sought to file its brief around 5:30 P.M. Eastern Time on April 7, 2023. Helm Declaration ¶2. The filing was delayed after Masimo discovered that the brief did not include a certificate of service. Helm Declaration ¶2, Roche Declaration ¶2. Masimo could not complete the filing process for its Reply Brief on April 7, 2023 due to the Court's ECF outage. Roche Declaration ¶¶2-5. In addition, Masimo could not file a motion for an extension of time or any other relief on April 7, 2023 due to the ECF outage. Helm Declaration ¶5. Masimo sent opposing counsel a copy of the Reply Brief on April 7, 2023. Helm Declaration ¶4. Without relief Masimo will suffer hardship related to the inability to present its Reply Brief's arguments to the Court. Helm Declaration ¶7.

Masimo provided its brief to opposing counsel on April 7, 2023 and thus gains no benefit, and Appellee suffers no prejudice, from any extension of time to file the Reply Brief. Helm Declaration ¶7. Masimo filed its Reply Brief with the Court as soon as it determined that the Court's ECF system was available for filing. Helm Declaration ¶6. Masimo's motion only seeks the ability to file with the Court the

same Reply Brief provided to opposing counsel on April 7, 2023, as Masimo intended to do before the Court's ECF outage. Helm Declaration ¶7.

RESPECTFULLY SUBMITTED,
KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 10, 2023        By: /s/ *Jeremiah S. Helm*
    Joseph R. Re, *Principal Counsel*
    Stephen C. Jensen
    John M. Grover
    Shannon Lam
    Jeremiah S. Helm

    *Attorneys for Appellant*
    *Masimo Corporation*

# **CERTIFICATE OF COMPLIANCE**

1. This brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 32(a). This brief contains 1007 words, excluding the parts of the brief exempt by Federal Rule of Appellate Procedure 32(f) and Federal Circuit Rule 32(b)(2).

2. This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6). This brief has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point font Times New Roman.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 10, 2023　　　　By: /s/ Jeremiah S. Helm
　　　　　　　　　　　　　　　　Jeremiah S. Helm

　　　　　　　　　　　　　　　*Attorneys for Appellant*
　　　　　　　　　　　　　　　*Masimo Corporation*

## DECLARATION OF JEREMIAH S. HELM IN SUPPORT OF APPELLANT MASIMO CORPORATION'S MOTION TO FILE ITS REPLY BRIEF OUT OF TIME DUE TO TECHNICAL PROBLEMS

I, Jeremiah S. Helm, declare as follows:

1. I am a partner at the law firm of Knobbe, Martens, Olson & Bear, LLP ("Knobbe Martens"). I have personal knowledge of the facts in this declaration, and if called and sworn as a witness, could testify competently to them. I make this declaration in support of Masimo's motion for leave to file its Reply Brief Out of Time Due to Technical Problems.

2. On Friday April 7, 2023 at around 5:30 P.M. Eastern Time (2:30 P.M. Pacific Tim) I directed Jeff Roche, a paralegal at Knobbe Martens, to file Masimo's Reply Briefs in Appeal Nos. 22-1894 and 22-1895. Because of the short length of the briefs and because neither brief included an appendix I expected the filings could be completed quickly. During the filing process Mr. Roche discovered that neither the 22-1894 nor the 22-1895 Reply Brief included a certificate of service. Mr. Roche added a certificate of service to both briefs and resumed the filing process.

3. Just after 6 P.M. Mr. Roche informed me he could not complete the filing because the Court's ECF system was not accessible.

4. After determining that the Reply Brief could not be filed due to the ECF outage, I provided opposing counsel of record a copy of Masimo's Reply Brief via an email sent at 7:48 P.M. Eastern Time (4:48 P.M. Pacific Time). My email

-8-

indicated Masimo was unable to file the Reply Brief due to technical problems and that Masimo would file a motion for leave to file out of time pursuant to Federal Circuit Rule 25(c)(1)(C). A copy of the email providing Masimo's Reply Brief to opposing counsel is attached as Exhibit A to this declaration.

5. I intended for Masimo's brief to be filed before 6 P.M. Eastern time. The filing process was not completed before the Court's ECF outage. Due to the ECF outage Masimo could not file for an extension of time or other relief before the end of the day on April 7, 2023.

