**No. 22-1895**

# United States Court of Appeals for the Federal Circuit

**MASIMO CORPORATION,**

*Appellant,*

*v.*

**APPLE INC.,**

*Appellee.*

APPEAL FROM THE UNITED STATES PATENT AND TRADEMARK OFFICE, PATENT TRIAL AND APPEAL BOARD IN NO. IPR2020-01722

**NOTICE OF WITHDRAWAL OF APPEARANCE OF NON-PRINCIPAL COUNSEL LAURA POWELL AND REMOVAL FROM ELECTRONIC NOTIFICATION**

| | |
|---|---|
| Lauren A. Degnan<br>W. Karl Renner<br>Michael J. Ballanco<br>FISH & RICHARDSON P.C.<br>1000 Maine Ave., Suite 1000<br>Washington, DC 20024<br>Tel: (202) 783-5070<br>degnan@fr.com | Robert Courtney<br>FISH & RICHARDSON P.C.<br>60 South 6th Street<br>Suite 3200<br>Minneapolis, MN 55402<br>Tel: (612) 335-5070 |

April 14, 2023   *Attorneys for Appellee Apple Inc.*

**PLEASE TAKE NOTICE** that the appearance of Laura E. Powell of the law firm Fish & Richardson P.C. on behalf of Appellee Apple Inc. in the above-captioned matter is hereby withdrawn and should be removed from electronic notification. *See* Fed. Cir. R. 47.3(c).

**PLEASE TAKE FURTHER NOTICE** that Apple Inc. will continue to be represented by Fish & Richardson P.C. and that Lauren A. Degnan has been duly and properly designated by the Court as the principal counsel on behalf of Appellee Apple Inc.

Dated: April 14, 2023   Respectfully submitted,

 /s/ *Michael J. Ballanco*
Lauren A. Degnan
W. Karl Renner
Michael J. Ballanco
FISH & RICHARDSON P.C.
1000 Maine Ave., Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070

Robert Courtney
FISH & RICHARDSON P.C.
60 South 6th Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 335-5070

***Attorneys for Appellee Apple Inc.***

## CERTIFICATE OF SERVICE AND FILING

I certify that on April 14, 2023, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE OF NON-PRINCIPAL COUNSEL LAURA POWELL AND REMOVAL FROM ELECTRONIC NOTIFICATION** of appellee using the Court's CM/ECF filing system. Counsel for appellant were electronically served by and through the Court's CM/ECF filing system per Fed. R. App. P. 25 and Fed. Cir. R. 25(e).

        */s/ Michael J. Ballanco*
        Michael J. Ballanco