6. Masimo filed its Reply Brief as soon as it determined the Court's ECF system was available.

7. Without relief Masimo will suffer hardship related to the inability to present its Reply arguments to the Court. Masimo provided its brief to opposing counsel on April 7, 2023 and thus gains no benefit from any extension of time. Masimo only seeks the ability to file its brief with the Court as it intended to do before the Court's ECF outage.

8. I declare under penalty of perjury that the foregoing is true and correct. Executed this April 10, 2023, at Irvine, California.

                                                */s/ Jeremiah S. Helm*
                                                Jeremiah S. Helm
                                                Knobbe, Martens, Olson & Bear, LLP

# EXHIBIT A

| | |
|---|---|
| **From:** | Jeremiah Helm |
| **To:** | Lauren Degnan; Michael Ballanco; Karl Renner; Robert Courtney; Laura Powell; Tiffany Johnson; Judith Best |
| **Cc:** | Shannon Lam; John Grover |
| **Subject:** | Masimo-Apple CAFC Nos. 22-1894, -1895 |
| **Date:** | Friday, April 7, 2023 7:48:00 PM |
| **Attachments:** | 2023-04-07 Reply Brief of Appellant Masimo Corporation-2022-1894.pdf |
| | 2023-04-07 Reply Brief of Appellant Masimo Corporation-2022-1895.pdf |

Counsel:

Due to technical issues we are unable to file our attached reply briefs with the Court in the above captioned matters. We plan to move for leave to file out of time pursuant to Federal Circuit Rule 25(c)(1)(C).

Best,

Jeremiah


**Jeremiah Helm**
Partner
Jeremiah.Helm@knobbe.com
**Direct:  949-721-5206**
**Knobbe Martens**
2040 Main St., 14th Floor
Irvine, CA  92614
www.knobbe.com/jeremiah-helm

### DECLARATION OF JEFF ROCHE IN SUPPORT OF APPELLANT MASIMO CORPORATION'S MOTION TO FILE ITS REPLY BRIEF OUT OF TIME DUE TO TECHNICAL PROBLEMS

I, Jeff Roche, declare as follows:

1. I am a Litigation Paralegal at the law firm of Knobbe, Martens, Olson & Bear, LLP ("Knobbe Martens"). I have personal knowledge of the facts in this declaration, and if called and sworn as a witness, could testify competently to them. I make this declaration in support of Masimo's motion for leave to file its Reply Brief Out of Time Due To Technical Problems due to ECF outage.

2. On Friday April 7, 2023 I started the process for filing Masimo's Reply Briefs in two different appeals, Appeal Nos. 22-1894 and 22-1895. During this process I discovered that neither Reply Brief included a Certificate of Service. I prepared and added the Certificate of Service to each brief. I logged into the Federal Circuit's ECF System to file Masimo Corporation's Reply Briefs. After logging into the system I selected the category of the filing for the first Reply Brief and was then presented with the error message: "Attention -Filing is not currently allowed due to a server error. Please try again later. Contact the Court if the problem persists." A screen shot of the error message is reproduced below:



3. At 3:13 P.M. Pacific Time I called the Federal Circuit Court at (202) 275-8000 and left a voice message to the ECF Help Desk regarding the outage.

4. After several additional unsuccessful attempts to log into the Federal Circuit's ECF System I contacted the PACER Service Center at 3:31 P.M. Pacific Time. A representative indicated that the ECF System was undergoing maintenance and would not be back online until Monday April 10, 2023.

5. I continued to monitor the Federal Circuit's ECF System but was unable to complete the filing on April 7, 2023 due to the technical problem. A screen shot of the error message I received when attempting later filings is reproduced below:



6.  I declare under penalty of perjury that the foregoing is true and correct.

Executed this April 10, 2023, at Irvine, California.

*/s/ Jeff Roche*
Jeff Roche
Knobbe, Martens, Olson & Bear, LLP

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on April 10, 2023, the foregoing **MASIMO CORPORATION'S MOTION TO FILE ITS REPLY BRIEF OUT OF TIME DUE TO TECHNICAL PROBLEMS** was filed using the Court's CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 10, 2023       By: */s/ Jeremiah S. Helm*
         Joseph R. Re, *Principal Counsel*
         Stephen C. Jensen
         John M. Grover
         Shannon Lam
         Jeremiah S. Helm

         *Attorneys for Appellant*
         *Masimo Corporation*

57427221