**[Volume II, Appx1321 – Appx1974]**
**No. 22-1895**

---

**IN THE**
# United States Court of Appeals
**FOR THE FEDERAL CIRCUIT**

---

MASIMO CORPORATION,
*Appellant,*
v.
APPLE INC.,
*Appellee.*

---

APPEAL FROM THE PATENT TRIAL AND APPEAL BOARD
CASE NO. IPR2020-01722

---

## JOINT APPENDIX

---

Joseph R. Re, *Principal Counsel*
Stephen C. Jensen
John M. Grover
Shannon Lam
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404

Jeremiah S. Helm
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1717 Pennsylvania Ave., N.W.
Washington, D.C. 20006
(202) 640-6400

*Attorneys for Appellant Masimo Corporation*

Lauren A. Degnan, *Principal Counsel*
W. Karl Renner
Michael J. Ballanco
**FISH & RICHARDSON P.C.**
1000 Maine Ave., Suite 1000
Washington, DC 20024
Tel: (202) 783-5070

Robert Courtney
**FISH & RICHARDSON P.C.**
60 South 6th Street
Suite 3200
Minneapolis, MN 55402
Tel: (612) 335-5070

*Attorneys for Appellee Apple Inc.*

April 14, 2023

## Table of Contents

| Date | Paper No. /Ex. No. | Document | Pages |
|---|---|---|---|
| **VOLUME I** | | | |
| 5/5/2022 | 29 | Final Written Decision | Appx0001-Appx0031 |
| 7/26/2022 | n/a | Notice Forwarding Certified List | Appx0032-Appx0129 |
| n/a | Ex. 1001 | U.S. Patent No. 10,470,695 | Appx0130-Appx0154 |
| 10/2/2020 | 2 | Petition for Inter Partes Review | Appx0156; Appx0175; Appx0177-0183; Appx0227-0229; Appx0231; Appx0237-0241; Appx0268-0270 |
| 8/9/2021 | 13 | Patent Owner's Response | Appx0350-0400 |
| 11/5/2021 | 18 | Petitioner's Reply to Patent Owner's Response | Appx0411; Appx0417-0428 |
| | Ex. 1023 | Petitioner's Demonstratives | Appx0509; Appx0533-0538 |
| 4/5/2022 | 28 | February 9, 2022 Oral Hearing Transcript | Appx0553; Appx0559; Appx0563-0565; Appx0568-0569; Appx0573-0575; Appx0584-0585 |
| | Ex. 1003 | Declaration of Brian W. Anthony | Appx1114; Appx1128-1129; Appx1177-1182; Appx1216-1218 |
| | Ex. 1005 | U.S. Patent No. 8,998,815 | Appx1248-1320 |
| **VOLUME II** | | | |
| | Ex. 1006 | U.S. Patent No. 6,343,223 | Appx1321-Appx1332 |
| | Ex. 1014 | U.S. Patent No. 9,392,946 | Appx1333-1362 |

| Date | Paper No. /Ex. No. | Document | Pages |
|---|---|---|---|
| | Ex. 1015 | Mendelson, Skin Reflectance Pulse Oximetry In Vivo Measurements from the Forearm and Calf | Appx1363-1368 |
| | Ex. 1016 | PCT Pub. No. WO 2011/051888 to Ackermans et al.("Ackermans") | Appx1369-Appx1388 |
| | Ex. 1022 | 9/10/2021 Deposition Transcript of Dr. Vijay Madisetti | Appx1704; Appx1722-1723; Appx1760-1765 |
| | Ex. 2001 | Declaration of Vijay K. Madisetti, Ph.D. | Appx1771-1825 |
| | Ex. 2003 | 7/16/2021 Transcript of Deposition of Dr. Brian Anthony in connection with IPR2020-01722 | Appx1853; Appx1974 |

57461524



US006343223B1

(12) **United States Patent**
**Chin et al.**

(10) **Patent No.: US 6,343,223 B1**
(45) **Date of Patent: Jan. 29, 2002**

(54) **OXIMETER SENSOR WITH OFFSET EMITTERS AND DETECTOR AND HEATING DEVICE**

(75) Inventors: **Rodney Chin**, Oakland; **Steven Hobbs**, Pasadena, both of CA (US)

(73) Assignee: **Mallinckrodt Inc.**, Hazelwood, MO (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/483,098**

(22) Filed: **Jan. 14, 2000**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/447,449, filed on Nov. 22, 1999, and a continuation-in-part of application No. 08/903,120, filed on Jul. 30, 1997.

(51) **Int. Cl.**[7] .................................................. **A61B 5/00**
(52) **U.S. Cl.** ........................................ **600/323**; 600/334
(58) **Field of Search** ......................... 600/310, 322–324, 600/334–344

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,805,623 A * 2/1989 Jobsis
4,807,631 A * 2/1989 Hersh et al.
4,819,752 A * 4/1989 Zeliin
4,822,568 A * 4/1989 Tomita
4,824,242 A * 4/1989 Frick et al.
4,869,253 A * 9/1989 Craig, Jr. et al.
4,869,254 A * 9/1989 Stone et al.
4,926,867 A * 5/1990 Kanda et al.
4,928,692 A * 5/1990 Goodman et al.
5,007,423 A * 4/1991 Branstetter et al.
5,028,787 A * 7/1991 Rosenthal et al.
5,048,524 A * 9/1991 Bailey
5,119,815 A * 6/1992 Chance
5,213,099 A * 5/1993 Tripp, Jr.
5,219,400 A * 6/1993 Jacot et al.
5,246,002 A * 9/1993 Prosser
5,259,381 A * 11/1993 Cheung et al.
5,300,769 A * 4/1994 Dahlin et al.
5,313,940 A * 5/1994 Fuse et al.
5,348,004 A * 9/1994 Hollub
5,351,685 A * 10/1994 Potratz
5,355,882 A * 10/1994 Ukawa et al.
5,368,224 A * 11/1994 Richardson et al.
5,372,134 A * 12/1994 Richardson
5,373,850 A * 12/1994 Kohno et al.
5,379,238 A * 1/1995 Stark
5,408,998 A * 4/1995 Mersch
5,413,101 A * 5/1995 Sugiura
5,490,523 A * 2/1996 Isaacson et al.
5,503,148 A * 4/1996 Pologe et al.
5,551,422 A * 9/1996 Simonsen et al.
5,551,423 A * 9/1996 Sugiura
5,596,986 A * 1/1997 Goldfarb
5,770,454 A * 6/1998 Essenpreis et al.
5,800,349 A * 9/1998 Isaacson et al.
5,817,008 A * 10/1998 Rafert et al.

* cited by examiner

*Primary Examiner*—Linda C. M. Dvorak
*Assistant Examiner*—David M. Ruddy
(74) *Attorney, Agent, or Firm*—Townsend & Townsend & Crew LLP

(57) **ABSTRACT**

A method and apparatus for improving blood perfusion by both heating a patient's skin and providing emitters and a detector which are offset from each other. Since the emitters and detector are not directly opposite each other, the light is forced to pass through more blood perfused tissue (with blood perfusion enhanced by heating) to pass from the emitters to the detector. This causes the light emitted by the emitters to pass through more blood-perfused tissue to reach the detector than it would on the direct path through the appendage if the emitters and detector were opposite each other.

**26 Claims, 5 Drawing Sheets**







17
20
INPUT AMPLIFIER
15
SENSOR
40
ANALOG SWITCH
ANALOG SWITCH
ANALOG SWITCH
16
PHOTO-DETECTOR
60
THERMISTOR
42
LOWPASS FILTER
LOWPASS FILTER
LOWPASS FILTER
18
PATIENT
38
A/D
A/D
A/D
14
LEDS
12
SENSOR MEMORY
79
69
69
46
48
32
QSM
TPU
LED DRIVE
BUS
52
62
CPU
RAM
THERMISTOR CONTROL
50

FIG. 1.



FIG. 2.



FIG. 3.



FIG. 4.



PRIOR ART
FIG. 5A.
112
e
TISSUE
116
A
114
d
118
FIG. 5B.
SENSOR
BODY 124
e
122
B
t=3-5
mm
d
120
e=emitters
d=detector
128
e
60
132
FIG. 5C.
C
138
d
130
e
60
133
FIG. 5D.
D
136
134
d
150
148
FIG. 5E.
146
E
152
e
140
60
142
d
144
150
60
FIG. 5F.
146
E
152
e
d
144
140
156
154
142
L>>t
161
163
e1
e2
FIG. 5G.
D
60
d

U.S. Patent Jan. 29, 2002 Sheet 4 of 5 US 6,343,223 B1

162
164
160
162
166
168
160
188
180
184
186
192
194
60
182
190

FIG. 6A. FIG. 6B. FIG. 8.

176
178
170
176
170
180
172
178
174
60

FIG. 7A. FIG. 7B.

196
198
100
199
102

FIG. 9. FIG. 10.

5

Appx1325



FIG. 11.

# OXIMETER SENSOR WITH OFFSET EMITTERS AND DETECTOR AND HEATING DEVICE

## RELATED APPLICATIONS

This application is a continuation-in-part of applications Ser. No. 08/903,120, filed Jul. 30, 1997, entitled "Oximetry Sensor with Offset Emitters and Detector" and Ser. No. 09/447,449, filed Nov. 22, 1999, entitled "Single Device for Both Heating and Temperature Measurement in an Oximeter Sensor."

## BACKGROUND OF THE INVENTION

The present invention relates to oximeter sensors, and in particular oximeter sensors with a heating element to improve perfusion.

Pulse oximetry is typically used to measure various blood characteristics including, but not limited to, the blood-oxygen saturation of hemoglobin in arterial blood, and the rate of blood pulsations corresponding to a heart rate of a patient. Measurement of these characteristics has been accomplished by use of a non-invasive sensor which passes light through a portion of the patient's tissue where blood perfuses the tissue, and photoelectrically senses the absorption of light in such tissue. The amount of light absorbed is then used to calculate the amount of blood constituent being measured.

The light passed through the tissue is selected to be of one or more wavelengths that are absorbed by the blood in an amount representative of the amount of the blood constituent present in the blood. The amount of transmitted or reflected light passed through the tissue will vary in accordance with the changing amount of blood constituent in the tissue and the related light absorption. For measuring blood oxygen level, such sensors have been provided with light sources and photodetectors that are adapted to operate at two different wavelengths, in accordance with known techniques for measuring blood oxygen saturation.

Heaters have been used in sensors to improve the perfusion, or amount of blood, adjacent the sensor. This will thus improve the measurement since the light will encounter a larger volume of blood, giving a better signal-to-noise ratio for the oximeter reading.

U.S. Pat. No. 4,926,867 shows a piece of metal used as a heater in an oximeter sensor. A separate thermistor is used to measure the amount of heat so that the heater can be controlled to avoid burning the patient.

U.S. Pat. Nos. 5,299,570 and 4,890,619 both show ultrasonic elements being used for perfusion enhancement.

Because the normal human body core temperature is approximately 37° C., and burning of tissue could take place for temperatures above approximately 42–43° C., a tight range of control of the heating element is required. Another challenge is the heat gradient and delay time between the heating element and the temperature measuring element.

Pulse oximeter sensors are often attached to a digit, or ear. These sites on a patient provide an adequate level of blood perfusion for measuring the oxygenation of the blood hemoglobin. In addition, the distance across these appendages is sufficiently short to allow the detection of transmitted red or infrared light.

One type of sensor is a clothespin-type clip which attaches across the earlobe, with the emitter and detector opposite each other. Such conventional sensors sometime suffer from poor sensitivity and poor calibration or accuracy.

This type of sensor often applies pressure which exsanguinates the tissue and alters the blood present leading to accuracy errors.

One type of oximeter sensor will add a diffusing optic to diffuse the light emitted from the light-emitting diodes (LEDs) to cause it to pass through more tissue, and thus more blood. An example of a pulse oximeter sensor using such a diffusing element is shown in U.S. Pat. No. 4,407,290.

One technique for limiting the exsanguination effect is to separate the light emitters and detector from the portion of the sensor which holds it to the appendage and applies the pressure. Examples of sensors where the light emitters and detector avoid the point of pressure are set forth in U.S. Pat. Nos. 5,413,101 and 5,551,422.

Another type of clip-on sensor is marketed by Nonin Medical, Inc. for attaching to an ear. Instead of using a transmission sensor where light is transmitted from an emitter on one side of the ear through the ear to a detector on the other side, a reflectance sensor is used with both the emitter and detector on the same side of the ear. The Nonin medical sensor has spacing between the emitter and the detector of approximately 4 mm, which is similar to the thickness of a typical earlobe. On the opposite side of the ear a reflective surface is provided to reflect the light from the emitter back to the detector.

The typical distance of a standard, bandaid-type reflectance sensor which can attach to the forehead or other part of the body is 6–10 mm. Traditionally, a spacing of this magnitude was felt to be appropriate to ensure that a measurable amount of light could be detected with sufficient pulsatile signal components.

## SUMMARY OF THE INVENTION

The present invention provides a method and apparatus for improving blood perfusion by both heating a patient's skin and providing emitters and a detector which are offset from each other. Since the emitters and detector are not directly opposite each other, the light is forced to pass through more blood perfused tissue (with blood perfusion enhanced by heating) to pass from the emitters to the detector. This causes the light emitted by the emitters to pass through more blood-perfused tissue to reach the detector than it would on the direct path through the appendage if the emitters and detector were opposite each other.

In one embodiment, the heater is a thermistor. The thermistor generates controlled heat, and is not just used for sensing the temperature. In an oximetry sensor, the thermistor is located in the vicinity of the light emitter and photodetector to warm the optically-probed tissue region. As heat is dissipated, temperature changes are sensed as resistance changes according to Ohm's law. Active thermal regulation by varying the amount of thermistor current and power can safeguard against burning the tissue while maximizing perfusion. The combination of heating and offset increase the amount of blood that the light from the emitters passes through.

It has been shown recently that general warming of the tissue region increases the amount of blood perfused in the tissue. This increased perfusion substantially strengthens the pulse oximetry signal. Benefits include quick signal acquisition, increased accuracy, and greater tolerance to motion artifact.

In one embodiment, the thermistor is a positive temperature coefficient (PTC) thermistor rather than the more common, negative temperature coefficient (NTC) ther-

mistor. The PTC provides a highly desirable safety feature as poor connections yield a perceived, higher-than-normal resistance indication. As a result, the actual thermistor temperature is regulated at a lower-than-expected temperature, avoiding the chance of burns.

Another advantage of the same thermistor being used for both generating heat and temperature measurement is that there is no thermal gradient between the heating element and the sensing element as in the prior art. This allows for a faster response time, which is critical for maintaining a tight temperature range.

The thermistor's resistance can be conventionally determined either by a two-wire or a four-wire method. The four-wire method is typically used when the connections used in the two-wire method would have resistances that could significantly affect the measurement. In the four-wire method, one pair of wires is used to inject a known current through the thermistor, while the other pair is used to sense the voltage across the thermistor. This enables a highly accurate determination of the thermistor's temperature.

In an alternate embodiment, a simple bridge circuit with a setpoint resistor may be used to automatically bias the thermistor at a particular resistance/temperature. Once the thermistor's desired operating resistance is known from the factory, the appropriate value of the setpoint resistor can be employed in the circuit. This simple circuit could be integrated into the sensor itself or in the remote monitor.

In one offset, the sensor includes at least one reflecting surface for redirecting light back to the blood-perfused tissue in the region of the offset between the emitters and detector. Preferably, the offset distance is at least greater than, and more preferably at least twice as great as, the direct, shortest path through the appendage.

In an alternate embodiment, a reflectance-type sensor is used, with a reflective surface on the opposite side of the appendage. Unlike the prior art, however, the distance between the emitter and detector is greater than, and preferably twice as great as, the shortest, direct distance through the appendage.

For a further understanding of the nature and advantages of the invention, reference should be made to the following description taken in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a diagram of a pulse oximetry system including the present invention.

FIG. **2** is a diagram illustrating four-wire measurement in one embodiment of the invention.

FIG. **3** is a diagram of an embodiment using a large area thermistor and a reflective type oximeter sensor.

FIG. **4** is a circuit diagram of an embodiment of a bridge circuit for regulating the thermistor temperature.

FIG. **5**A is a diagram of a prior art emitter and detector configuration.

FIGS. **5**B–**5**G are diagrams of different embodiments of the configuration of the emitter and detector according to the invention.

FIGS. **6**A and **6**B are end and side views of an ear sensor according to the invention.

FIGS. **7**A and **7**B are side and top views of a nostril sensor according to the invention.

FIGS. **8** and **9** are diagrams of alternate embodiments illustrating curves in the sensor.

FIG. **10** is a diagram of a sensor with foam for distributing applied pressure.

FIG. **11** is a diagram of an adhesive reflectance sensor with a thermistor.

## DESCRIPTION OF THE SPECIFIC EMBODIMENTS

FIG. **1** is a block diagram of one preferred embodiment of the invention. FIG. **1** shows a pulse oximeter **17** (or sensor reader) which is connected to a non-invasive sensor **15** attached to patient tissue **18**. Light from sensor LEDs **14** passes into the patient tissue **18**, and after being transmitted through or reflected from tissue **18**, the light is received by photosensor **16**. Either two or three LEDs or other light sources can be used depending upon the embodiment of the present invention. The LEDs and photosensor are offset as described in more detail below with respect to FIGS. **5**–**10**. Photosensor **16** converts the received energy into an electrical signal, which is then fed to input amplifier **20**.

Light sources other than LEDs can be used. For example, lasers could be used, or a white light source could be used with appropriate wavelength filters either at the transmitting or receiving ends. The light could be delivered to the patient site with fiber optics, with the light source in the sensor or remotely located.

Time Processing Unit (TPU) **48** sends control signals to the LED drive **32**, to alternately activate the LEDs, typically in alteration. Again, depending on the embodiment, the drive may control two or any additional desired number of LEDs.

The signal received from input amplifier **20** is passed through three different channels as shown in this embodiment for three different wavelengths. Alternately, two channels for two wavelengths could be used, or N channels for N wavelengths. Each channel includes an analog switch **40**, a low pass filter **42**, and an analog to digital (A/D) converter **38**. Control lines **69** from TPU **48** select the appropriate channel at the time the corresponding LED **14** is being driven, in synchronization. A queued serial module (QSM) **46** receives the digital data from each of the channels via data lines **79**. CPU **50** transfers the data from QSM **46** into RAM **52** as QSM **46** periodically fills up. In one embodiment, QSM **46**, TPU **48**, CPU **50** and RAM **52** are part of one integrated circuit, such as a microcontroller.

A thermistor **60** is shown mounted in sensor **15**. Thermistor **60** could be mounted adjacent the photodetector or the LEDs, or nearby. A thermistor control circuit **62** provides the power and current to the thermistor to deliver the desired heat, while measuring the resulting resistance, and thus the temperature. The thermistor can either be a positive temperature coefficient (PTC) or a negative temperature coefficient (NTC) thermistor.

The thermistor is used in a dual capacity to dissipate thermal heat energy and self-monitor its temperature for the safe operation in a "warmed" oximeter sensor.

A positive temperature coefficient (PTC) thermistor is more desirable than a negative temperature coefficient (NTC) thermistor for oximetry/medical applications. For a given voltage source applied to the thermistor, the power dissipation decreases with increasing temperature due to the increased resistance at higher temperatures. Additionally, if there exists connection resistances within the sensor cable and/or connections, the increased series resistance would be perceived by the oximeter as a falsely higher temperature. This is desirable as the oximeter would regulate the sensor at a lower (safe) temperature and avoid the possibility for patient burns. Since PTC thermistors generally have thermal

coefficients that are smaller than for NTC, special PTC thermistors may be used. The nonlinear behavior of the switching or nonlinear PTC thermistors is desirable. These are available from Advanced Thermal products, St. Mary's, PA and other sources. The material is processed so the switching temperature is between 40–50° C., generally.

In one embodiment, it is desirable to have a PTC transistor with a phase transition, where the resistance suddenly increases, in the region between 40–50° C. This can be controlled in a number of different ways, such as by appropriate doping of the thermistor material.

In practice, the PTC thermistor is regulated at 39–41° C. This is just slightly above normal (37° C.) core body temperature but below the burn threshold of 42–43° C. It has been shown recently that general warming of the tissue region probed by the oximetry sensor increases localized perfusion and increases the strength of the pulsatile oximetry signal. The benefit of this includes an increase in the acquisition and accuracy of the oximetry measurement and an increase in the tolerance to motion artifact.

An advantage of the same thermistor being used for both generating heat and for measuring it is that there is no thermal gradient between the heating element and the sensing element as in the prior art. This allows for a faster response time, which is critical in maintaining a temperature within a tight range, as required.

FIG. **2** illustrates a four-wire measurement system for a thermistor of the present invention. FIG. **2** shows a monitor **64** with a current drive circuit **66** and a voltage measurement circuit **68**. Each are separately connected by two wires to a connector **70** close to sensor **15**. From connector **70**, the four wires are converted into two wires for connecting to the actual sensor. Alternately, the four wires can extend all the way to thermistor **60**.

Current drive circuit **66** is programmable to provide the appropriate amount of current to achieve the desired power dissipation and temperature through thermistor **60**. Voltage measurement circuit **68** simultaneously measures the resulting voltage, which will allow the determination of the resistance from the known drive current. By using four wires to a position close to the sensor, the resistance effects of the wiring and any connections are also taken into account.

The other connections in FIG. **2** are not shown in order not to obscure the connections of the thermistor. Memory chip **12** in one embodiment is used to store thermal coefficients of the thermistor or other thermal parameters of the sensor. These parameters can then be read by the oximeter monitor **64** and used by its CPU **50** to determine an appropriate drive current for the thermistor. The temperature control is done in part by the hardware and in part by software in the CPU. The amount of power dissipated in the thermistor is controlled by the resistance measurement, which corresponds to a temperature measurement.

The sensor could be any type of sensor, such as a durable sensor or a disposable sensor. It could attach to any body part, such as the earlobe, finger, etc. The sensor could be a reflectance or a transmittance sensor.

Since commercially available thermistors often vary significantly in their actual resistance value, the thermistors can either be trimmed at the factory, or a precision resistor could be placed in series or in parallel to adjust the resistance to the desired value.

In one embodiment, shown in FIG. **3**, the sensor **72** uses a single thermistor element **74** with a reflectance geometry. The thermistor is opposite to the reflectance sensor emitter **76** and detector **78**. this allows a large warming surface to contact the tissue **80** for the ear sensor.

The thermistor need not directly contact the skin because the thermal loading could be asymmetrically strong to cause a lengthwise thermal gradient and an error in the temperature measurement. The thermistor is in close contact for maximum heat transfer but is somewhat embedded inside the sensor housing. A thin layer between the thermistor and contact surface may act as a buffer to allow a uniform, heat-spreading action.

FIG. **4** is a circuit diagram of an alternate embodiment which allows a thermistor to be set to a desired temperature without intervention by a microprocessor.

A floating resistive bridge circuit **80** can be biased at high or low current. Alternately, this current bias can be made continuously adjustable. The nulling of the bridge signifies when the setpoint temperature has been met. A setpoint resistor **82** is adjusted for the proper setpoint temperature (resistance) of the thermistor **84**. When the thermistor's resistance (temperature) is too high, a comparator circuit **86** is switched to cause the bridge to be biased in the low current mode to minimize the current through the thermistor (by turning off transistor Q**1**, forcing the current through resistor RQ). Conversely, when the thermistor's resistance (temperature) is too low, the comparator circuit is switched to cause the bridge to be biased in the high current mode supplying more current and thus more power to the thermistor (turning on transistor Q**1**, bypassing resistor RQ). There must be some voltage (current) supplied to the bridge to allow for sensing of the thermistor's resistance for the null measurement of the bridge circuit.

Obviously, a more elaborate thermal regulation circuit could be built. However, it has been found that this circuit works very well with no significant temperature overshoot/undershoot. This is due to the intrinsic self-measurement nature of the system with no thermal delay time between the warming element and the temperature sensor. Typical maximum power dissipation for effective application of a warmed earlobe sensor is less than 0.5 watts per side. With proper heat spreading, the thermistor is efficient at delivering the thermal energy without incurring a large thermal gradient from the thermistor to the tissue. This would give the best tissue temperature and the best performance.

Because of the simplicity of the circuit with few components, it is possible to integrate the whole circuit in the oximetry sensor assembly. The circuit consists of only a few components as shown. The benefit of this would be the requirement of only a single power supply connection and utilizing an existing ground connection. An adapter cable could be used with older instruments to supply the additional supply lead.

FIG. **5**A illustrates a prior art configuration in which an emitter **112** is opposite a detector **114** across an earlobe, nostril, digit, or other appendage **116**. The present invention provides an offset emitter and sensor to improve upon this arrangement, providing more area for the light to penetrate between emitter and detector. In addition, the figures below show thermistor **60**, which provides a heating function to further enhance blood perfusion. Alternately, a simple heater can be substituted for thermistor **60**. Also, although clip type sensors are shown below, an adhesive sensor could be used, with reflectance oximetry. Alternately, adhesives could be used to attach a transmissive sensor on an appendage, with adhesives on one or both sides of the appendage.

FIG. **5**B illustrates an offset configuration in which an emitter **118** is offset from a detector **120** as can been seen, providing a longer light transmission path **122**. Emitter **118** is typically a pair of emitters, an infrared range emitter and

a red range emitter, which are mounted in a portion **124** of a sensor probe. Detector **120** is a photodetector which is mounted in a portion **126** of a sensor probe.

FIG. **5**C illustrates an alternate embodiment in which emitter **128** is spaced from a detector **130** by an offset distance which is more than twice the width of appendage **132**. As can be seen, this provides a much longer transmission path **138**.

FIG. **5**D illustrates an embodiment similar to FIG. **5**C, where a pair of reflectors **133** and **134** have been added. As can be seen, the reflectors **133** and **134** cause the light path **136** in FIG. **5**D to be longer than the light path **138** in FIG. **5**C. This is due to light which goes across the entire appendage being reflected back in, and then back in from the other surface, bouncing back and forth between the reflectors until it reaches the detector from the emitter. In FIG. **1**C, by contrast, the light which reaches the detector from the emitter is substantially the light which moves in a path through the body of the appendage, since light which would hit the edges would typically be absorbed, rather than being reflected.

The reflective surface **133** may be, for instance, a white surface which will reflect both red and infrared light. This will enhance the path length of both red and infrared light. Alternatively, the reflective surface **133** may be "colored" to reflect red light more than infrared light (or vice versa) to compensate for skin pigmentation effects.

FIGS. **5**E and **5**F show alternate embodiments in which the emitter and detector are on the same side of the appendage in a reflectance configuration. As shown in FIG. **1**E, an emitter **140** and a detector **142** are in a portion **144** of a sensor attached to an appendage **146**, such as an earlobe. The sensor, which may be a clip-on type sensor, has a second portion **148** opposite portion **144**. Portion **148** includes a reflective surface **150**. As can be seen, the light path **152** will thus be reflected back from surface **150**, providing more light to detector **142** than would be found in a typical reflectance configuration. (Please note that the light path shown in these figures is merely illustrative). The use of reflector **150** allows not only more light to be directed back into the tissue to arrive at detector **142**, but allows a larger space between emitter **140** and detector **142**. As in FIGS. **5**C and **5**D, the distance L between the emitter and detector in FIG. **5**E is preferably greater than the width t of the appendage, and preferably a value of L which is at least twice t.

FIG. **5**F shows an alternate embodiment to that of FIG. **5**E in which a second reflector **154** is added between the emitter **140** and detector **142** in portion **144** of the sensor probe. This prevents the light from being absorbed in the body of the sensor **144** between emitter **140** and detector **142** on the same side. A reflector on one side will improve performance over a sensor without such a reflector, while a reflector on both sides would typically give even more enhanced performance. However, even a single reflector provides a significant improvement in the amount of light reaching the detector.

Also shown in FIG. **5**F is a shunt barrier **156**. Shunt barrier **156** prevents light from shunting directly between emitter **140** and detector **142** through sensor body **144** without passing through appendage **146**. Examples of shunt barriers are set forth in commonly-owned copending application entitled SHUNT BARRIER IN PULSE OXIMETER SENSOR, application Ser. No. 08/611,151, filed Mar. 5, 1996.

FIG. **5**G shows an alternate embodiment in which two emitters, **161** and **163**, have a different offset distance from the detector. This can be used to partially compensate for a difference in absorption of red and infrared.

FIG. **6**A shows an end view of one embodiment of an ear clip sensor according to the present invention. Other embodiments are possible, but this embodiment shows a simple, inexpensive, disposable-type sensor. A bent piece of metal **160** holds pads **162** and **164**, which contain the light emitters and detector, respectively. Bent metal **160** is springy to provide pressure applying the pads **162**, **164** against the earlobe. The pads (**162** and **164**) are rigid since the earlobe conforms easily. Preferably, slowly deformable spring material is used, which is an assembly which provides the gripping action but has a damping component which prevents quick movements. (e.g., metal sheet as the spring with a rubber coating of laminate).

In the side view of FIG. **6**B, pad **162** is shown, along with the position of an emitter **166**. Shown in phantom is the position on the other pad where detector **168** would be located.

FIGS. **7**A and **7**B show a similar configuration for a nostril sensor, which is basically more slender and narrow. As shown in FIG. **7**B, a bent metal **170** provides the springiness for pads **172** and **174**. Pad **172** includes an emitter **176**, while pad **174** includes a detector **178**. Also shown is an optional optical diffuser **180** for diffusing the light from emitter **176**, which causes a further spreading or mixing of light and may enhance the amount of tissue penetrated in some instances.

FIG. **7**A shows a side view with the relative position of emitter **176** and detector **178** shown in phantom.

FIG. **8** illustrates an exaggerated view of the construction of one embodiment of the sensor of FIGS. **6**A, **6**B, **7**A and **7**B. In the view of FIG. **8**, an emitter **180** and detector **182** are shown.

Emitter **180** is mounted on the edge of a curved portion **184** of one end of the sensor, while detector **182** is mounted near the end of a curved portion **186** on the other side of the sensor. The curvature in FIG. **8** would range from zero (no curvature) to less than 15% depth of offset distance or to less than 30% depth of offset distance. These curved portions ensure that less pressure will be applied to the appendage in-between the emitter and detector. Instead, more pressure is applied, for instance, to points **188** and **190**, which are outside of the region in-between the emitter and detector. Thus, this configuration reduces the exsanguination of the tissue in-between the emitter and detector. It is desirable that some pressure is applied throughout to reduce the amount of venous pooling in the tissue.

Preferably, the spring force of the metal clip in the embodiments of FIGS. **6–10** has sufficient pressure so that it exceeds the typical venous pressure of a patient, but does not exceed the diastolic arterial pressure. The signal received by the detector will include both a DC component and an AC component. The AC and DC components are monitored to determine variations in the oxygen saturation. By having a pressure greater than the venous pressure, contributions to the AC waveform from the venous blood are limited, thus enhancing the sensitivity to variations in the arterial blood pressure. Since the pressure of the clip is less than that of the arterial pressure, it does not inhibit the arterial AC signal significantly.

The pressure applied to the spring is such that the pressure exerted on the tissue is equal to the force applied by the spring divided by the contact area to the tissue. Since the system is in steady state, the compressed tissue will be at a minimum pressure exerted by the contact surfaces.

Typical venous pressure, diastolic and systolic arterial pressures are <10–35 mmHg, 80 mmHg, and 120 mmHg, respectively. Functionally, these vary due to the location of the vascular bed and the patient's condition. Low arterial diastolic blood pressure (~30 mmHg) may occur in sick patients. The sensor would/could be adjusted for an average pressure of 15–30 mmHg. It is more desirable to be a little low. Removal of most venous pooling would occur with light to moderate pressure (~15 mmHg). This would give the most enhancement of the pulse modulation by removing unnecessary DC (non-pulsatile) absorption by the blood.

The sensor's pressure may be adjusted by mechanical means to optimize for the best pulse modulation.

In a preferred embodiment, adhesives **192** and **194** are applied to the interior surface of the clip sensor in FIG. **8** to enhance the securing of the sensor to the appendage. Preferably, this is done in combination with a slight curve of the sensor (which is exaggerated in FIG. **8**). The use of an adhesive improves the contact of the sensor to the appendage, and limits the susceptibility to motion artifact which might vary the distance or degree of contact between the sensor and the appendage. In addition, due to the curved shape, the likelihood of a gap between the sensor body and the skin is avoided. If the adhesive is thin enough or contains a black barrier segment, it will not shunt appreciably. Such an adhesive can also be used in the sensor configurations of FIGS. **6**, **7** and **9**. The good contact provided by the adhesive also provides for better thermal conductance.

FIG. **9** illustrates a sensor with concave and convex surfaces **196** and **198**. The particular curvature can be matched to the desired patient site. FIG. **10** illustrates the addition of a foam **199** between a sensor spring **100** and a pad **102**. Foam **199** can help distribute the pressure from the spring.

FIG. **11** illustrates an embodiment of a reflectance sensor mounted with an adhesive. The sensor has an adhesive layer **200**, which is bonded to an underlying substrate **202**. Substrate **202** may be a polyester strip, for example. Emitter **204** and photodetector **206** are mounted to be applied to a first side of an ear, with the sensor folding around the ear near line **208**. An opening **205** allows light from the emitter to reach the ear, and a similar opening is used for the photodetector. These openings may optionally be covered with a transparent layer. The sensor wraps around the ear, with the adhesive holding the part with a thermistor **210** on a second side of the ear, opposite the emitter and photodetector. An opening **209** is shown for allowing the thermistor direct contact with the adhesive layer, but this may optionally be eliminated, with thermal contact being provided through both flexible substrate **202** and adhesive layer **200**. Alternately, the thermistor could be on the same side of the ear, and/or the entire sensor could be mounted on the same side of the ear. The adhesive **200** is a thermally conductive material. It both avoids direct contact of thermistor **210** with the ear, and provides good heat conduction between the thermistor and the ear.

The substrate **202** is shown folded over on itself, with the electrical components and connecting lines inside. The connecting lines extend to contacts **212**, which can be coupled to an oximeter monitor with an appropriate connector. More details on such a flex sensor may be seen in U.S. Pat. No. 5,469,845, issued Nov. 28, 1995.

The present invention provides a number of advantages. The cardiac pulse modulation or AC portion of the detected signal, has been observed in experiments to be increased by greater than three times (providing greater than 1% IR modulation of the DC signal at 100% SpO**2**). This increased AC cardiac signal level is believed to be due to the longer absorption path length. The increased AC cardiac signal amplitude allows it to be more easily processed by the oximeter electronics and software. In addition, the increased AC cardiac modulation level limits the sensor's susceptibility to noise due to either motion artifact or EMI interference.

The present invention also provides more stable DC levels. The path length is dominated by the offset distance rather than the tissue thickness since the offset distance is much greater. This offset distance for any one particular sensor is consistent from patient to patient. In addition, the increased distance between the emitter and detector limits the amount of direct optical shunting through the tissue, thus further limiting the corrupting effect on the DC level.

As will be understood by those of skill in the art, the present invention may be embodied in other specific forms without departing from the essential characteristics thereof. For example, the thermistor could be placed at any location on the sensor, and some or all of the monitoring or drive circuit could be located on the sensor, on an adapter or connector, or in a remote monitor. Accordingly, the foregoing description is intended to be illustrative, but not limiting, of the scope of the invention which is set forth in the following claims.

What is claimed is:

**1**. An oximeter sensor comprising:

a light emitter mounted on a first side of a tissue region of a patient;

a light detector mounted on a second side of said tissue region of said patient;

a heating device, controllable to both heat said patient and also measure the temperature of said tissue region, mounted proximate at least one of said light emitter and said light detector; and

an attachment structure configured to attach said sensor to said tissue region so that said detector is offset from a shortest path through said tissue region from said emitter.

**2**. The sensor of claim **1** wherein said heating device is a thermistor.

**3**. The sensor of claim **2** wherein said thermistor is a positive temperature coefficient thermistor.

**4**. The sensor of claim **2** wherein said thermistor is a switching thermistor.

**5**. The sensor of claim **4** wherein said thermistor switches at a temperature between 30 and 55 degrees centigrade.

**6**. The sensor of claim **2** further comprising four wires connected to said thermistor for use in a four wire measurement technique.

**7**. The sensor of claim **1** further comprising a memory storing at least one calibration value corresponding to a characteristic of said device.

**8**. The oximeter sensor of claim **1** further comprising:

a first diffuse or specular reflective surface mounted to attach to said tissue region in a region of said offset.

**9**. The oximeter sensor of claim **8** wherein said first reflective surface only partially covers said offset region.

**10**. The oximeter sensor of claim **8** wherein said reflective surface comprises a partially reflective black and white pattern.

**11**. The oximeter sensor of claim **8** wherein said reflective surface reflects different amounts of light at each wavelength emitted by the emitter.

**12**. The oximeter sensor of claim **8** further comprising a second reflective surface mounted to said tissue region on an opposite side from said first reflective surface in a region of said offset.

**13**. The oximeter sensor of claim **1** wherein said offset is greater than said shortest path through said tissue region.

**14**. The oximeter sensor of claim **1** wherein said offset is more than twice said shortest path.

**15**. The oximeter sensor of claim **1** wherein said attachment structure comprises a spring loaded U-shaped metal or plastic clip, said first member being a first end of said clip, and said second member being a second end of said clip.

**16**. The oximeter sensor of claim **15** wherein said first and second members and said attachment structure comprise a flexible substrate, and further comprising an adhesive for attaching said flexible substrate to said tissue region.

**17**. The oximeter sensor of claim **15** wherein said attachment structure is configured to apply a pressure to said tissue region between said emitter and said detector which is between a venous and a diastolic arterial pressure of said patient in said tissue region.

**18**. The oximeter sensor of claim **15** wherein at least one of said attachment structure and said members are configured to apply less pressure to said tissue region in a first region between said emitter and said detector than a pressure applied to a second region of said tissue region outside said first region.

**19**. The oximeter sensor of claim **15** further comprising an adhesive mounted on at least one of said first and second members for securely attaching said sensor to said tissue region.

**20**. An oximeter sensor comprising:

a light emitter mounted on a first side of a tissue region of a patient;

a light detector mounted on a second side of said tissue region of said patient;

a heating device, mounted proximate at least one of said light emitter and said light detector, said heating device being a thermistor controllable to both heat said patient and also measure the temperature;

an attachment structure configured to attach said sensor to said tissue region so that and said detector is offset from a shortest path through said tissue region from said emitter; and

a first diffuse or specular reflective surface mounted to attach to said tissue region in a region of said offset.

**21**. An oximeter sensor comprising:

a light source mounted on a first side of a tissue region of a patient;

a light collector mounted on said first side of said tissue region of said patient; and

a thermistor, mounted proximate at least one of said light source and said light collector, wherein the thermistor is capable of receiving varying current for the purpose of heating said tissue region and measuring the temperature of said tissue region.

**22**. The oximeter sensor of claim **14** further comprising:

an adhesive for attaching said sensor to said tissue region.

**23**. The oximeter sensor of claim **22** wherein said thermistor is sufficiently spaced from said light source and light collector so that, when applied to a patient's ear with said adhesive, said light source and light collector are mounted on a side of the ear opposite said thermistor.

**24**. The oximeter sensor of claim **22** wherein said adhesive is a thermally conductive and electrically isolating layer.

**25**. The oximeter sensor of claim **22** further comprising a shunt barrier between said light source and said light collector in at least one of said adhesive layer and a substrate connected to said light source and said light collector.

**26**. The oximeter sensor of claim **25** wherein said shunt barrier comprises a black portion of at least one of said adhesive layer and said substrate.

* * * * *



US009392946B1

(12) **United States Patent**
**Sarantos et al.**

(10) **Patent No.: US 9,392,946 B1**
(45) **Date of Patent: Jul. 19, 2016**

(54) **HEART RATE SENSOR WITH HIGH-ASPECT-RATIO PHOTODETECTOR ELEMENT**

(71) Applicant: **Fitbit, Inc.**, San Francisco, CA (US)

(72) Inventors: **Chris H. Sarantos**, San Francisco, CA (US); **Peter W. Richards**, San Francisco, CA (US)

(73) Assignee: **Fitbit, Inc.**, San Francisco, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/724,750**

(22) Filed: **May 28, 2015**

(51) **Int. Cl.**
***A61B 5/024*** (2006.01)
***A61B 5/00*** (2006.01)

(52) **U.S. Cl.**
CPC ......... ***A61B 5/02427*** (2013.01); ***A61B 5/02438*** (2013.01); ***A61B 5/681*** (2013.01)

(58) **Field of Classification Search**
CPC . A61B 5/02427; A61B 5/02438; A61B 5/681
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,367,752 A 1/1983 Jimenez et al.
4,771,792 A 9/1988 Seale
5,036,856 A 8/1991 Thornton
5,101,831 A 4/1992 Koyama et al.
5,318,597 A 6/1994 Hauck et al.
5,738,104 A 4/1998 Lo et al.
6,076,015 A 6/2000 Hartley et al.
6,131,076 A 10/2000 Stephan et al.
6,241,684 B1 6/2001 Amano et al.
6,289,230 B1 9/2001 Chaiken et al.
6,402,690 B1 6/2002 Rhee et al.
6,418,394 B1 7/2002 Puolakanaho et al.
6,583,369 B2 6/2003 Montagnino et al.
6,731,967 B1 5/2004 Turcott
6,997,882 B1 2/2006 Parker et al.
7,539,532 B2 5/2009 Tran
7,720,306 B2 5/2010 Gardiner et al.
8,040,758 B1 10/2011 Dickinson
8,152,745 B2 4/2012 Smith et al.
8,172,761 B1 5/2012 Rulkov et al.
8,211,503 B2 7/2012 Tsao et al.
8,346,328 B2 1/2013 Mannheimer et al.
8,386,042 B2 2/2013 Yudovsky et al.
8,444,578 B2 5/2013 Bourget et al.
8,475,367 B1 7/2013 Yuen et al.

(Continued)

FOREIGN PATENT DOCUMENTS

CN 101615098 A 12/2009
CN 102389313 A 3/2012

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 14/214,655, filed Mar. 14, 2014, Hong et al.

(Continued)

*Primary Examiner* — Bo J Peng
(74) *Attorney, Agent, or Firm* — Weaver Austin Villeneuve & Sampson LLP

(57) **ABSTRACT**

Heart rate sensors including high-aspect-ratio photodetector elements are discussed herein. Such high-aspect-ratio photodetector elements may provide improved signal-strength-to-power-consumption performance for heart rate sensors incorporating such photodetector elements as compared with heart rate sensors incorporating, for example, square photodetector elements.

**30 Claims, 14 Drawing Sheets**

(56) **References Cited**

U.S. PATENT DOCUMENTS

8,579,827 B1 11/2013 Rulkov et al.
8,792,981 B2 7/2014 Yudovsky et al.
8,868,377 B2 10/2014 Yuen et al.
8,920,332 B2 12/2014 Hong et al.
8,945,017 B2 2/2015 Venkatraman et al.
8,948,832 B2 2/2015 Hong et al.
8,954,135 B2 2/2015 Yuen et al.
8,956,303 B2 2/2015 Hong et al.
8,998,815 B2 4/2015 Venkatraman et al.
9,005,129 B2 4/2015 Venkatraman et al.
9,042,971 B2 5/2015 Brumback et al.
9,044,149 B2 6/2015 Richards et al.
9,044,150 B2 6/2015 Brumback et al.
9,049,998 B2 6/2015 Brumback et al.
9,089,760 B2 7/2015 Tropper et al.
9,113,794 B2 8/2015 Hong et al.
9,113,795 B2 8/2015 Hong et al.
9,237,855 B2 1/2016 Hong et al.
2001/0044588 A1 11/2001 Mault
2003/0163710 A1 8/2003 Ortiz et al.
2004/0236227 A1 11/2004 Gueissaz
2005/0054940 A1 3/2005 Almen
2005/0245793 A1 11/2005 Hilton et al.
2006/0195020 A1 8/2006 Martin et al.
2007/0213020 A1 9/2007 Novac
2007/0265533 A1 11/2007 Tran
2008/0097221 A1 4/2008 Florian
2009/0012433 A1 1/2009 Fernstrom et al.
2009/0132197 A1 5/2009 Rubin et al.
2009/0163783 A1 6/2009 Mannheimer et al.
2009/0292332 A1 11/2009 Li et al.
2009/0318779 A1 12/2009 Tran
2010/0106044 A1 4/2010 Linderman
2010/0152600 A1 6/2010 Droitcour et al.
2010/0204550 A1 8/2010 Heneghan et al.
2010/0249633 A1 9/2010 Droitcour et al.
2010/0274100 A1 10/2010 Behar et al.
2010/0292568 A1 11/2010 Droitcour et al.
2010/0298650 A1 11/2010 Moon et al.
2010/0298651 A1 11/2010 Moon et al.
2010/0298653 A1 11/2010 McCombie et al.
2010/0298661 A1 11/2010 McCombie et al.
2010/0331145 A1 12/2010 Lakovic et al.
2010/0331657 A1 12/2010 Mensinger et al.
2011/0009727 A1 1/2011 Mensinger et al.
2011/0032105 A1 2/2011 Hoffman et al.
2011/0066010 A1 3/2011 Moon et al.
2011/0112442 A1 5/2011 Meger et al.
2011/0118621 A1 5/2011 Chu
2012/0083705 A1 4/2012 Yuen et al.
2012/0083714 A1 4/2012 Yuen et al.
2012/0083715 A1 4/2012 Yuen et al.
2012/0083716 A1 4/2012 Yuen et al.
2012/0084053 A1 4/2012 Yuen et al.
2012/0084054 A1 4/2012 Yuen et al.
2012/0123232 A1 5/2012 Najarian et al.
2012/0150074 A1 6/2012 Yanev et al.
2012/0172733 A1 7/2012 Park
2012/0226471 A1 9/2012 Yuen et al.
2012/0226472 A1 9/2012 Yuen et al.
2012/0232432 A1 9/2012 Kahn et al.
2012/0245439 A1 9/2012 Andre et al.
2012/0253486 A1 10/2012 Niemimaki
2012/0255875 A1 10/2012 Vicente et al.
2012/0274508 A1 11/2012 Brown et al.
2012/0316471 A1 12/2012 Rahman et al.
2013/0009779 A1 1/2013 Wittling et al.
2013/0073254 A1 3/2013 Yuen et al.
2013/0073255 A1 3/2013 Yuen et al.
2013/0077826 A1 3/2013 Cowperthwaite et al.
2013/0080113 A1 3/2013 Yuen et al.
2013/0106684 A1 5/2013 Weast et al.
2013/0151196 A1 6/2013 Yuen et al.
2013/0158369 A1 6/2013 Yuen et al.
2013/0191034 A1 7/2013 Weast et al.
2013/0211265 A1 8/2013 Bedingham et al.
2013/0218053 A1 8/2013 Kaiser et al.
2014/0073486 A1 3/2014 Ahmed et al.
2014/0074431 A1 3/2014 Modi
2014/0099614 A1 4/2014 Hu et al.
2014/0107493 A1 4/2014 Yuen et al.
2014/0135631 A1 5/2014 Brumback et al.
2014/0142403 A1 5/2014 Brumback et al.
2014/0241626 A1 8/2014 Sull et al.
2014/0275821 A1 9/2014 Beckman
2014/0275852 A1 9/2014 Hong et al.
2014/0275854 A1 9/2014 Venkatraman et al.
2014/0276119 A1 9/2014 Venkatraman et al.
2014/0278139 A1 9/2014 Hong et al.
2014/0288390 A1 9/2014 Hong et al.
2014/0288391 A1 9/2014 Hong et al.
2014/0288392 A1 9/2014 Hong et al.
2014/0288435 A1 9/2014 Richards et al.
2014/0288436 A1 9/2014 Venkatraman et al.
2014/0288438 A1 9/2014 Venkatraman et al.
2014/0303523 A1 10/2014 Hong et al.
2014/0378786 A1 12/2014 Hong et al.
2014/0378787 A1 12/2014 Brumback et al.
2014/0378872 A1 12/2014 Hong et al.
2015/0025393 A1 1/2015 Hong et al.
2015/0025394 A1 1/2015 Hong et al.
2015/0196256 A1 7/2015 Venkatraman et al.
2015/0201853 A1 7/2015 Hong et al.
2015/0201854 A1 7/2015 Hong et al.
2015/0223708 A1 8/2015 Richards et al.
2015/0230761 A1 8/2015 Brumback et al.
2016/0034634 A9 2/2016 Hong et al.

FOREIGN PATENT DOCUMENTS

CN 103093420 A 5/2013
EP 1 721 237 8/2012

OTHER PUBLICATIONS

U.S. Appl. No. 14/724,750, filed May 28, 2015, Sarantos et al.

US Office Action, dated Aug. 4, 2014, issued in U.S. Appl. No. 13/924,784.

US Notice of Allowance, dated Nov. 19, 2014, issued in U.S. Appl. No. 13/924,784.

US Office Action, dated Oct. 22, 2014, issued in U.S. Appl. No. 14/290,884.

US Notice of Allowance, dated Feb. 6, 2015, issued in U.S. Appl. No. 14/290,884.

US Office Action, dated Jun. 22, 2015, issued in U.S. Appl. No. 14/693,710.

US Notice of Allowance, dated Jul. 27, 2015, issued in U.S. Appl. No. 14/693,710.

US Notice of Allowance, dated Sep. 23, 2014, issued in U.S. Appl. No. 14/292,669.

US Notice of Allowance (Corrected Notice of Allowability), dated Oct. 14, 2014, issued in U.S. Appl. No. 14/292,669.

US Notice of Allowance (Corrected Notice of Allowability), dated Dec. 31, 2014, issued in U.S. Appl. No. 14/292,669.

US Notice of Allowance, dated Oct. 14, 2014, issued in U.S. Appl. No. 14/295,144.

US Notice of Allowance, dated Dec. 3, 2014, issued in U.S. Appl. No. 14/295,144.

US Notice of Allowance, dated Sep. 26, 2014, issued in U.S. Appl. No. 14/295,158.

US Notice of Allowance (Corrected Notice of Allowability), dated Dec. 31, 2014, issued in U.S. Appl. No. 14/295,158.

US Office Action, dated Jan. 23, 2015, issued in U.S. Appl. No. 14/507,184.

US Final Office Action, dated May 11, 2015, issued in U.S. Appl. No. 14/507,184.

US Notice of Allowance, dated Aug. 11, 2015, issued in U.S. Appl. No. 14/507,184.

US Office Action, dated Jan. 26, 2015, issued in U.S. Appl. No. 14/295,161.

(56) **References Cited**

OTHER PUBLICATIONS

US Notice of Allowance, dated Apr. 14, 2015, issued in U.S. Appl. No. 14/295,161.
US Notice of Allowance, dated Jul. 28, 2015, issued in U.S. Appl. No. 14/295,161.
US Office Action, dated May 11, 2015, issued in U.S. Appl. No. 14/673,630.
US Office Action, dated Jan. 27, 2015, issued in U.S. Appl. No. 14/507,173.
US Notice of Allowance, dated Apr. 17, 2015, issued in U.S. Appl. No. 14/507,173.
US Notice of Allowance (Corrected Notice of Allowability), dated Jul. 16, 2015, issued in U.S. Appl. No. 14/507,173.
US Office Action, dated Jun. 8, 2015, issued in U.S. Appl. No. 14/673,634.
US Office Action, dated Aug. 5, 2014, issued in U.S. Appl. No. 14/292,673.
US Notice of Allowance, dated Dec. 8, 2014, issued in U.S. Appl. No. 14/292,673.
US Notice of Allowance (Corrected Notice of Allowability), dated Mar. 5, 2015, issued in U.S. Appl. No. 14/292,673.
US Office Action, dated Sep. 18, 2014, issued in U.S. Appl. No. 14/295,059.
US Notice of Allowance, dated Jan. 28, 2015, issued in U.S. Appl. No. 14/295,059.
US Notice of Allowance (Corrected Notice of Allowability), dated Mar. 11, 2015, issued in U.S. Appl. No. 14/295,059.
US Office Action, dated Dec. 24, 2014, issued in U.S. Appl. No. 14/295,076.
US Final Office Action, dated Apr. 15, 2015, issued in U.S. Appl. No. 14/295,076.
US Office Action, dated Jul. 31, 2014, issued in U.S. Appl. No. 14/295,122.
US Notice of Allowance, dated Nov. 24, 2014, issued in U.S. Appl. No. 14/295,122.
US Notice of Allowance (Corrected Notice of Allowability), dated Jan. 5, 2015, issued in U.S. Appl. No. 14/295,122.
US Office Action, dated Mar. 14, 2014, issued in U.S. Appl. No. 14/154,009.
US Office Action, dated Sep. 29, 2014, issued in U.S. Appl. No. 14/154,009.
US Notice of Allowance, dated Jan. 21, 2015, issued in U.S. Appl. No. 14/154,009.
US Office Action, dated Nov. 25, 2014, issued in U.S. Appl. No. 14/154,019.
US Notice of Allowance, dated Mar. 20, 2015, issued in U.S. Appl. No. 14/154,019.
US Notice of Allowance (Corrected Notice of Allowability), dated May 14, 2015, issued U.S. Appl. No. 14/154,019.
US Office Action, dated Dec. 10, 2014, issued in U.S. Appl. No. 14/484,104.
US Notice of Allowance, dated Mar. 19, 2015, issued in U.S. Appl. No. 14/484,104.
US Notice of Allowance (Corrected Notice of Allowability), dated May 6, 2015, issued in U.S. Appl. No. 14/484,104.
US Office Action, dated Dec. 4, 2014, issued in U.S. Appl. No. 14/216,743.
US Final Office Action, dated Apr. 8, 2015, issued in U.S. Appl. No. 14/216,743.
US Office Action, dated Mar. 12, 2015, issued in U.S. Appl. No. 14/481,020.
US Final Office Action, dated Jul. 7, 2015, issued in U.S. Appl. No. 14/481,020.
US Office Action, dated Aug. 22, 2014, issued in U.S. Appl. No. 14/250,256.
US Final Office Action, dated Nov. 21, 2014, issued in U.S. Appl. No. 14/250,256.
US Office Action, dated Jul. 8, 2015, issued in U.S. Appl. No. 14/250,256.
US Office Action, dated Oct. 7, 2014, issued in U.S. Appl. No. 14/481,762.
US Final Office Action, dated Dec. 19, 2014, issued in U.S. Appl. No. 14/481,762.
US Office Action, dated Jul. 7, 2015, issued in U.S. Appl. No. 14/481,762.
Chinese First Office Action (no translation) dated Aug. 7, 2015 issued in CN 201410243180.6.
"Activator is One of the Best Cydia iPhone Hacks | Control your iPhone with Gestures," iphone-tips-and-advice.com, [retrieved on Jul. 9, 2013 at http://www.iphone-tips-and-advice.com/activatior.html], 10 pp.
Chudnow, Alan (Dec. 3, 2012) "Basis Wristband Make Its Debut," *The Wired Self, Living in a Wired World,* published in Health [retrieved on Jul. 22, 2013 at http://thewiredself.com/health/basis-wrist-band-make-its-debut/], 3pp.
Cooper, Daniel (Aug. 16, 2013) *Withings Pulse review,* http://www.engadget.com/2013/08/16/withings-pulse-revew/, 8 pages.
DesMarais, Christina (posted on Sep. 3, 2013) "Which New Activity Tracker is Best for You?" *Health and Home, Health & Fitness , Guides & Reviews,* [Retrieved on Sep. 23, 2013 at http://www.techlicious.com/guide/which-new-activity-tracker-is-right-for-you/] 4 pp.
Empson, Rip, (Sep. 22, 2011) "Basis Reveals an Awesome New Affordable Heart and Health Tracker You Can Wear on Your Wrist," [retrieved on Sep. 23, 2013 at http://techcrunch.com/2011/09/22/basis-reveals-an-awesome-new . . . ], 3 pp.
Fitbit User's Manual, Last Updated Oct. 22, 2009, 15 pages.
Forerunner® 201 personal trainer owner's manual, (Feb. 2006) Garmin Ltd., 48 pp.
Forerunner® 301 personal trainer owner's manual, (Feb. 2006) Garmin Ltd., 66 pp.
Forerunner® 50 with ANT+Sport™ wireless technology, Owner's Manual, (Nov. 2007) Garmin Ltd., 44 pp.
Forerunner® 205/305 Owner's Manual, GPS-enabled trainer for runners, (2006-2008), Garmin Ltd., 80 pp.
Forerunner® 405CX Owner's Manual, "GPS-Enabled Sports Watch With Wireless Sync," (Mar. 2009), Garmin Ltd., 56 pp.
Forerunner® 110 Owner's Manual, (2010) "GPS-Enabled Sport Watch," Garmin Ltd., 16 pp.
Forerunner® 210 Owner's Manual, (2010) "GPS-Enabled Sport Watch," Garmin Ltd., 28 pp.
Forerunner® 410 Owner's Manual, (Jul. 2012) "GPS-Enabled Sport Watch with Wireless Sync," Garmin Ltd., 52 pp.
Forerunner® 10 Owner's Manual (Aug. 2012), Garmin Ltd., 10 pp.
Forerunner® 310XT Owner's Manual, Multisport GPS Training Device, (2009-2013), Garmin Ltd., 56 pp.
Forerunner® 405 Owner's Manual, (Mar. 2011) "GPS-Enabled Sport Watch with Wireless Sync," Garmin Ltd., 56 pp.
Forerunner® 910XT Owner's Manual, (Jan. 2013) Garmin Ltd., 56 pp.
Garmin Swim™ Owner's Manual (Jun. 2012), 12 pp.
Larklife, User Manual, (2012) *Lark Technologies,* 7 pp.
Lark/Larkpro, User Manual, (2012) "What's in the box," *Lark Technologies,* 7 pp.
LIFETRNR, User Manual (2003, specific date unknown), NB new balance®, Implus Footcare, LLC, 3 pages.
Nike+ FuelBand GPS Manual, User's Guide (Product Release Date Unknown, downloaded Jul. 22, 2013), 26 pages.
Nike+SportBand User's Guide, (Product Release Date Unknown, downloaded Jul. 22, 2013), 36 pages.
Nike+SportWatch GPS Manual, User's Guide, Powered by TOMTOM, (Product Release Date Unknown, downloaded Jul. 22, 2013), 42 pages.
"Parts of Your Band," (Product Release Date Unknown, downloaded Jul. 22, 2013) Jawbone UP Band, 1 page.
Polar WearLink® + Coded Transmitter 31 Coded Transmitter W.I.N. D. User Manual, Polar® Listen to Your Body, *Manufactured by Polar Electro Oy,* 11 pages.
Rainmaker, (Jun. 25, 2012, updated Feb 16, 2013) "Garmin Swim watch In-Depth Review," [retrieved on Sep. 9, 2013 at http://www.dcrainmaker.com/2012/06/garmin-swim-in-depth-review.html, 38 pp.

(56) **References Cited**

OTHER PUBLICATIONS

Rainmaker, (Jul. 25, 2013) "Basis $B_1$ Watch In-Depth Review," [retrieved on Feb. 4, 2014 at http://www.dcrainmaker.com/2013/07/basis-b1-review.html], 56 pp.

"Withings pulse, Quick Installation Guide" (Jul. 24, 2013) Withings Pulse QIG, v 1.3, withings.com/pulse, 16 pages.

Zijlstra, Wiebren, (2004) "Assessment of spatio-temporal parameters during unconstrained walking," *Eur J Appl Physiol,* 92:39-44.

Duun et al., "A Novel Ring Shaped Photodiode for Reflectance Pulse Oximetry in Wireless Applications," IEEE Sensors Conference 2007, 4 pp.

U.S. Appl. No. 14/954,753, filed Nov. 30, 2015, Richards et al.

US Notice of Allowance (Corrected Notice of Allowability), dated Dec. 18, 2015, issued in U.S. Appl. No. 14/507,184.

US Notice of Allowance, dated Nov. 25, 2015, issued in U.S. Appl. No. 14/673,630.

US Final Office Action, dated Nov. 4, 2015, issued in U.S. Appl. No. 14/673,634.

US Office Action, dated Oct. 22, 2015, issued in U.S. Appl. No. 14/295,076.

US Office Action, dated Oct. 2, 2015, issued in U.S. Appl. No. 14/216,743.

US Final Office Action, dated Feb. 8, 2016, issued in U.S. Appl. No. 14/216,743.

US Office Action, dated Oct. 27, 2015, issued in U.S. Appl. No. 14/481,020.

US Final Office Action, dated Oct. 23, 2015, issued in U.S. Appl. No. 14/250,256.

US Final Office Action, dated Nov. 5, 2015, issued in U.S. Appl. No. 14/481,762.

Litigation Document—"Complaint for Patent Infringement," filed Oct. 29, 2015, in U.S. District Court of Delaware [Re: U.S. Pat. No. 8,868,377, 8,920,332, and 9,089,760].

Litigation Document—"Report on the Filing or Determination of an Action Regarding a Patent or Trademark," filed Oct. 29, 2015, in U.S. District Court of Delaware [Re: U.S. Pat. No. 8,868,377, 8,920,332, and 9,089,760].



FIG. 1
(Prior Art)

FIG. 2



FIG. 3



408
442
3mm
2mm
1mm
0mm
-1mm
-2mm
-3mm
Y
0mm
1mm
2mm
3mm
4mm
5mm
6mm
X
0.16
0.08
0.03
0.01
0.2
0.12
0.04
0.01
0.2
0.09
0.04
0.01
0
-5
-10
-15
-20
-25
-30
-35
Normalized Optical Intensity (dB)

FIG. 4



508
542
3mm
2mm
1mm
0mm
-1mm
-2mm
-3mm
Y
0mm
1mm
2mm
3mm
4mm
5mm
6mm
X
0.16
0.08
0.03
0.01
0.2
0.12
0.04
0.01
0.2
0.09
0.04
0.01
0
-5
-10
-15
-20
-25
-30
-35
Normalized Optical Intensity (dB)

FIG. 5



FIG. 6



AC Power vs. Aspect Ratio, Close Edge = 1.65 mm
Integrated AC Optical Power (a.u. linear)
1.25
1.2
1.15
1.1
1.05
1
0.95
0.9
0.85
0
1
2
3
4
5
6
7
8
9
10
Photodiode Aspect Ratio (Y:X)

FIG. 7

AC Power vs. Aspect Ratio, Close Edge = 2.60 mm
Integrated AC Optical Power (a.u. linear)
1.3
1.25
1.2
1.15
1.1
1.05
1
0.95
0.9
0.85
0
1
2
3
4
5
6
7
8
9
10
Photodiode Aspect Ratio (Y:X)

FIG. 8



FIG. 9

FIG. 10

FIG. 11

FIG. 12



FIG. 13

FIG. 14

FIG. 15

FIG. 16



FIG. 17                          FIG. 18



$r_o$
$r_i$
$w = r_o - r_i$
1908
1958

FIG. 19

Power Fraction v. Annular Width
Fraction of Optical AC Power
Annular Width (w) in mm
0
0.1
0.2
0.3
0.4
0.5
0.6
0.7
0.8
0.9
1
0
0.5
1
1.5
2
2.5
3

FIG. 20



FIG. 21



FIG. 22

FIG. 23

FIG. 24



FIG. 25

FIG. 26



FIG. 27

# HEART RATE SENSOR WITH HIGH-ASPECT-RATIO PHOTODETECTOR ELEMENT

## BACKGROUND

Heart rate may be measured using any of a variety of different sensors, including, for example, electrode-based sensors, such as EKG sensors, and optical sensors, such as photoplethysmographic (PPG) sensors. PPG sensors typically include a light source and a photodetector that are placed adjacent to a person's skin. The light source and photodetector are typically arranged so that light from the light source cannot reach the photodetector directly. However, when the PPG sensor is placed adjacent to a person's skin, light from the light source may diffuse into the person's flesh and then be emitted back out of the person's flesh such that the photodetector can detect it. The amount of such light that is emitted from the person's flesh may vary as a function of heart rate, since the amount of blood present in the flesh varies as a function of heart rate and the amount of light that is emitted from the person's flesh, in turn, varies as a function of the amount of blood present.

The assignee of this application, Fitbit, Inc., makes wearable fitness monitoring devices, some of which, such as the Charge HR™ and the Surge™, incorporate PPG sensors that include two high-brightness, green light-emitting diodes (LEDs) that are spaced approximately 8 mm apart, as well as a 2 mm square photodetector element located midway between the LEDs. Various other companies that make wearable fitness monitoring devices utilize a similar architecture. For example, the Basis Peak™ incorporates two green LEDs with a square photodetector element located midway between them, as does the Motorola Moto 360™.

FIG. **1** depicts a simplified representation of a prior-art wristband-type wearable fitness monitor **100** that incorporates a PPG sensor. The wearable fitness monitor **100**, in this example, includes a housing **104** with two straps **102** attached; the straps **102** may be used to fasten the housing **104** to a person's forearm, in much the same manner as a watch (indeed, many such devices may incorporate timekeeping functionality as well). The PPG sensor, in this example, includes two light sources **108**, with a photodetector element **112** interposed midway between them on a back face **128** of the housing **104**; the photodetector element **112** in this example has a photosensitive area with a square aspect ratio. When the wearable fitness monitor **100** is worn by a person in a manner similar to a wristwatch, the back face **128** may be pressed against the person's skin, allowing the light sources **108** to illuminate the person's skin. The photodetector element **112** may then measure the amount of that light that is then emanated back out of the person's skin. Control logic (not pictured) within the housing **104** may then calculate the person's heart rate based on fluctuations in the amount of light measured by the photodetector element **112**.

## SUMMARY

Details of one or more implementations of the subject matter described in this specification are set forth in the accompanying drawings and the description below. Other features, aspects, and advantages will become apparent from the description, the drawings, and the claims. Note that the relative dimensions of the following figures may not be drawn to scale unless specifically indicated as being scaled drawings.

In some implementations, an apparatus having a light source and one or more discrete photodetector elements may be provided. Each photodetector element may have a first edge having a first length and may also have a first width in a direction perpendicular to the first edge. The apparatus may also include control logic, which may be communicatively connected with the light source and each photodetector element and configured to cause the light source to emit light, obtain one or more measured light intensity measurements from the one or more photodetector elements, and determine a heart rate measurement based, at least in part, on the one or more light intensity measurements. In such implementations, the ratio of the first length to the first width of each photodetector may be substantially between 2:1 to 5:1.

In some such implementations, the first edge of each photodetector element may be perpendicular or transverse to an axis radiating out from a center of the light source.

In some implementations of the apparatus, the light source may include a plurality of light-emitting devices.

In some such implementations, the plurality of light-emitting devices may include at least two light-emitting devices that predominantly emit light of different wavelengths. In some further or alternative such implementations, there may be a plurality of photodetector elements arranged in a pattern, and the plurality of light-emitting devices may be collocated at a center point of the pattern of photodetector elements. In some such implementations, each photodetector element in the pattern may be equidistant from the center of the light source and/or evenly spaced within the pattern.

In some implementations of the apparatus, the ratio of the first length to the first width of each photodetector element may be substantially between 2:1 to 3.5:1. In some other implementations of the apparatus, the ratio of the first length to the first width of each photodetector element may be substantially between 3.5:1 to 5:1.

In some implementations of the apparatus, each photodetector element may have a first length between 1 mm and 5 mm and a first width between 0.5 mm and 2 mm, with the ratio of the first length to the first width substantially between 2:1 to 5:1, and each such photodetector element may be positioned such that an edge of the photodetector element closest to the light source is between 1 mm and 4 mm from the light source.

In some implementations of the apparatus, there may be a pattern of photodetector elements that includes three or four photodetector elements that are equidistantly spaced about the light source.

In some implementations of the apparatus, the apparatus may also include a housing having a back face that includes one or more transparent window regions through which light may enter the apparatus. In such implementations, each photodetector element is positioned such that that photodetector element is overlapped by a corresponding one of the one or more transparent window regions, and the housing may be configured such that the back face is adjacent to the skin of a person wearing the apparatus when the apparatus is worn by that person.

In some such implementations of the apparatus, the back face may include a thin window, and the window regions may be sub-regions of the window that are defined by the photodetector elements. In some other or additional such implementations, each photodetector element may be offset from the corresponding transparent window region by a corresponding gap in a direction normal to the photodetector element, and the gap may be free of optical light guides.

In some implementations of the apparatus, each photodetector element may, in addition to the first edge, have an

arcuate second edge opposite the first edge. The arcuate second edge may have a maximum distance from the first edge, when measured along a direction perpendicular to the first edge, that is equal to the first width.

In some implementations, an apparatus may be provided that includes a first light source and a second light source, as well as a photodetector element interposed between the first light source and the second light source. The apparatus may also include control logic that is communicatively connected with the first and second light sources and the photodetector element and that is configured to cause the first light source and the second light source to emit light, obtain measured light intensity measurements from the photodetector element, and determine a heart rate measurement based, at least in part, on the light intensity measurements. In such implementations, the photodetector element may be rectangular in shape, have a first edge with a first length, and have a second edge, perpendicular to the first edge, with a second length. Furthermore, in such implementations, the ratio of the first length to the second length may be substantially between 2:1 to 5:1.

In some such implementations, the first edge of each photodetector element may be perpendicular or transverse to an axis spanning between a center of the first light source and a center of the second light source.

In some other or additional such implementations, the apparatus may include a housing having a back face that includes a transparent window region that overlaps the photodetector element and two further window regions that are each associated with a different one of the first light source and the second light source and that allow light from the associated light source to pass through the back face. In such implementations, the first light source and the second light source may be the only light sources in the apparatus configured to emit light through the back face, and the housing may be configured such that the back face is adjacent to the skin of a person wearing the apparatus when the apparatus is worn by that person.

In some implementations of the apparatus, the photodetector element may be equidistant from the first light source and the second light source.

In some implementations, an apparatus may be provided that includes a light source and one or more photodetectors, each photodetector having a photosensitive area. In such implementations, at least 90% of the photosensitive area of the photodetector is defined by a first dimension along a first axis and a second dimension along a second axis perpendicular to the first axis. The apparatus may also, in such implementations, include control logic that is communicatively connected with the light source and each photodetector and that is configured to cause the light source to emit light, obtain one or more measured light intensity measurements from the one or more photodetectors, and determine a heart rate measurement based, at least in part, on the one or more light intensity measurements. In such implementations, the ratio of the first dimension to the second dimension may be substantially between 2:1 to 5:1.

In some implementations of the apparatus, the light source may include a plurality of light-emitting devices. In some such implementations, the plurality of light-emitting devices may include at least two light-emitting devices that predominantly emit light of different wavelengths. In some further or alternative such implementations, there may be a plurality of photodetector elements arranged in a pattern, and the plurality of light-emitting devices may be collocated at a center point of the pattern of photodetector elements. In some such implementations, each photodetector element in the pattern may be equidistant from the center of the light source and/or evenly spaced within the pattern.

In some implementations of the apparatus, the ratio of the first length to the first width of each photodetector element may be substantially between 2:1 to 3.5:1. In some other implementations of the apparatus, the ratio of the first length to the first width of each photodetector element may be substantially between 3.5:1 to 5:1.

In some implementations of the apparatus, each photodetector element may have a first length between 1 mm and 5 mm and a first width between 0.5 mm and 2 mm, with the ratio of the first length to the first width substantially between 2:1 to 5:1, and each such photodetector element may be positioned such that an edge of the photodetector element closest to the light source is between 1 mm and 4 mm from the light source.

In some implementations of the apparatus, there may be a pattern of photodetector elements that includes three or four photodetector elements that are equidistantly spaced about the light source.

In some implementations of the apparatus, the apparatus may also include a housing having a back face that includes one or more transparent window regions through which light may enter the apparatus. In such implementations, each photodetector element is positioned such that that photodetector element is overlapped by a corresponding one of the one or more transparent window regions, and the housing may be configured such that the back face is adjacent to the skin of a person wearing the apparatus when the apparatus is worn by that person.

In some such implementations of the apparatus, the back face may include a thin window, and the window regions may be sub-regions of the window that are defined by the photodetector elements. In some other or additional such implementations, each photodetector element may be offset from the corresponding transparent window region by a corresponding gap in a direction normal to the photodetector element, and the gap may be free of optical light guides.

In some implementations, an apparatus may be provided that includes a light source and at least one photodetector element. The apparatus may also include control logic that is communicatively connected with the light source and the photodetector element and that is configured to cause the light source to emit light, obtain at least one measured light intensity measurement from the at least one photodetector element, and determine a heart rate measurement based, at least in part, on the at least one light intensity measurement. In such implementations, the at least one photodetector element may subtend an angle at the center of the light source of substantially at least: 2·arctan

$$\left(\frac{1}{r_i}\right)$$

radians, where $r_i$ is a measurement of a distance from the center of the light source to the photodetector element, at least 80% of the photodetector element covers an annular region centered on the center of the light source and defined by $r_i$ and $r_o$, and $r_o$ is greater than $r_i$ by not more than 2 millimeters.

In some such implementations, the angle at the center of the light source subtended by the at least one photodetector element may be substantially at most: 2·arctan

$$\left(\frac{2.5}{r_i}\right)$$

radians.

In some implementations, an apparatus may be provided that includes a light source configured to emit light predominantly having wavelengths in the 500 nm to 600 nm range, as well as a photodetector element having a central opening. The apparatus may also include control logic that is communicatively connected with the light source and the photodetector element and that is configured to cause the light source to emit light, obtain measured light intensity measurements from the photodetector element, and determine a heart rate measurement based, at least in part, on the light intensity measurements. In such implementations, the light source may be positioned so as to emit light through the central opening of the photodetector element, and the photodetector element may have a) an exterior periphery defined by a first boundary and b) a second boundary defining the central opening.

In some such implementations, the first boundary and the second boundary may form an annulus, the first boundary may be radially offset from the second boundary by a first distance, and the ratio of the circumference of the second boundary to the first distance may be between 9.5:1 to 11.5:1.

In some other or additional such implementations, the first boundary and the second boundary may form an annulus, the first boundary may have a diameter of between 3 to 5.5 mm, and the second boundary may have a diameter of between 1 to 2.5 mm.

In some implementations of the apparatus, the second boundary may be a regular polygon of N sides each having a second length, and for each of the N sides of the second boundary, the first boundary may be offset from that side of the second boundary by a first distance along a reference axis that originates at a center of the light source and passes through the midpoint of that side of the second boundary. In such implementations, the ratio of the second length to the first distance for each of the N sides may be between 2:1 to 5:1.

These and other implementations are described in further detail with reference to the Figures and the detailed description below.

## BRIEF DESCRIPTION OF THE DRAWINGS

The various implementations disclosed herein are illustrated by way of example, and not by way of limitation, in the figures of the accompanying drawings, in which like reference numerals refer to similar elements.

FIG. **1** depicts a simplified representation of a prior-art wristband-type wearable fitness monitor that incorporates a PPG sensor.

FIG. **2** depicts a simplified representation of a wristband-type wearable fitness monitor that incorporates a PPG sensor that uses a non-square photodetector element, in accordance with an example implementation.

FIG. **3** is a theoretical plot of emitted light intensity and detected light intensity for an example PPG sensor that is used to obtain heart rate information from a person's flesh, in accordance with an example implementation.

FIG. **4** depicts a grey-scale plot of measured AC power intensity for light emanated from a rectangular region measuring approximately 4.5 mm wide by 5 mm tall on a person's arm near the wrist, in accordance with an example implementation.

FIG. **5** depicts the same light intensity image map of FIG. **4**, but with the outline of a high-aspect-ratio photodetector element added to the Figure, in accordance with an example implementation.

FIG. **6** depicts a simulation of the AC intensity or power of light that is emanated within a 16 mm by 16 mm region of skin as a result of light that is shined into the skin at the center of the region, in accordance with an example implementation.

FIG. **7** depicts a plot of measurable AC light power as a function of photodetector footprint aspect ratio with regard to the simulation shown in FIG. **6**, in accordance with an example implementation.

FIG. **8** depicts a plot of measurable AC light power as a function of photodetector footprint aspect ratio with regard to the simulation shown in FIG. **6**, but with the edge of the photodetector closest to the center of the light source offset from the light source center by 2.6 mm instead of 1.65 mm, in accordance with an example implementation.

FIG. **9** depicts a diagram of a high-aspect-ratio ("HAR") photodetector element that is rectilinear, in accordance with an example implementation.

FIG. **10** depicts a diagram of a HAR photodetector element that is generally rectangular, but that possesses some non-rectangular aspects, in accordance with an example implementation.

FIG. **11** depicts a diagram of a HAR photodetector element that is similar to the HAR photodetector element of FIG. **10**, but with a rectangular cutout along the first edge, in accordance with an example implementation.

FIG. **12** depicts a diagram of a HAR photodetector element that is similar to the HAR photodetector element of FIG. **9**, but one where the active area is generally rectangular yet has a "peninsula" that protrudes out from the rectangular area, in accordance with an example implementation.

FIG. **13** depicts a diagram of a HAR photodetector element that is arcuate in shape, in accordance with an example implementation.

FIGS. **14** through **17** depict several examples of implementations with multiple HAR photodetectors, in accordance with several example implementations.

FIG. **18** depicts an example of a PPG sensor photodetector layout as shown in FIG. **15** but with multiple light-emitting devices used in the light source, in accordance with an example implementation.

FIG. **19** shows an example light source and a surrounding annular region, in accordance with an example implementation.

FIG. **20** depicts a plot of the fraction of the light intensity that is emanated outside of an arbitrary inner radius $r_i$ that would fall within the bounds of an annular region with an inner radius $r_i$ and an annular width as indicated along the x-axis, in accordance with an example implementation.

FIG. **21** depicts a light source, HAR photodetector, and various reference annotations.

FIGS. **22** through **24** depict cross-sections of simplified representations of various PPG sensors, in accordance with various example implementations.

FIG. **25** depicts an example of an annular photodetector element with a light source in the middle, in accordance with an example implementation.

FIG. **26** depicts an example of a polygonal photodetector element with a light source in the middle, in accordance with an example implementation.

FIG. **27** depicts a high-level block diagram of a PPG sensor, in accordance with an example implementation.

## DETAILED DESCRIPTION

The present disclosure relates to PPG sensors and, more particularly, to PPG sensors designed for use with wearable

biometric monitoring devices (also referred to herein as "biometric tracking devices," "biometric tracking modules," "wearable fitness monitors," or the like). The present inventors have determined that the use of non-square photodetector elements in PPG sensors may provide a significant performance increase as compared with traditional PPG designs, which typically utilize square photodetector elements. The present inventors have also determined that such a performance increase may be obtained, if desired, while still maintaining essentially the same power consumption as a square photodetector element in a traditional PPG design.

FIG. **2** depicts a simplified representation of a wristband-type wearable fitness monitor **200** that incorporates a PPG sensor that uses a non-square photodetector element in accordance with an example implementation of the concepts arrived at by the present inventors and discussed below. The wearable fitness monitor **200**, in this example, shares many components in common with the prior art wearable fitness monitor **100**, including the control logic, the housing **104** and the straps **102**, the back face **128**, and the two light sources **108**. The wearable fitness monitor **200**, however, features a photodetector element **212** which has a non-square active area in place of the photodetector element **112**.

As discussed above, PPG sensors operate by shining light into a person's skin. This light diffuses through the person's flesh and a portion of this light is then emitted back out of the person's skin in close proximity to where the light was introduced into the flesh; the amount of light that is emitted back out of the person's flesh attenuates with increasing distance from the light source. This effect can be seen when one holds a bright penlight or other concentrated light source against one's skin; the flesh surrounding the area where the light source contacts the skin will glow red or orange from the diffused light. While imperceptible to the human eye, the amount of this light that is emanated from the person's skin will fluctuate in sync with the person's heart rate. As a person's heart beats, the person's blood vessels expand and contract in synch with the heart as the pumping of the heart exerts pressure on the person's blood which, in turn, results in cyclic pressure increases in the person's blood vessels. When a blood vessel expands, it allows more blood to flow into the vessel, which results in the amount of blood present in a given region of the person's flesh fluctuating in rhythm with the person's heart rate. This, in turn, results in fluctuations in the amount of light from the light source that is emanated back out of the flesh. The heart rate may then be determined by measuring the amount of light that emanates back out of the person's flesh via the above-described diffusion mechanism. Such measured light may have two components—a component that remains constant, i.e., the light that generally emanates from the skin regardless of heart rate, and a component that fluctuates with heart rate. The light that remains constant may be referred to herein as "DC," as it may be thought of as analogous in some respects to direct current since it remains relative constant over time. The light that fluctuates may be referred to herein as "AC," as it may be thought of as analogous to alternating current since it fluctuates relatively regularly over time. A typical heart rate might range from 50 beats per minute (BPM) to 200 bpm, and the AC component of light may have a frequency that maps to the heart rate frequency.

Generally speaking, the AC component of the detected light, which may be referred to herein as "AC optical power" or, more generally, simply as "light intensity," may be much smaller in magnitude than the DC component, as a large amount of the light that is diffused into the person's skin and then emanated out will still emanate regardless of the changes in the amount of blood present due to the heart beating. However, the AC component is of principle interest since it is what is indicative of heart rate.

FIG. **3** is a theoretical plot of emitted light intensity and detected light intensity for an example PPG sensor that is used to obtain heart rate information from a person's flesh, in accordance with an example implementation. It is to be understood that FIG. **3** is not to scale and does not depict actual data; it is merely intended to assist the reader in understanding the difference between the AC and DC components of a detected light signal. In FIG. **3**, the horizontal axis indicates time, and the vertical axis indicates light intensity. As can be seen, light is emitted into the person's flesh at a constant value **350** in this example. Light emanating from the person's skin is then measured by a photodetector element; this measured light intensity is depicted as data trace **348**. The data trace **348** may be split into a DC component **346**, which does not fluctuate with time, and an AC component **344**, which does fluctuate with time.

As noted above, a conventional PPG sensor may include a square photodetector element that is located near a light source (or, in many cases, near two or more light sources). The present inventors determined that such an arrangement was inefficient in terms of signal collection as a function of potential power consumption. For example, photodetectors are typically composed of a single photosensitive lateral area, e.g., the area of the photodetector that is parallel to the photodetector die top surface, that provides an output signal that indicates the total amount of light that is incident on the photosensitive cell at any given moment in time. The amount of power that such a photodetector consumes is directly tied to the size of the photosensitive area of the photodetector. The present inventors determined that, for a square photodetector element, a large percentage of the photodetector element may be located in positions where a much lower amount of AC light is emanated in comparison to locations where other portions of the photodetector element are located. This effect is discussed in more detail with respect to some of the Figures, as set forth below.

FIG. **4** depicts a grey-scale plot of measured AC power intensity for light emanated from a rectangular region measuring approximately 4.5 mm wide by 5 mm tall on a person's arm near the wrist, in accordance with an example implementation. A light source **408** is positioned at X=0 mm and Y=0 mm and shines light into the person's arm; the intensity of the light that is emanated back out is reflected in the shading in the image (the largest and smallest light intensities, due to the limitations of using black and white ink, appear similar—it is to be understood that the light intensity is greatest at the left side of the image and then falls off to the lowest intensities at the right edge of the image). The light source used in FIG. **4** was a 1.9 mm diameter green-wavelength LED, although the illumination beam that it produced was concentrated in an area smaller than that. FIG. **4** is based on actual image data taken with a human subject; as such, it includes various imperfections, such as hairs, that result in asymmetries in the light intensity detected. The light source that was used in this example emitted light that was predominantly in the 515 nm to 545 nm range, i.e., primarily green light.

The rectangular region has been divided into twelve rectangular bins; the number in each bin indicates the fraction of the overall AC light intensity (also referred to as the "power fraction") within the total bin area that is attributable to that particular bin. Thus, the bin in the lower left corner sees 20% of the total AC light intensity or power that is emitted from the totality of the twelve bins, whereas the bin immediately to the right of that bin only sees 9% of the total AC light intensity or power within that region.

FIG. **4** also depicts the footprint **442** of a typical, square photodetector element at a spacing of approximately 2.5 mm from the light source center. As used herein, the terms "photodetector element," "active area," "active region," "photosensitive area," and "footprint" (with respect to a photodetector) all refer to the same portion of a photodetector, namely, the area of the photodetector that can actually detect light that is incident on the photodetector. It is to be understood that photodetectors may also include other components that are outside of the active area, such as interconnects, circuits, application-specific integrated circuits (ASICs), etc. that interact with the photodetector element in order to provide power or produce signal output. These other components are not to be considered to be part of the photodetector element. Thus, a photodetector with a 2 mm by 2 mm square photodetector element having a 1 mm by 2 mm ASIC located adjacent to one edge of the photodetector element might have an overall size of 3 mm by 2 mm, which would be rectangular, but the photodetector element of that photodetector would not be rectangular since the ASIC is not part of the photodetector element. It is also to be understood that reference herein to a "square" photodetector refers to a photodetector that has a square photodetector element, regardless of the aspect ratio that the entire photodetector has. Similarly, reference herein to a "rectangular" or "non-square" photodetector is to be understood as referring to a photodetector with a rectangular or non-square, respectively, photodetector element, regardless of whether the photodetector overall has a square shape.

Due to the aspect ratio and positioning of the square photodetector element, more than half of the active area is only able to measure light from the rightmost six bins, which represent only 14% of the available AC power in the overall bin area. The square photodetector element will not even collect all of the available light from those rightmost six bins since it only fully overlaps one of those rightmost six bins—only part of the light emanated from the remaining five bins of the rightmost six bins will be collectable by the square photodetector element. As shown, the square photodetector element may only be able to measure about 20% of the available light intensity that is emitted across all twelve bins.

Even if the square photodetector element is shifted to the left so that the edge closest to the light source is located at approximately 1.85 mm from the light source center, approximately 40% of the square photodetector element will still only be able to measure light from the rightmost six bins. In this case, the square photodetector element may collect roughly 50% of the AC optical power available in the 12 bins.

The present inventors have determined that a significant performance increase may be realized by deviating from the typical square (or nearly-square) aspect ratios that are used in photodetector elements of conventional PPG sensors. More specifically, the present inventors have determined that using a high-aspect-ratio photodetector element may provide a significant improvement in the amount of AC light measurable by a photodetector without incurring a significant power consumption penalty as compared with square photodetectors of the same active area. As used herein, the term "high-aspect-ratio" (or "HAR") photodetector refers to non-square photodetectors where at least 90% of the photodetector element active area, which may be referred to herein as the "active area of interest," has a maximum first dimension along a first axis that is at least twice as large as a maximum second dimension of the photodetector element along a second axis that is perpendicular or orthogonal to the first axis; the second axis is parallel to a ray emanating from the center of a light source used with the photodetector to form a PPG sensor, and the first axis is perpendicular to that ray. The maximum first dimension may be thought of as the distance between two lines that are both parallel to the ray emanating from the center of the light source and that pass through the opposing ends of the active area of interest that are furthest from the ray in directions perpendicular to the ray. The maximum second dimension, correspondingly, may be thought of as the distance between two lines that are both perpendicular to the ray emanating from the center of the light source and that pass through the opposing ends of the active area of interest that are furthest from and closest to the center of the light source. The "maximum first dimension" may also be referred to herein and in the claims as the "height" or "length" of a HAR photodetector, and the "maximum second dimension" may also be referred to herein and in the claims as the "base" or "width" of a HAR photodetector.

It is to be understood that while the examples discussed herein feature HAR photodetector elements with long axes that are perpendicular to rays extending out from a PPG sensor light source, similar performance benefits may be realized by utilizing similarly-sized photodetector elements that are not strictly perpendicular, e.g., ±10° from perpendicular. More generally, the concepts discussed herein may be practiced using HAR photodetector elements that are arranged with the long axis of such HAR photodetector elements being transverse to rays radiating outwards from the center of the light source.

FIG. **5** depicts the same light intensity image map of FIG. **4**, but with the outline of a high-aspect-ratio photodetector element added to the Figure, in accordance with an example implementation. The HAR photodetector element outline that is shown has a height-to-width aspect ratio of approximately 2.8 to 1, and completely overlaps with the leftmost six bins, which represent nearly 85% of the available AC power in the overall bin area. Thus, the HAR photodetector element shown in FIG. **5** is able to collect nearly four times as much light as the square photodetector element shown in FIG. **4**. The HAR photodetector is able to offer such improved light collection capabilities while still having substantially the same active area as the square photodetector of FIG. **4**. For example, a square photodetector element may have an active area of approximately 7 $mm^2$ and a HAR photodetector element may have an active area of approximately 7 $mm^2$. As a result, the power consumed by both the square photodetector and the HAR photodetector will be approximately equal since they have the same active area. Thus, the HAR photodetector in the example simulation shown in FIG. **5** offers a 300% improvement in collected AC power as compared with a traditional square photodetector implementation as set forth in FIG. **4**, while requiring effectively no additional power in order to attain such an improvement.

FIG. **6** depicts a simulation of the AC intensity or power of light that is emanated within a 16 mm by 16 mm region of skin as a result of light that is shined into the skin at the center of the region, in accordance with an example implementation. In FIG. **6**, there are two photodetector active area footprints **642** shown—one for a square photodetector footprint **652** and one for a HAR photodetector footprint **654**. Both have areas of 7.5 $mm^2$, which is the area of the photosensitive area of the square photodetector used in the Fitbit Charge HR™ and Surge™ products, and are positioned with the edge closest to the light source offset from the light source center by 1.65 mm. The stippling density in FIG. **6** provides an indication of relative intensity—the higher the stippling density, the higher the light intensity (the center region is not stippled since this area is, in effect, the region through which light is introduced into the skin, plus some buffer, and it is unsuitable for obtaining light intensity measurements). As can be seen, a much higher

proportion the HAR photodetector footprint **654** overlaps with higher-density stippling/light intensity regions than is the case with the square photodetector footprint **652**.

FIG. **7** depicts a plot of measurable AC light power as a function of photodetector footprint aspect ratio with regard to the simulation shown in FIG. **6**, in accordance with an example implementation. The vertical axis represents the AC light power that is measurable by the photodetector, and the horizontal axis represents the aspect ratio of the photodetector; the vertical axis has been normalized such that a 1:1 aspect ratio photodetector provides a measurable AC light power value of 1. As can be seen, by utilizing a HAR photodetector, such as a photodetector with an aspect ratio of 2:1 or 3:1, the amount of AC light that is measurable by the HAR photodetector may be increased by up to 20% as compared with the square photodetector. This is a lower performance increase than was discussed above with respect to FIG. **5**, but is still significant in terms of power consumption efficiency of a PPG sensor. In the modeled scenario, a HAR photodetector with an aspect ratio of between 3:1 and 4:1 provides the highest performance in this respect. As used herein, the term "between," with reference to a range, is used to indicate a range that is inclusive of the upper and lower limits of the range. Thus, in the above example, aspect ratios of 3:1 and 4:1 would be included in the range of "between 3:1 and 4:1." This convention is used throughout this paper and in the claims. The same observation may be made with respect to the use of "to" to describe an implied range, e.g., "a ratio of 3:1 to 4:1" would mean "between 3:1 to 4:1" and 3:1 and 4:1 would be included in this range.

FIG. **8** depicts a plot of measurable AC light power as a function of photodetector footprint aspect ratio with regard to the simulation shown in FIG. **6**, but with the edge of the photodetector closest to the center of the light source offset from the light source center by 2.6 mm instead of 1.65 mm, in accordance with an example implementation. The vertical axis represents the AC light power that is measurable by the photodetector, and the horizontal axis represents the aspect ratio of the photodetector; the vertical axis has been normalized such that a 1:1 aspect ratio photodetector provides a measurable AC light power value of 1. As can be seen, a similar performance increase can be observed when using a HAR photodetector even at the increased spacing from the light source, although the performance increase is slightly more pronounced, e.g., up to ~27% for HAR photodetectors with aspect ratios of 3:1 to 5:1.

In view of the above, in some implementations, a PPG sensor may utilize one or more HAR photodetector elements having aspect ratios of between 2:1 and 5:1. In some implementations, a PPG sensor may utilize one or more HAR photodetector elements having ratios of between 2:1 and 7:2, and in some other implementations, a PPG sensor may utilize one or more HAR photodetector elements having ratios of between 7:2 to 5:1. It is to be understood that HAR photodetector elements may have proportions that fall substantially between the aspect ratios discussed herein, both prior to and after this point, e.g., HAR photodetector elements may also have dimensions within ±0.1 mm of dimensions that would satisfy such aspect ratios or have aspect ratios within ±10% of such aspect ratios, e.g., for a 2:1 to 5:1 aspect ratio range, HAR photodetector elements having aspect ratios of 1.8:1 or 5.5:1 may be considered as having aspect ratios substantially between aspect ratios between 2:1 and 5:1.

HAR photodetectors may have increased effectiveness when arranged and sized according to one or more guiding principles, as discussed in more detail below.

As mentioned earlier, at least 90% of the active or photosensitive area of a HAR photodetector may have a maximum first dimension along a first axis that is at least twice as large as a maximum second dimension of the active or photosensitive area along a second axis that is perpendicular or orthogonal to the first axis; the second axis is parallel to a ray emanating from the center of a light source used with the photodetector to form a PPG sensor, and the first axis is perpendicular to that ray. This concept is discussed in more detail below, with reference to several Figures.

FIG. **9** depicts a diagram of a HAR photodetector element **912** that is rectilinear, in accordance with an example implementation. As can be seen, the active area of the HAR photodetector element **912** is rectangular and has a first dimension **986** along an axis that is perpendicular to a ray **956** emanating from the center of a light source **908**, and a second dimension **988** along an axis that is parallel to the ray **956**; the first dimension **986** and the second dimension **988** are thus orthogonal to one another. The HAR photodetector element **912**, in this case, has a form factor where the active area as a whole has a first dimension **986** that is three times larger than the second dimension **988**, i.e., 100% of the active or photosensitive area of the HAR photodetector element **912** has a maximum first dimension that is at least twice (in this case, thrice) as large as the maximum second dimension.

In this particular example, the HAR photodetector element **912** is a rectangular element, which is the most efficient shape in terms of manufacturing yield, as such photodetector elements may be made by simply dicing a semiconductor wafer with the requisite semiconductor elements for the photodetector elements in a rectangular grid, much in the same manner that square photodetector elements are manufactured (just with a different dicing spacing).

HAR photodetectors, as described herein, may also take on HAR shapes other than simple rectangles. Several examples of such alternative photodetector elements are discussed in more detail below.

FIG. **10** depicts a diagram of a HAR photodetector element **1012** that is generally rectangular, but that possesses some non-rectangular aspects, in accordance with an example implementation. The HAR photodetector element **1012** may have a first edge that is closest to the light source **1008**, and an arcuate second edge that is opposite the first edge. If one considers the entire active area of the HAR photodetector element **1012**, it is apparent that the HAR photodetector element **1012** has an active area with a maximum first dimension **1090** and a maximum second dimension **1092**, which is the same as with the HAR photodetector element **912**. Thus, the depicted HAR photodetector element **1012** would also be considered to have an aspect ratio of 3:1.

FIG. **11** depicts a diagram of a HAR photodetector element **1112** that is similar to the HAR photodetector element of FIG. **10**, but with a rectangular cutout along the first edge, in accordance with an example implementation. While the active area of such a photodetector element differs from the photodetector elements of FIGS. **9** and **10**, the HAR photodetector element **1112** active area still has a maximum first dimension **1190** that is three times larger than a maximum second dimension **1192** of the active area.

FIG. **12** depicts a diagram of a HAR photodetector element **1212** that is similar to the HAR photodetector element of FIG. **9**, but one where the active area is generally rectangular yet has a "peninsula" that protrudes out from the rectangular area, in accordance with an example implementation. In this case, if one considers 100% of the active area of the photodetector, the maximum first dimension **1290** and the maximum second dimension **1292'** would technically be the same, which would

result in an aspect ratio of 1:1. However, if the active area of the peninsula is omitted, the remaining 90% of the active area of the photodetector element **1212**, e.g., active area of interest **1294**, indicated by diagonal cross-hatching, has a maximum first dimension **1290** that is three times larger than the maximum second dimension **1292**. Accordingly, such a photodetector element **1212** may be considered to be a HAR photodetector element under the conditions described herein.

FIG. **13** depicts a diagram of a HAR photodetector element **1312** that is arcuate in shape, in accordance with an example implementation. In this case, the HAR photodetector element **1312** has an active area with a maximum first dimension that is also three times larger than the maximum second dimension.

To be clear, all of the examples of photodetector elements shown in FIGS. **9** through **13** may be classified as HAR photodetector elements since at least 90% of the active or photosensitive area of each of these photodetector elements has a maximum first dimension along a first axis, where the first axis is perpendicular to a ray emanating from the center of the light source of a PPG sensor, that is at least twice as large as a maximum second dimension of the active or photosensitive area along a second axis that is perpendicular or orthogonal to the first axis. There are, of course, other shapes and examples of photodetector elements that may be considered to be HAR photodetector elements, commensurate with the above discussion.

Generally speaking, while only one light source and one photodetector element are needed in order to construct a PPG sensor, including multiple light sources or light-emitting devices and/or multiple photodetector elements may offer increased sensitivity, but at the expense of increased power consumption.

If multiple light-emitting devices are used, they may, for example, be spaced apart from one another, as shown in FIGS. **1** and **2**, or may be closely grouped. In some implementations, all such light sources may be the same type of light source. In some other implementations, however, different types of light sources may be used for some or all of the light sources. For example, it may be desirable to utilize an LED that predominantly emits light in the green light spectrum for the purposes of detecting heart rate since the fluctuations in the light that is emitted back out of the person's skin may be more pronounced in the green light spectrum. At the same time, photoplethysmographic techniques may also be used to measure other physiological parameters besides heart rate, such as blood oxygenation levels. It may, in such situations, be desirable to utilize an LED that predominantly emits light in the red or infrared spectrum for such purposes. Thus, it may be desirable to include separate light-emitting devices that are each able to emit different wavelengths of light; each light-emitting device may be used to supply light for a different type of photoplethysmographic measurement. In some implementations, these light-emitting devices or light sources may be distributed across the PPG sensor face—for example, the light source **108** on the left side of FIG. **2** may be a green-wavelength LED, and the light source **108** on the right side of FIG. **2** may be a red- or infrared-wavelength LED. In some other implementations, light emitting devices may be closely clustered together, e.g., within a millimeter or two or less of each other; in such implementations, the clustered light-emitting devices may be viewed as a single light source with a center point that is, for example, associated with the centroid of the light intensity distribution of the cluster of light-emitting devices when all of the light-emitting devices in the cluster are emitting light simultaneously or that is associated with the averaged location of all of the light-emitting devices in the cluster. For light sources with single light-emitting devices, the center of the light source is to be understood as corresponding to a point generally associated with the centroid of the light intensity distribution of that light-emitting device, e.g., typically the center of the LED. It is to be understood that the term "light-emitting device," as used herein, refers to a single, discrete light-emitting device, such as a single LED or a laser diode, and that the term "light source," as used herein, refers to one or more light-emitting devices that are generally treated as a unit, e.g., that are close enough together that an observer would not be able to discern a gap between the light-emitting devices in a group of light-emitting devices when the light-emitting devices in the group are all emitting light simultaneously and the observer is approximately two to three feet from the light-emitting devices (this assumes that the light-emitting devices are emitting light in a spectrum visible to the observer; for light-emitting devices that emit light in a non-visible spectrum, e.g., infrared, such an evaluation may be based on whether gaps between such light-emitting devices would be visible at a distance of two to three feet if such light-emitting devices instead emitted visible light).

Conventional PPG sensors featuring square photodetector elements, such as the example shown in FIG. **1**, may utilize two light sources that bracket the photodetector element so that the fall-off in illumination intensity that is evident in FIG. **4** may be mitigated—in such an arrangement, the light intensity along the left edge of the depicted area of FIG. **4** may be mirrored along the right edge of the depicted area, resulting in a valley of lower-intensity light near the middle of the square photodetector, but with both the left and right edges of the square photodetector seeing increased light intensity. This, however, requires that two LEDs be powered, instead of one, effectively doubling the power consumption attributable to the light sources.

The present inventors have determined that utilizing a HAR photodetector element, in some cases, can present a much more power-efficient technique for achieving increased sensor performance than the conventional approach of including multiple light sources, as a HAR photodetector element and single light source may achieve performance that is comparable or superior to the performance of a square photodetector with multiple light sources—thus avoiding the use of the extra light source (and avoiding the extra power consumption it would incur).

The present inventors have also determined that further increases in PPG sensor performance may be attained, in some cases, by arranging multiple HAR photodetectors in an array or pattern about a light source. Since the same light source may provide light to multiple HAR photodetectors, there is little or no additional power consumption attributable to the light source in such implementations as compared with implementations having only one photodetector element. The use of such HAR photodetector elements may also increase the signal to ambient noise ratio of the PPG sensor.

FIGS. **14** through **16** depict several examples of implementations with multiple HAR photodetectors, in accordance with several example implementations. In FIG. **14**, two HAR photodetector elements **1412** are shown with a light source **1408** interposed midway between them. In FIG. **15**, three HAR photodetector elements **1512** are shown in a circular array centered on a light source **1508**. Similarly, in FIG. **16**, four HAR photodetector elements **1612** are arranged in a circular array about a light source **1608**. It is not necessary for the HAR photodetector elements in such patterns or arrays to be equidistantly-spaced, as is shown in the implementations of FIGS. **14**, **15**, and **16**. For example, a three-element array

may be formed by removing one of the photodetector elements **1612** from the array shown in FIG. **16**. It is also not necessary for the photodetector elements within such a pattern or array to all be the same size and shape. For example, the upper and lower photodetector elements **1612** in FIG. **16** might have aspect ratios of 5:1, and the left and right HAR photodetector elements **1612** in FIG. **16** might have aspect ratios of 3:1 (which is the actual aspect ratio depicted). FIG. **17** depicts another example arrangement of photodetector elements. In FIG. **17**, the upper and lower HAR photodetector elements **1612** may have aspect ratios of 2:1, and the left and right HAR photodetector elements **1612** may have aspect ratios of 3:1; in some such implementations, the shorter photodetector elements, e.g., the 2:1 aspect ratio photodetector elements **1712** in the depicted example, may be positioned with the midpoints of their shorter edges generally located along a line spanning between the short edges of the longer photodetector elements, e.g., the 3:1 aspect ratio photodetector elements **1712** in the depicted example. In some PPG implementations involving multiple HAR photodetector elements, the HAR photodetector elements may occupy more than 50% of an annular region about the light source that has an annular width of 1 mm.

FIG. **18** depicts an example of a PPG sensor photodetector layout as shown in FIG. **15** but with multiple light-emitting devices used in the light source, in accordance with an example implementation. As discussed earlier herein, a PPG sensor may utilize one or more light sources, each of which may include one or more light-emitting devices. As can be seen, the light source **1808** includes two light-emitting devices **1810**, which may, for example, be surface-mount LEDs, one emitting primarily green-wavelength light and the other emitting primarily red-wavelength light. The two light-emitting devices **1810** may define a center point **1866** located midway between them, and may, in combination, be viewed as forming a light source **1808**. It is to be understood that the light-emitting devices **1810** may be operated independently and may not be powered on simultaneously during actual use. As a result, the array of photodetector elements **1812** may not appear to be centered on the center of either light-emitting device **1810** when that light-emitting device **1810** is on, but the array of photodetector elements **1812** may, nonetheless, be considered to be centered on the light source **1808**.

The present inventors have further determined that HAR photodetector elements, in at least some implementations, may be sized such that their width or the second maximum dimension of at least 90% of the active area of the HAR photodetector element is between approximately 0.5 mm and 1 mm; there may be some deviation from this range in some of these implementations, such as HAR photodetector elements where this dimension ranges between 0.45 mm and 1.1 mm.

Generally speaking, the light intensity for light emanating from a person's skin from a PPG light source falls off in an axially symmetric manner with increasing distance from the center of the light source (this assumes a single light source PPG sensor). Accordingly, the light source may be surrounded by a plurality of concentric, annular regions that each correspond with a different average light intensity. The present inventors analyzed the characteristics of such annular regions and determined that, regardless of the inner radius of a particular annular region, approximately 80% of the available power or intensity of the emanated light available outside of the inner radius of the annular region occurs within 1 mm of the inner radius. Thus, any particular annular region with an annular width of approximately 1 mm will see approximately 80% of the light intensity/power that is available outside of the inner radius of that annular region. For clarity, the "annular width" (w) of an annular region is equal to the outer radius ($r_o$) of the annular region minus the inner radius ($r_i$) of the annular region. This is illustrated in FIG. **19**, which shows a light source **1908** and a surrounding annular region **1958**, in accordance with an example implementation; the inner radius $r_i$, the outer radius $r_o$, and the annular width of the annular region **1958** are indicated. FIG. **20** depicts a plot of the fraction of the light intensity that is emanated outside of an arbitrary inner radius $r_i$ that would fall within the bounds of an annular region with an inner radius $r_i$ and an annular width as indicated along the x-axis, in accordance with an example implementation. As can be seen, approximately 80% of the available light intensity falls outside the inner radius $r_i$ and within 1 mm of the inner radius $r_i$.

The present inventors determined that, given the high concentration of emanated light intensity within this 1 mm zone, sizing HAR photodetectors so as to have approximately a 1 mm width or less or such that the second dimension referenced above is approximately 1 mm or less may, in some implementations, offer enhanced performance in a PPG sensor.

In some implementations, HAR photodetector elements may be sized and arranged to satisfy certain geometric constraints. For example, in some implementations, the size of the HAR photodetector element may be constrained by certain geometric relationships, as described further below with respect to FIG. **21**. FIG. **21** depicts a light source, HAR photodetector, and various reference annotations. In FIG. **21**, a HAR photodetector element **2112** is shown positioned at a distance $r_i$ from a light source **2108**. An annular region **2158** having an inner radius of $r_i$ and an outer radius of $r_o$ may be centered on the light source **2108**. Generally speaking, the difference between $r_i$ and $r_o$ for the annular region **2158** in such implementations may be less than or equal to 2 mm. In addition to the relationship between $r_i$ and $r_o$ set forth above, the HAR photodetector element **2112** may subtend an angle θ at the light source center, as shown. In such circumstances, the HAR photodetector may be sized such that a) there is at least 80% overlap between the annular region **2158** and the HAR photodetector element **2112** (the overlap is indicated in FIG. **21** by diagonal cross-hatching; approximately 86% of the HAR photodetector **2112** in this example overlaps with the annular region **2158**) and b) the angle θ is at least:

$$2 \cdot \arctan\left(\frac{1}{r_i}\right) \text{radians}$$

In some further implementations, the HAR photodetector **2112** may be further sized such that the angle θ is not more than:

$$2 \cdot \arctan\left(\frac{2.5}{r_i}\right) \text{radians}$$

FIGS. **22** through **24** depict cross-sections of simplified representations of various PPG sensors, in accordance with various example implementations. Similar components in each of FIGS. **22** through **24** are indicated by numeric indicators having the last two digits in common, and may only be described once with respect to FIG. **22**; this description is also applicable, however, to the corresponding elements in FIGS. **23** and **24**.

In FIG. **22**, a substrate **2272** supports two HAR photodetector elements **2212** that are positioned on either side of a light source **2208**. A window **2278** is offset from the substrate **2272**. The window **2278**, in this implementation, is made from a translucent or transparent material, such as transparent acrylic, with an in-mold label **2276** embedded within it. The in-mold label **2276** may be black or otherwise rendered opaque to light to prevent light from entering or exiting the PPG sensor through the window **2278** except through window regions **2226**. In other implementations, other masking techniques, such as a painted or silk-screened mask applied to the window **2278**, may be used. Regardless of which technique is used, the in-mold label **2276** or the masking may prevent stray light from other sources, e.g., ambient light, from reaching the HAR photodetector elements **2212** and affecting the heart rate signal obtained by the PPG sensor. The window **2278** may be held against a person's skin, e.g., by being held in place with a strap, when heart rate measurements are obtained to allow light from the light source **2208** to shine through its associated window region **2226** and into the person's skin, where the light then diffuses into the surrounding flesh and is then emitted back out of the person's skin and into the HAR photodetector elements **2212** through the respective window regions **2226** associated with the HAR photodetector elements **2212**.

In order to reduce the chance that light from the light source **2208** will reach either of the HAR photodetector elements **2212** without first being diffused through the person's skin, the light source **2208** may be separated from the HAR photodetector elements **2212** within the PPG sensor by walls **2274**, which may extend to the window **2278** or may stop short of the window **2278**. In some implementations, an adhesive gap filler, e.g., black silicone, may be used to bridge any gap remaining between the walls **2274** and the window **2278**. A gap **2280** may exist between the window **2278** and the HAR photodetector elements **2212** in some implementations, although in other implementations, this gap may be eliminated and the HAR photodetector element **2212** may be butted up against the window **2278**. The walls **2274** may prevent light from the light source **2208** from reaching the HAR photodetector elements **2212** by following paths completely within the housing of the PPG sensor. As can be seen, the window regions **2226** through which the light reaches the HAR photodetector elements **2212** each overlap their respective HAR photodetector elements **2212**. In the depicted example, the window regions **2226** are mutually coextensive with their respective HAR photodetector elements **2212**, although in other implementations, the window regions **2226** may be smaller or larger than their respective HAR photodetector elements **2212**, e.g., to accommodate assembly tolerance mismatch.

FIG. **23** depicts a PPG sensor implementation that is similar to the PPG sensor of FIG. **22** except that the window **2378** does not include any masking, for example, in the form of an in-mold label, such as in-mold label **2276**. In FIG. **23**, the walls **2374** also extend closer to the window **2378**. In FIG. **23**, the window **2378** is optically transparent across the entire depicted span.

FIG. **24** depicts a PPG sensor implementation that is similar to the PPG sensor implementation of FIGS. **22** and **23**, except that the contiguous windows **2278** and **2328** have been replaced with discrete windows **2478**. In this implementation, each window **2478** may have its own window region **2426** that overlaps with a different one of the light source **2408** or the HAR photodetector elements **2412**. In such implementations, the windows **2478** may be glued or otherwise held in place within a frame that may supply the walls **2474**. Alternatively, the windows **2478** may be formed by filling the recesses formed by the walls **2474** and other surrounding structure with a clear, flowable material, such as epoxy, and then allowing the flowable material to cure and harden. In such implementations, the gap **2480** may not exist since the flowable material may encapsulate the HAR photodetector elements **2412**.

Regardless of the particular manner in which the window regions **2226**, **2326**, or **2426** are provided, the window regions overlap with the HAR photodetector elements such that light that enters the PPG sensor via the window regions generally takes a direct route to the HAR photodetector element, as compared with a route that involves forcing the light to travel in a direction parallel to the window, as may be done with various types of optical light guides. The phrase "optical light guide," as used herein with respect to PPG sensors, refers to particular types of optical structures that redirect or transport the light that enters through a surface within a first region of the surface such that a majority of that light is transported in a direction generally transverse to the surface to an area overlapped by a second region of the surface that is offset from the first region along the surface. Optical light guides, as the term is used herein, are not to be confused with other optical structures, such as microlens arrays or lenses that may be placed over a HAR photodetector element to improve collection efficiency, optical windows that may slightly refract light that passes through the windows but that do not transport or redirect light in a significant manner in directions transverse to the surface, optical filters that may simply filter light of certain wavelengths, etc. In some implementations of the PPG sensors discussed herein, there is no need for optical light guides since the HAR photodetector elements are generally overlapped by the window regions.

The above concepts have been discussed primarily with respect to light sources that emit green light, e.g., wavelengths in the range of 500 nm to 550 nm, although it is contemplated that the photodetector element concepts discussed herein may see similar performance with light sources that emit light predominantly in the 500 nm to 600 nm range, which includes yellow light as well as some light orange light. Light sources emitting light in the green spectrum are particularly well-suited for photoplethysmographic techniques for measuring heart rate. In contrast, other photoplethysmographic techniques, such as techniques for measuring blood oxygenation levels, may be most effective using light of dramatically different wavelengths, such as in the red wavelengths, e.g., 660 nm, or in the infrared spectrum. The aspect ratios and dimensional values discussed herein are tailored based on the green/yellow light spectrum and are not tailored for use in other spectrums, such as the red or infrared spectra.

While the concepts discussed herein are thought to be applicable to a variety of different sizes of photodetectors, the concepts are particularly applicable to PPG implementations for wearable fitness monitoring devices. Generally speaking, such devices, which are often designed to be worn as bracelets or wristbands, have a small housing that has a limited area that is in contact with a persons' skin. As a result, there are practical upper limits in such implementations on how the light source(s) and photodetector element(s) of a PPG sensor may be arranged and sized. Typically speaking, the light source(s) and photodetector element(s) of such implementations may be arranged such that the photodetector element(s) are positioned with the edge closest to the light source located between 1 mm to 4 mm from the center or edge of the light source. However, it is to be understood that implementations discussed herein may be used in products that achieve closer

or farther spacing from the light source center, such as spacing closer than 1 mm or farther than 4 mm.

In some implementations, the HAR photodetector elements that may be used in a PPG may be positioned with the edge closest to the light source of the PPG sensor offset from the center of the light source by between 1 mm and 4 mm and may be sized such that they have a maximum first dimension substantially between 1 mm and 5 mm and a maximum second dimension substantially between 0.05 mm and 2 mm, while being consistent with the aspect ratio of the maximum first dimension to the maximum second dimension being substantially between 2:1 to 5:1.

While the photodetector element may be positioned with its closest edge further than 4 mm from the center of the light source, doing so may prove counterproductive, as a higher-intensity light source may be needed to ensure that sufficient light is diffused across the increased distance in order to obtain a sufficiently strong signal at the photodetector. As a higher-intensity light source will generally consume additional power, such a compromise may be undesirable in a wearable fitness monitor context.

In addition to the HAR photodetectors discussed herein, performance increases over square-photodetector-based PPGs for heart rate measurement may be realized through the use of non-HAR and non-square photodetector elements that generally encircle the light source and that have a central opening in the middle for the light source to shine through. Generally speaking, such photodetector elements may have an exterior periphery that is defined by a first boundary, and a second boundary, within the first boundary, that defines the central opening. FIGS. **25** and **26** depict two example implementations of such PPG sensors.

FIG. **25** depicts an example of an annular photodetector element **2512** with a light source **2508** in the middle, in accordance with an example implementation. The annular photodetector element **2512** may have an exterior periphery defined by a first boundary **2532** and a central opening defined by a second boundary **2534**; the first boundary **2532** and the second boundary **2534** may be offset from one another by a first distance **2584** along a radius of the annular area. The light source **2508** may be a green wavelength light source that predominantly emits light between 500 nm and 550 nm or between 500 nm and 600 nm in wavelength. Such a photodetector element **2512** may be sized such that the ratio of the circumference of the second boundary **2534** to the first distance **2584** is between 9.5:1 and 11.5:1. In some implementations, the annular photodetector element **2512** may be sized such that the first boundary has a diameter of between 3 mm to 5.5 mm and the second boundary has a diameter of between 1 mm to 2.5 mm. These parameters are believed to provide good light-gathering performance for heart rate measurement purposes when used with green-wavelength light.

FIG. **26** depicts an example of a polygonal photodetector element **2612** with a light source **2608** in the middle, in accordance with an example implementation. As with the annular photodetector element **2512**, the polygonal photodetector element **2612** may have an exterior periphery defined by a first boundary **2632** and a central opening defined by a second boundary **2634**. In this case, however, the first boundary **2632** and the second boundary **2634** are both polygonal in nature, e.g., a six-sided polygon. Other polygonal shapes may be used for other implementations, such as triangular shapes, square shapes, pentagonal shapes, septagonal shapes, octagonal shapes, and so on, i.e., N-sided polygons. The edges of the first boundary **2632** and the second boundary **2634** may be offset from one another by a first distance **2684** along an axis perpendicular to the edges. In such implementations, each

side of the polygon forming the second boundary **2634** may have a second length **2682**, and the ratio of the second length **2682** to the first distance **2684** may be between 2:1 to 5:1. These parameters are believed to provide good light-gathering performance for heart rate measurement purposes when used with green-wavelength light.

It is to be understood that reference herein to "control logic" refers to hardware and/or software that may be used to provide certain functionality, such as controlling when the light source(s) of a PPG is on or off, controlling the intensity with which the light source(s) is illuminated, collecting data from one or more photodetectors, and analyzing at least the data collected from the one or more photodetectors in order to determine a measurement of a person's heart rate. Control logic may include, for example, one or more processors and a memory that stores computer-executable instructions for controlling the one or more processors to provide such functionality. The control logic may also include various circuit elements that may provide aspects of such functionality without need for computer-executable instructions stored in memory. In some implementations, the control logic may be provided, at least in part, by an application-specific integrated circuit (ASIC).

FIG. **27** depicts a high-level block diagram of a PPG sensor, in accordance with an example implementation. In FIG. **27**, control logic **2706** is shown, which includes a processor **2768** and a memory **2770**, which are operatively coupled with one another. The control logic is operatively coupled with a light source **2708** and a photodetector element **2712**. The control logic **2706** may thus cause the light source **2708** to emit light at desired times, and may receive a signal indicative of an amount of detected light from the photodetector element **2712**.

There are many inventions described and illustrated herein. While certain implementations, features, attributes and advantages of the inventions have been described and illustrated, it should be understood that many others, as well as different and/or similar implementations, features, attributes and advantages of the present inventions, are apparent from the description and illustrations. As such, the above implementations of the inventions are merely exemplary. They are not intended to be exhaustive or to limit the inventions to the precise forms, techniques, materials and/or configurations disclosed. Many modifications and variations are possible in light of this disclosure. It is to be understood that other implementations may be utilized and operational changes may be made without departing from the scope of the present inventions. As such, the scope of the inventions is not limited solely to the description above because the description of the above implementations has been presented for the purposes of illustration and description.

In particular, it is to be understood that any of the implementations discussed above with respect to a single photodetector element spaced apart from a light source may also be implemented using a plurality of photodetector elements arranged about the light source, as discussed with respect to various other implementations discussed herein.

Furthermore, it is to be understood that the use of the term "substantially" herein, unless otherwise defined with respect to a specific context, with respect to a numeric quantity or otherwise quantifiable relationship, e.g., perpendicularity or parallelism, is to be understood as indicating that quantity ±10%. Thus, for example, lines that are substantially perpendicular to one another may be at angles between 81° and 99° to one another. In a further example, dimensions that are substantially between 1 mm and 3 mm, for example, may range from 0.9 mm to 3.3 mm. In another example, an angle

that is substantially in the range of 1 to 1.1 radians may be between 0.9 radians and 1.21 radians.

Importantly, the present invention is neither limited to any single aspect nor implementation, nor to any combinations and/or permutations of such aspects and/or implementations. Moreover, each of the aspects of the present invention, and/or implementations thereof, may be employed alone or in combination with one or more of the other aspects and/or implementations thereof. For the sake of brevity, many of those permutations and combinations will not be discussed and/or illustrated separately herein.

What is claimed is:

**1**. An apparatus comprising:

a light source;

one or more discrete photodetector elements, each photodetector element having:

a first edge having a first length, and

a first width in a direction perpendicular to the first edge; and

control logic, the control logic communicatively connected with the light source and each photodetector element and configured to:

cause the light source to emit light,

obtain one or more measured light intensity measurements from the one or more photodetector elements, and

determine a heart rate measurement based, at least in part, on the one or more light intensity measurements,

wherein the ratio of the first length to the first width of each photodetector is substantially between 2:1 to 5:1.

**2**. The apparatus of claim **1**, wherein:

the first edge of each photodetector element is perpendicular to an axis radiating out from a center of the light source.

**3**. The apparatus of claim **1**, wherein:

the first edge of each photodetector element is transverse to an axis radiating out from a center of the light source.

**4**. The apparatus of claim **1**, wherein:

the light source includes a plurality of light-emitting devices.

**5**. The apparatus of claim **4**, wherein:

the plurality of light-emitting devices includes at least two light-emitting devices that predominantly emit light of different wavelengths.

**6**. The apparatus of claim **4**, wherein:

there are a plurality of photodetector elements arranged in a pattern, and

the plurality of light-emitting devices is collocated at a center point of the pattern of photodetector elements.

**7**. The apparatus of claim **6**, wherein the ratio of the first length to the first width of each photodetector element is substantially between 2:1 to 3.5:1.

**8**. The apparatus of claim **1**, wherein the ratio of the first length to the first width of each photodetector element is substantially between 3.5:1 to 5:1.

**9**. The apparatus of claim **1**, wherein each photodetector element:

has a first length between 1 mm and 5 mm and a first width between 0.5 mm and 2 mm, with the ratio of the first length to the first width substantially between 2:1 to 5:1, and

is positioned such that an edge of the photodetector element closest to the light source is between 1 mm and 4 mm from the light source.

**10**. The apparatus of claim **9**, wherein the pattern of photodetector elements includes three photodetector elements that are equidistantly spaced about the light source.

**11**. The apparatus of claim **1**, further comprising:

a housing having a back face that includes one or more transparent window regions through which light may enter the apparatus, wherein:

each photodetector element is positioned such that that photodetector element is overlapped by a corresponding one of the one or more transparent window regions, and

the housing is configured such that the back face is adjacent to the skin of a person wearing the apparatus when the apparatus is worn by that person.

**12**. The apparatus of claim **11**, wherein:

the back face includes a thin window, and

the window regions are sub-regions of the window that are defined by the photodetector elements.

**13**. The apparatus of claim **11**, wherein:

each photodetector element is offset from the corresponding transparent window region by a corresponding gap in a direction normal to the photodetector element, and

the gap is free of optical light guides.

**14**. The apparatus of claim **1**, wherein each photodetector element has, in addition to the first edge, an arcuate second edge opposite the first edge, wherein the arcuate second edge has a maximum distance from the first edge, when measured along a direction perpendicular to the first edge, that is equal to the first width.

**15**. An apparatus comprising:

a first light source;

a second light source;

a photodetector element interposed between the first light source and the second light source; and

control logic, the control logic communicatively connected with the first light source, the second light source, and the photodetector element and configured to:

cause the first light source and the second light source to emit light,

obtain measured light intensity measurements from the photodetector element, and

determine a heart rate measurement based, at least in part, on the light intensity measurements,

wherein:

the photodetector element is rectangular in shape, has a first edge with a first length, and has a second edge, perpendicular to the first edge, with a second length, and

the ratio of the first length to the second length is substantially between 2:1 to 5:1.

**16**. The apparatus of claim **15**, wherein:

the first edge of each photodetector element is perpendicular to an axis spanning between a center of the first light source and a center of the second light source.

**17**. The apparatus of claim **15**, wherein:

the first edge of each photodetector element is transverse to an axis spanning between a center of the first light source and a center of the second light source.

**18**. The apparatus of claim **15**, further comprising

a housing having a back face that includes a transparent window region that overlaps the photodetector element and two further window regions that are each associated with a different one of the first light source and the second light source and that allow light from the associated light source to pass through the back face, wherein:

the first light source and the second light source are the only light sources in the apparatus configured to emit light through the back face, and

the housing is configured such that the back face is adjacent to the skin of a person wearing the apparatus when the apparatus is worn by that person.

**19**. The apparatus of claim **15**, wherein the photodetector element is equidistant from the first light source and the second light source.

**20**. An apparatus comprising:

a light source;

one or more photodetectors, each photodetector having a photosensitive area, wherein at least 90% of the photosensitive area is defined by a first dimension along a first axis and a second dimension along a second axis perpendicular to the first axis; and

control logic, the control logic communicatively connected with the light source and each photodetector and configured to:

cause the light source to emit light,

obtain one or more measured light intensity measurements from the one or more photodetectors, and

determine a heart rate measurement based, at least in part, on the one or more light intensity measurements, wherein, for each photodetector:

the ratio of the first dimension to the second dimension is substantially between 2:1 to 5:1.

**21**. The apparatus of claim **20**, wherein:

the light source includes a plurality of light-emitting devices, and

the plurality of light-emitting devices includes at least two light-emitting devices that predominantly emit light of different wavelengths.

**22**. The apparatus of claim **20**, wherein:

the one or more photodetectors includes a plurality of photodetectors arranged in a pattern, and

the light source is located at a center point of the pattern of photodetectors.

**23**. The apparatus of claim **20**, wherein the ratio of the first dimension to the second dimension of each photodetector is substantially between 2:1 to 3.5:1.

**24**. The apparatus of claim **20**, wherein the ratio of the first dimension to the second dimension of each photodetector is substantially between 3.5:1 to 5:1.

**25**. The apparatus of claim **20**, wherein:

the one or more photodetectors includes a plurality of photodetectors arranged in a pattern, and

the center of the photosensitive area of each photodetector in the pattern is equidistant from the center of the light source.

**26**. The apparatus of claim **25**, wherein:

the first dimension associated with each photodetector is between 3 mm and 5 mm and the second dimension associated with each photodetector is between 1 mm and 2 mm, consistent with the ratio of the first dimension to the second dimension being between 2:1 to 5:1, and

each photodetector is positioned such that an edge of the photosensitive area for that photodetector that is closest to the light source is between 1 mm and 4 mm from the center of the light source.

**27**. The apparatus of claim **26**, wherein the pattern of photodetectors includes four photodetectors that are equidistantly spaced about the light source.

**28**. The apparatus of claim **20**, further comprising:

a housing having a back face that includes one or more thin, transparent window regions, wherein:

each photodetector is positioned such that the photosensitive area of that photodetector is overlapped by a corresponding one of the transparent window regions, and

the housing is configured such that the back face is adjacent to the skin of a person wearing the apparatus when the apparatus is worn by that person.

**29**. The apparatus of claim **28**, wherein:

the back face includes a thin window, and

the window regions are sub-regions of the window that are defined by the photosensitive areas of the one or more photodetectors.

**30**. The apparatus of claim **28**, wherein:

the photosensitive area of each photodetector is offset from the corresponding transparent window region by a corresponding gap in a direction normal to the photodetector, and

the gap is free of optical light guides.

* * * * *

# SKIN REFLECTANCE PULSE OXIMETRY: IN VIVO MEASUREMENTS FROM THE FOREARM AND CALF

*Y. Mendelson, PhD, and M. J. McGinn, MSc*

Mendelson Y, McGinn MJ. Skin reflectance pulse oximetry: in vivo measurements from the forearm and calf.
J Clin Monit 1991;7:7–12

**ABSTRACT.** This study describes the results from a series of human experiments demonstrating the ability to measure arterial hemoglobin oxygen saturation ($SaO_2$) from the forearm and calf using a reflectance pulse oximeter sensor. A special optical reflectance sensor that includes a heating element was interfaced to a temperature controller and a commercial Datascope ACCUSAT pulse oximeter that was adapted for this study to perform as a reflectance pulse oximeter. The reflectance pulse oximeter sensor was evaluated in a group of 10 healthy adult volunteers during steady-state hypoxia. Hypoxia was induced by gradually lowering the inspired fraction of oxygen in the breathing gas mixture from 100 to 12%. Simultaneous $SaO_2$ measurements obtained from the forearm and calf with two identical reflectance pulse oximeters were compared with $SaO_2$ values measured by a finger sensor that was interfaced to a standard Datascope ACCUSAT transmittance pulse oximeter. The equations for the best-fitted linear regression lines between the percent reflectance, $SpO_2(r)$, and transmittance, $SpO_2(t)$, values in the range between 73 and 100% were $SpO_2(r) = -7.06 + 1.09\ SpO_2(t)$ for the forearm ($n = 91$, $r = 0.95$) and $SpO_2(r) = 7.78 + 0.93\ SpO_2(t)$ for the calf ($n = 93$, $r = 0.88$). The regression analysis of the forearm data revealed a mean ± SD error of 2.47 ± 1.66% ($SaO_2$ = 90–100%), 2.35 ± 2.45% ($SaO_2$ = 80–89%), and 2.42 ± 1.20% ($SaO_2$ = 70–79%). The corresponding regression analysis of the calf data revealed a mean ± SD error of 3.36 ± 3.06% ($SaO_2$ = 90–100%), 3.45 ± 4.12% ($SaO_2$ = 80–89%), and 2.97 ± 2.75% ($SaO_2$ = 70–79%). This preliminary study demonstrated the feasibility of measuring $SaO_2$ from the forearm and calf in healthy subjects with a heated skin reflectance sensor and a pulse oximeter.

**KEY WORDS.** Blood gas analyses. Monitoring: oxygen. Measurement techniques: pulse oximetry; optical plethysmography; reflectance oximetry. Equipment: pulse oximeters.

Transmittance pulse oximetry has become a widely used technique for noninvasively monitoring changes in arterial hemoglobin oxygen saturation ($SaO_2$). The technique is based on the spectrophotometric analysis of the optical absorption properties of blood combined with the principle of photoplethysmography.

In transmittance pulse oximetry, which is based on tissue transillumination, sensor application in adults is limited to several specific locations on the body, such as the finger tips, ear lobes, and toes. In infants, additional monitoring sites such as the palms and the feet have been used.

Recently, a new reflectance pulse oximeter has been introduced into the market. The oximeter, which is manufactured by Ciba-Corning (Ciba Corning Diagnostics, Medfield, MA), uses a special optical reflectance sensor for specific application to the forehead. Among the advantages of this technique, as advertised by the

From the Department of Biomedical Engineering, Worcester Polytechnic Institute, 100 Institute Rd, Worcester, MA 01609.

Received Sep 18, 1989, and in revised form Jan 11, 1990. Accepted for publication Jan 17, 1990.

Address correspondence to Dr Mendelson.

company, are better reliability in critical care situations such as peripheral circulatory shutdown, less interference from ambient light, and better accuracy because measurement from the forehead is relatively unsusceptible to motion artifacts.

Currently, there are no commercially available reflectance pulse oximeters for monitoring $SaO_2$ from locations other than the forehead. Therefore, the objective of this work was to investigate the feasibility of monitoring $SaO_2$ with a skin reflectance pulse oximeter from two alternative and convenient locations on the body: the ventral side of the forearm and the dorsal side of the calf. Besides extending the clinical application of pulse oximetry, it appears also that reflectance pulse oximetry from peripheral tissues may have potential advantage in the assessment of local blood oxygenation after skin transplantation and regeneration following microvascular surgery.

In this article, we describe preliminary in vivo evaluation of a new optical reflectance sensor for noninvasive monitoring of $SaO_2$ with a modified commercial transmittance pulse oximeter. We present the experimental evaluation of this sensor in a group of 10 healthy adult volunteers and compare $SaO_2$ measured with the reflectance pulse oximeter sensor, $SpO_2(r)$, with $SaO_2$ measured noninvasively from the finger by a standard transmittance pulse oximeter sensor, $SpO_2(t)$.

*Fig 1. (A) Frontal and (B) side views of the heated skin reflectance pulse oximeter sensor. See text for explanation.* R & IR LEDs = *red and infrared light-emitting diodes.*

## REFLECTANCE PULSE OXIMETRY

The principle of reflectance, or backscatter, pulse oximetry is generally similar to that of transmittance pulse oximetry. Both techniques are based on the change in light absorption of tissue caused by the pulsating arterial blood during the cardiac cycle. The pulsating arterioles in the vascular bed, by expanding and relaxing, modulate the amount of light absorbed by the tissue. This rhythmic change produces characteristic photoplethysmographic waveforms, two of which are used to measure $SaO_2$ noninvasively.

Recently, we showed that accurate noninvasive measurements of $SaO_2$ from the forehead can be made with an unheated reflectance pulse oximeter sensor [1]. The major practical limitation of reflectance pulse oximetry is the comparatively low-level photoplethysmograms recorded from low-density vascular areas of the skin. Therefore, the feasibility of reflectance pulse oximetry depends on the ability to design an optical reflectance sensor that can reliably detect sufficiently strong reflectance photoplethysmograms from various locations on the skin.

In order to partially overcome this limitation, we have developed an optical reflectance sensor that includes an array of six identical photodetectors arranged symmetrically in a hexagonal configuration surrounding two pairs of red (peak emission wavelength, 660 nm) and infrared (peak emission wavelength, 930 nm) light-emitting diodes (LEDs) [1]. In another related study, we showed that by locally heating the skin under the sensor to a temperature above 40°C, it is possible to achieve a four- to fivefold increase in the magnitude of the pulsatile component detected from the forearm, and thus significantly improve the detection reliability of the reflectance photoplethysmograms [2]. The new optical reflectance sensor designed for this study combines the two features described above.

## SENSOR DESIGN

The temperature-controlled optical reflectance sensor used in this study is shown in Figure 1. The major feature of the optical layout design is the multiple photodiode array, which is arranged concentric with the LEDs. This arrangement maximizes the amount of backscattered light that is detected by the sensor. The technical details related to the design and geometric

configuration of the optical components were described recently by Mendelson et al [1].

The heater consists of a ring-shaped (dimensions: 30-mm outside diameter; 15-mm inside diameter) thermofoil resistive heating element (Ocean State Thermotics, Smithfield, RI). The thermofoil heater was mounted between the surface of the optically clear epoxy, which was used to seal the optical components of the reflectance sensor, and a thin (0.005 mm) matching brass ring, which facilitates better thermal conduction to the skin. A miniature (dimensions: 2 × 5 × 1 mm) solid-state temperature transducer (AD 590, Analog Devices, Wilmington, MA) was mounted on the outer surface of the brass ring with the thermally sensitive surface facing the skin. The entire sensor assembly was potted in room-temperature vulcanizing silicone rubber to minimize heat losses to the surrounding environment. The assembled sensor weighs approximately 65 g. The sensor measures approximately 38 mm in diameter and is 15 mm thick. The heater assembly was separately interfaced to a temperature controller that was used to vary the temperature of the skin between 35 and 45°C in 1 ± 0.1°C steps.

## SUBJECTS AND METHODS

### *Data Acquisition*

Each of the two heated optical reflectance sensors were separately interfaced to a temperature controller and a commercially available ACCUSAT (Datascope Corp, Paramus, NJ) pulse oximeter [3].

Two of the three ACCUSAT pulse oximeters were modified to function as reflectance pulse oximeters. The modification, which was described in a separate study [1], included the adjustment of the red and infrared LED intensities in the reflectance sensors so that the reflectance photoplethysmograms were approximately equal to transmittance photoplethysmograms measured by a standard transmittance sensor from an average size adult finger tip.

The third ACCUSAT transmittance pulse oximeter was used as a reference to measure $SpO_2$(t) from the finger tip. The specified accuracy of this transmittance pulse oximeter is ±2.0% and ±4.0% for $SaO_2$ values ranging between 70 and 100% and 60 and 70%, respectively [3]. The three pulse oximeters were adapted to provide continuous digital readouts of the AC and DC components of the red and infrared photoplethysmograms.

Readings from each of the three pulse oximeters were acquired every 2 seconds through a standard RS-232C serial port interface using an AT&T 6300 personal computer. The conversions of the reflectance red/infrared (R/IR) ratios measured by the two reflectance pulse oximeters to $SpO_2$(r) were performed by using the calibration algorithm obtained in a previous calibration study in which measurements were made with a similar nonheated sensor from the forehead [1].

### *In Vivo Study*

The ability to measure $SpO_2$(r) from the forearm and calf was investigated in vivo during progressive steady-state hypoxia in humans.

Measurements were acquired from 10 healthy nonsmoking male adult volunteers of different ages and skin pigmentations. The study was performed in compliance with the University of Massachusetts Medical Center's review guidelines on human experimentation. Each volunteer was informed of the complete procedure as well as the possible risks associated with breathing hypoxic gas levels. Each volunteer received monetary compensation for participation in this study. The subject distribution included 1 East Indian, 3 Asians, and 2 darkly tanned and 4 lightly tanned Caucasians. Their ages ranged from 22 to 37 years old (mean ± SD, 27.5 ± 4.9 years). Measured blood hematocrits were in the range of 40 to 50.5% (mean ± SD, 45.7 ± 3.2%).

All instruments were allowed to warm up for at least 30 minutes before the study. The transmittance sensor of the pulse oximeter was attached to the index finger. The reflectance sensors were attached to the ventral side of the forearm and the dorsal side of the calf by using a double-sided transparent adhesive ring. In cases where an abundance of hair prevented intimate contact between the sensors and the skin, the contact was improved by loosely wrapping the sensor and the limb with an elastic strap. The temperature of each reflectance sensor was set to 40°C and remained unchanged throughout the entire study.

A standard lead-I electrocardiogram and end-tidal carbon dioxide levels were continuously monitored by a Hewlett-Packard 78345A patient monitor (Hewlett-Packard, Andover, MA). Each subject was placed in a supine position. A face mask was tightly fitted over the subject's nose and mouth, and the subject was instructed to breathe spontaneously while we administered different gas mixtures of nitrogen and oxygen. The inspired gas mixture was supplied by a modified Heidbrink anesthesia machine (Ohio Medical Products, Madison, WI). The breathing circuit of the anesthesia machine was equipped with a carbon dioxide scrubber (soda lime). The inspired oxygen concentration was adjusted between 12 and 100% and was monitored continuously

throughout the study with an IL 408 (Instrumentation Laboratories, Lexington, MA) oxygen monitor, which was inserted in the inspiratory limb of the breathing circuit.

Steady-state hypoxia was gradually induced by lowering the inspired fraction of oxygen in the breathing gas mixture. Initially, the inspired oxygen concentration was changed in step decrements, each step producing approximately a 5% decrease in $SpO_2(t)$ as determined from the display of the ACCUSAT transmittance pulse oximeter. The inspired oxygen was maintained at each level for at least 3 minutes until the pulse oximeter readings reached a steady level (i.e., $SaO_2$ fluctuations of less than $\pm 3\%$). When the inspired oxygen level reached 12%, the process was reversed. Thereafter, the inspired oxygen level was increased in a similar stepwise manner to 100%. Data were recorded during both desaturation and reoxygenation.

All subjects tolerated the procedure well without adverse reactions. None of the subjects showed electrocardiographic abnormalities before or after the study. Each subject was studied for approximately 1 hour.

### *Data Analysis*

To avoid operator biases, the data from each pulse oximeter were acquired automatically by the computer and later subjected to the same statistical tests.

For each step change in inspired oxygen, readings from the three pulse oximeters were averaged consecutively over a period of 20 seconds. Averaged readings from the 10 subjects were pooled and a least-squares linear regression analysis was performed. Student's *t* test determined the significance of each correlation; $p < 0.001$ was considered significant.

Although the correlation coefficient of the linear regression ($r$) provides a measure of association between the $SpO_2(r)$ and $SpO_2(t)$ measurements, it does not provide an accurate measure of agreement between the two variables. Therefore, the measurement accuracy was estimated on the basis of the mean and standard deviations of the difference between the readings from the transmittance and reflectance pulse oximeters. The mean of the difference between the pulse oximeter measurements, which is often referred to as the bias, was used to assess whether there was a systematic over- or underestimation of one method compared with the other. The standard deviation of the bias, which is often referred to as the precision, represents the variability or random error. Finally, we computed the mean errors and standard deviations of each measurement. The mean error is defined as the absolute bias divided by the corresponding $SpO_2(t)$ values.

*Fig 2. Comparison of red/infrared (R/IR) ratios measured by the modified reflectance pulse oximeter (y axis) and the standard transmittance pulse oximeter (x axis) during progressive steady-state hypoxia in 10 healthy subjects. The solid line represents the best-fitted linear regression line for the forearm measurements. The broken line represents the best-fitted linear regression line for the calf measurements.*

## RESULTS

Normalized R/IR ratios and $SpO_2(r)$ values measured by the reflectance pulse oximeters from the forearm and calf of the 10 subjects were compared with the normalized R/IR ratios and $SpO_2(t)$ values measured simultaneously by the transmittance pulse oximeter from the finger. A total of 91 and 93 pairs of data points measured simultaneously from the forearm and calf, respectively, were used in the regression analysis, which provided the estimated slopes and intercepts of the linear regression lines. Each pair of data points represents a different hypoxic level.

Regression analysis of the normalized R/IR ratios measured from the reflectance pulse oximeters from the forearm and calf (y axis) versus the normalized R/IR ratios measured simultaneously by the transmittance pulse oximeter from the finger tip (x axis) is shown in Figure 2. The equations for the best-fitted linear regression lines were $y = -0.05 + 1.02x$ ($r = 0.94$, SEE $= 0.08$, $p < 0.001$) for the forearm and $y = 0.04 + 0.87x$ ($r = 0.88$, SEE $= 0.11$, $p < 0.001$) for the calf.

A comparison of $SpO_2(r)$ readings from the reflectance pulse oximeter (y axis) and $SpO_2(t)$ readings mea-



*Fig 3. Comparison of percent arterial hemoglobin oxygen saturation ($SpO_2$) measurements obtained from the modified reflectance pulse oximeter (y axis) and $SpO_2$ values measured by a standard transmittance pulse oximeter (x axis) during progressive steady-state hypoxia in 10 healthy subjects. The solid line represents the best-fitted linear regression line for the forearm measurements. The broken line represents the best-fitted linear regression line for the calf measurements.*

*Fig 4. Mean differences between arterial hemoglobin oxygen saturation ($SpO_2$) measured from the forearm by the modified reflectance pulse oximeter and the standard transmittance pulse oximeter measurements from the finger tip.*

*Fig 5. Mean differences between arterial hemoglobin oxygen saturation ($SpO_2$) measured from the calf by the modified reflectance pulse oximeter and the standard transmittance pulse oximeter measurements from the finger tip.*

*Statistical Analysis of Arterial Oxygen Saturation ($SaO_2$) Levels Measured from the Forearm and Calf by the Modified Reflectance Pulse Oximeters*

| Location/ % $SaO_2$ | No. of Data Points | Mean Value (SD) Difference | Mean Value (SD) % Error |
|---|---|---|---|
| Forearm | | | |
| 90–100 | 42 | 1.25 (2.55) | 2.47 (1.66) |
| 80–89 | 37 | 0.52 (2.85) | 2.35 (2.45) |
| 70–79 | 12 | −0.82 (1.96) | 2.42 (1.20) |
| Calf | | | |
| 90–100 | 43 | 1.57 (4.00) | 3.36 (3.06) |
| 80–89 | 33 | 2.22 (4.00) | 3.45 (4.12) |
| 70–79 | 17 | 1.95 (2.42) | 2.97 (2.75) |

sured simultaneously from the transmittance pulse oximeter (x axis) is shown in Figure 3. The equations for the best-fitted linear regression lines were $y = -7.06 + 1.09x$ ($r = 0.95$, SEE $= 2.62$, $p < 0.001$) for the forearm and $y = 7.78 + 0.93x$ ($r = 0.88$, SEE $= 3.73$, $p < 0.001$) for the calf.

Figures 4 and 5 show the percent differences between $SpO_2(r)$ and $SpO_2(t)$, that is, $SpO_2(r) - SpO_2(t)$, obtained from the forearm and calf data plotted in Figure 3, respectively. The corresponding means and standard deviations of the differences and errors for the forearm and calf measurements are summarized in the Table.

Data were summarized for three different ranges of $SpO_2(t)$ values between 70 and 100%.

## DISCUSSION

Commercially available transmittance sensors can be used on only a limited number of peripheral locations of the body. Brinkman and Zijlstra [4] and Cohen and Wadsworth [5] showed that instead of tissue transillumination, noninvasive monitoring of $SaO_2$ can be performed based on skin reflectance spectrophotometry. More recently, we described an improved optical reflectance sensor that was used for measuring $SaO_2$ from the forehead with a modified commercial transmittance pulse oximeter [1].

Measuring large reflectance photoplethysmograms from sparsely vascularized areas of the skin is challenging. Differences in capillary densities between various locations on the body are known to affect the magnitude and quality of the reflected photoplethysmograms. For example, estimated average capillary density of the human forehead is approximately 127 to 149 loops/$mm^2$, whereas the capillary densities of the forearm and calf are approximately 35 to 51 and 41 loops/$mm^2$, respectively [6,7]. Furthermore, the frontal bone of the forehead provides a highly reflective surface that significantly increases the amount of light detected by the reflectance sensor. Therefore, reflected photoplethysmograms recorded from the forehead are normally larger than those recorded from the forearm and calf. Local skin heating could be used as a practical method for improving the signal-to-noise ratio of the reflected photoplethysmograms from the forearm or calf areas and thus reduce the measurement errors in reflectance pulse oximetry.

The approach presented in this article demonstrated that $SaO_2$ can be estimated by using a heated skin reflectance sensor from the forearm and calf over a relatively wide range of $SaO_2$ values. This technique may provide a clinically acceptable alternative to currently available transmittance pulse oximeters. In a previous study [2], we found that the ability to measure accurate $SaO_2$ values with a reflectance skin oximeter is independent of the exact skin temperature. We noticed, however, that a minimum skin temperature of approximately 40°C is generally sufficient to detect adequately stable photoplethysmograms. Furthermore, our experience in healthy adults also has shown that at this skin temperature, the heated sensor can remain in the same location without any apparent skin damage.

Note that despite the proven advantage of local skin heating to increase skin blood flow, reflected photoplethysmograms recorded from the forearm and the calf are considerably weaker than those recorded from the forehead. Therefore, the mean errors for the $SpO_2(r)$ measurements from the forearm and calf are higher than the corresponding errors for similar $SpO_2(r)$ measurements made with an unheated reflectance sensor from the forehead. For comparison, relative to $SaO_2$ measured with a noninvasive transmittance pulse oximeter, the SEE for $SpO_2(r)$ measurements obtained from the forehead using a similar unheated optical reflectance sensor were 1.82% [1]. The SEE obtained in this study using the heated reflectance sensor were 2.62% for the forearm and 3.73% for the calf measurements. Despite those differences, it is apparent that the degree of correlation obtained in this preliminary study is encouraging and in selected clinical applications may be acceptable. We conclude that reflectance pulse oximetry from the forearm and calf may provide a possible alternative to conventional transmittance pulse oximetry and reflectance pulse oximetry from the forehead. Further studies, however, are needed in order to compare our reflectance pulse oximeter against $SaO_2$ measurements obtained directly from arterial blood samples. Additional work to investigate the source of variability in reflectance pulse oximetry is in progress.

Financial support for this study was provided in part by the Datascope Corporation and NIH Grant R15 GM36111-01A1.

The authors would like to acknowledge the clinical assistance of Albert Shahnarian, PhD, Gary W. Welch MD, PhD, and Robert M. Giasi, MD, Department of Anesthesiology, University of Massachusetts Medical Center, Worcester, MA. We also thank Paul A. Nigroni, Datascope Corporation, Paramus, NJ, and Kevin Hines, Semiconductor Division, Analog Devices, Wilmington, MA, for technical assistance. The skillful art work by Yi Wang is also greatly appreciated.

## REFERENCES

1. Mendelson Y, Kent JC, Yocum BL, Birle MJ. Design and evaluation of a new reflectance pulse oximeter sensor. Biomed Instrum Technol 1988;22(4):167–173
2. Mendelson Y, Ochs BD. Noninvasive pulse oximetry utilizing skin reflectance photoplethysmography. IEEE Trans Biomed Eng 1988;35(10):798–805
3. Mendelson Y, Kent JC, Shahnarian A, et al. Evaluation of the Datascope ACCUSAT pulse oximeter in healthy adults. J Clin Monit 1988;4:59–63
4. Brinkman R, Zijlstra WG. Determination and continuous registration of the percentage oxygen saturation in clinical conditions. Neth J Surg 1949;1:177–183
5. Cohen A, Wadsworth N. A light emitting diode skin reflectance oximeter. Med Biol Eng Comput 1972;10:385–391
6. Moretti G. Handbuch der Haut- und Geschlechtskrankheiten. Berlin: Springer-Verlag, 1968:491–623
7. Rothman S. Physiology and biochemistry of the skin. Chicago: University of Chicago Press, 1954:685

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau

PCT

(43) International Publication Date
5 May 2011 (05.05.2011)

(10) International Publication Number
**WO 2011/051888 A2**

(51) **International Patent Classification**: *A61B 5/00* (2006.01)

(21) **International Application Number**: PCT/IB2010/054858

(22) **International Filing Date**: 27 October 2010 (27.10.2010)

(25) **Filing Language**: English

(26) **Publication Language**: English

(30) **Priority Data**: 09174732.9 2 November 2009 (02.11.2009) EP

(71) **Applicant** *(for all designated States except US)*: **KONINKLIJKE PHILIPS ELECTRONICS N.V.** [NL/NL]; Groenewoudseweg 1, NL-5621 BA Eindhoven (NL).

(72) **Inventors; and**
(75) **Inventors/Applicants** *(for US only)*: **ACKERMANS, Paul, Anton, Josef** [NL/NL]; c/o High Tech Campus Building 44, NL-5656 AE Eindhoven (NL). **KASSIES, Roelf** [NL/NL]; c/o High Tech Campus Building 44, NL-5656 AE Eindhoven (NL).

(74) **Agents**: **VAN VELZEN, Maaike, M.** et al.; High Tech Campus, Building 44, NL-5656 AE Eindhoven (NL).

(81) **Designated States** *(unless otherwise indicated, for every kind of national protection available)*: AE, AG, AL, AM, AO, AT, AU, AZ, BA, BB, BG, BH, BR, BW, BY, BZ, CA, CH, CL, CN, CO, CR, CU, CZ, DE, DK, DM, DO, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, GT, HN, HR, HU, ID, IL, IN, IS, JP, KE, KG, KM, KN, KP, KR, KZ, LA, LC, LK, LR, LS, LT, LU, LY, MA, MD, ME, MG, MK, MN, MW, MX, MY, MZ, NA, NG, NI, NO, NZ, OM, PE, PG, PH, PL, PT, RO, RS, RU, SC, SD, SE, SG, SK, SL, SM, ST, SV, SY, TH, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, ZA, ZM, ZW.

(84) **Designated States** *(unless otherwise indicated, for every kind of regional protection available)*: ARIPO (BW, GH, GM, KE, LR, LS, MW, MZ, NA, SD, SL, SZ, TZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European (AL, AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LT, LU, LV, MC, MK, MT, NL, NO, PL, PT, RO, RS, SE, SI, SK, SM, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

**Declarations under Rule 4.17**:

— *as to applicant's entitlement to apply for and be granted a patent (Rule 4.17(ii))*

*[Continued on next page]*

(54) **Title**: MEDICAL OPTICAL SENSOR

FIG. 1

(57) **Abstract**: The medical optical sensor (10) comprises at least one light emitter (20) for emitting light (21) directed to a part of the skin (50) of a patient and at least one photo- detector (30) for detecting light (31) reflected from the skin (50). A housing (40) for carrying the at least one light emitter (20) and the at least one photo-detector (30) is provided, where the housing (40) has a contact area with the skin (50). The at least one light emitter (20) is positioned within the housing (40) such that emitted light (21) impinges on the skin (50) in a central part of the contact area. The at least one photo-detector (30) is positioned in a peripheral part of the housing (40) such that light reflected (31) from the skin (50) to the outer part of the contact area is detectable by the at least one photo-detector (30).

WO 2011/051888 A2

**WO 2011/051888 A2**

**Published**:

— *without international search report and to be republished upon receipt of that report (Rule 48.2(g))*

Medical optical sensor

FIELD OF THE INVENTION

The invention relates to the field of medical sensors, and in particular to the field of medical optical sensors and systems that make use of one or more of these sensors. The invention further relates to methods for measuring the blood oxygenation level by using these sensors.

BACKGROUND OF THE INVENTION

Optical sensors are widely used to determine physiological parameters of patients in medical care. The non-invasive measurement of the oxygen saturation in arterial blood, also called pulse oximetry, is an application of optical medical sensors of particular importance. In pulse oximeters the oxygen saturation in arterial blood ($SpO_2$), sometimes also referred to as blood oxygenation level, is determined by measuring the absorption of light caused by oxy- ($HbO_2$) and deoxyhemoglobin (HHb). Usually, the absorption is measured at two different wavelengths where the extinction coefficients of $HbO_2$ and HHb differ significantly, for example at wavelengths of 660 nanometers (nm) and 940 nm. In addition to measuring the oxygenation level of blood, pulse oximeters also provide a pulse signal for determining a heart rate of a patient.

The light emitter and photo-detector that are used as the light source and the light detector in a pulse oximeter can either be placed opposite of each other for measuring the transmission of light through the skin tissue, or adjacent to each other, measuring the diffuse reflection of light from the skin tissue. Suitable measurement locations are for example finger tips, toes, earlobes and the forehead.

With an increasing integration level of signal processing electronics and the recent advances in wireless transmission technology, wearable pulse oximeters are available that allow measurements to be taken while a patient is free to move around. An example of a wearable pulse oximeter is disclosed in the document US 2009/0240125 A1. The document describes a pulse oximeter that uses an optical sensor of the transmission type. An integrated circuit including signal processing elements required to convert the detected light signals into a pulse oximetry measurement is integrated into a carriage housing of the optical sensor.

In optical measurements on the skin, motion artifacts are a serious point of concern. Movements of a patient could lead to a movement of the sensor with respect to the skin, which, in turn, leads to a change in the optical coupling between the sensor and the skin. Sensor movements can also lead to pressure variations between the sensor and the skin, which could cause perfusion variations in the skin underneath the sensor, resulting in signal artifacts. Furthermore, the signal quality is inherently position sensitive for physiological reasons, for example due to the small size of blood vessels.

It would therefore be advantageous to provide for medical optical sensors and medical optical sensor systems that are less sensitive to motion artifacts.

SUMMARY OF THE INVENTION

The present application contemplates a medical optical sensor, a medical optical sensor unit, a medical optical sensor system, and a method of measuring the blood oxygenation level with a medial optical sensor address the abovementioned objects.

According to the invention, a medical optical sensor comprises at least one light emitter for emitting light directed to a part of the skin of a patient and at least one photo-detector for detecting light reflected from the skin. A housing for carrying the at least one light emitter and the at least one photo-detector is provided, where the housing has a contact area with the skin. The at least one light emitter is positioned within the housing such that emitted light impinges on the skin in a central part of the contact area. The at least one photo-detector is positioned in a peripheral part of the housing such that light reflected from the skin to the outer part of the contact area is detectable by the at least one photo-detector. This way, a compact and lightweight sensor can be built.

In a preferred embodiment, the housing comprises an outer ring and an inner ring. Both rings are concentric to each other. The outer ring has a rim that defines the outer perimeter of the contact area with the skin. The inner ring has a rim that defines the perimeter of the central part of the contact area with the skin. The housing further comprises a base plate for supporting the rings at a side of the rings opposite of the respective rims and wherein the at least one photo-detector is mounted between the outer ring and the inner ring. This way, the light emitter and the photo-detector are arranged concentric to each other in a compact way that allows obtaining a high signal quality.

Further according to the invention, a medical optical sensor unit comprises a plurality of sensors as described above, which are arranged in form of a matrix and are

connected to each other by web members, such that the sensors and the web members form a web-like structure with openings.

Further according to the invention, a medical optical sensor system comprises at least one sensor as described above or at least one sensor unit as described above. The medical optical sensor system furthermore comprises a control unit for operating the sensor or the sensor unit. Flexible electrical connectors are present for connecting the sensor or the sensor unit with the control unit.

Further according to the invention, a method of measuring the blood oxygen level with a medical optical sensor comprises the following steps. Light is emitted by at least one light emitter and directed to a part of a patient's skin. The light is then reflected by the patient's skin and received by at least one photo-detector. Electrical signals from the at least one photo-detector are processed in order to determine an oximetry value.

The basic idea behind all mentioned aspects of the invention is that mechanical forces acting on the sensor which lead to pressure variations between the sensor and the skin or even to a dislocation of the sensor with respect to the skin are minimized. One type of force acting on the sensor is inertial force. Inertial forces result from an acceleration of the inert mass of the sensor. Acceleration of the sensor is unavoidable if a patient moves. For a given acceleration, the force acting on the sensor is proportional to the mass of the sensor. The small and compact design of the medical optical sensor according to the invention allows building a lightweight sensor that accordingly only experiences small acceleration forces and is well suited for wearable systems. Furthermore, the separation of the electronic control unit and the sensor in the medical optical sensor system according to the invention also minimizes the weight of the sensor and thus the acceleration forces that act on the sensor. A coupling of a plurality of sensors to form a sensor unit according to the invention opens the possibility to have a lightweight sensor arrangement with a low position sensitivity, i.e. the performance of the sensor arrangement is less influenced by the position of the sensor on the patient.

Another type of force acting on the sensor arises from the electrical connections use for operating the sensor. The mechanical decoupling of the sensor from the electronic control unit due to the flexible electrical connection furthermore minimizes the forces acting on the sensor.

Advantageous embodiments are provided in the respective dependent claims. Still further advantages and benefits of the present invention will become apparent from and

elucidated with reference to the embodiments described hereinafter in connection with the drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

Fig. 1 shows a first embodiment of a medical optical sensor in a three-dimensional sectional schematic drawing;

Fig. 2 shows a second embodiment of a medical optical sensor positioned on a patient's skin in a schematic drawing;

Fig. 3 is a schematic illustration of the influence of the lateral separation of a light emitter and a photo-detector on the origin of the detected light in a medical optical sensor;

Fig. 4 shows a first embodiment of a medical optical sensor unit in a schematic drawing seen from above;

Fig. 5 shows a side view of a second embodiment of a medical optical sensor unit in a schematic drawing;

Fig. 6 shows a first embodiment of a medical optical sensor system in a sectional schematic drawing; and

Fig. 7 shows a side view a second embodiment of a medical optical sensor system in a sectional schematic drawing.

DETAILED DESCRIPTION OF EMBODIMENTS

With reference to Figure 1, a medical optical sensor 10 is shown that comprises a light emitter 20 for emitting light 21, a photo-detector 30 for detecting reflected light 31 and a housing 40 that is basically cylindrical in shape. The housing 40 includes an outer ring 41 having a rim 42 and an inner ring 43 having a rim 44. On the side opposite of the rims 42, 44, the rings 41, 43 are attached to a common base plate 45. On the side opposite of the rings 41, 43, the base plate 45 provides an emitter mount 46 for holding the light emitter 20. The base plate 45 has a central opening that extends the opening of the inner ring through the base plate 45. The opening in the base plate 45 allows emitted light 21 to leave the housing 40 through the inner ring 43. The photo-detector 30 is circular in shape and mounted in the circular groove formed by the base plate 45, the outer ring 41 and the inner ring 42.

The medical optical sensor 10, also abbreviated as sensor 10 in the following, is designed to be attached to the skin with at least the rims 42 and 44 touching the skin. The

emitted light 21 is directed onto the skin and partly penetrates into the skin where it interacts with the skin tissue and in particular with blood vessels contained in the skin. A part of the light leaves the tissue again after one or more scattering events and enters the photo-detector 30 as the reflected light 31. Due to the diffuse reflectance, the area of the skin through which the reflected light 31 leaves the skin is by far larger than the entrance spot of the emitted light 21 on the skin. Since, in first order, the light is scattered isotropically in all directions in the diffuse reflectance process, the area through which the light leaves the skin is essentially circular in shape. The sensor 10 and the circular shaped photo-detector 30 account for this effect, which leads to a high detection efficiency.

In the embodiment shown, the rims 42 and 44 are positioned in the same plane. The circularly shaped photo-detector 30 is mounted recessed from this plane in a direction way from the skin. In this configuration, the inner ring 43 shadows the photo-detector 30 from emitted light 21 shining directly onto the photo-detector 30, thereby overwhelming the signal of the reflected light 31 which is much lower in intensity. In an alternative configuration, the photo-detector 30 could also be mounted with its light entrance surface positioned within the plane defined by the rims 42 and 44. In order to protect the light emitter 20 and the photo-detector 30 and in order to have a planar contact area between the sensor 10 and the skin, it is possible to fill the remaining parts of the inner and the outer rings 41 and 43 with a transparent resin. For reasons of biocompatibility and hygiene, a medical-grade resin suitable for medical applications is preferred.

In order to attach the sensor 10 to a patient's skin, a medical-grade optically transparent adhesive can be used. This can either be an adhesive gel or a double-sided adhesive tape. In particular if the sensor 10 does not have a planar contact area for contacting the skin, for example if no resin is used to fill the rings 41 and 43, a gel is suitable to ensure a good optical transition of light between the skin and the light emitter 20 or the photo-detector 30. In all cases, the contact area is defined to be the area that is delimited by the perimeter of the outer ring 41.

The close integration of the light emitter 20 and the photo-detector 30 into the compact housing 40, which can be made with a very light weight by using a one piece extraction molded material, leads to a medical optical sensor 10 that only experiences very small acceleration forces. As a result, the movements of the sensor with respect to the underlying skin are minimized and the signal delivered by the photo-detector 30 is less affected by movement artifacts.

Both light emitter 20 and photo-detector 30 can be semiconductor devices, for example based on silicon (Si), gallium nitride (GaN) or gallium arsenide (GaAs) or a combination thereof. A light emitting diode (LED) or laser diode (LD) can be used as the light emitter 20. The light emitting diode could comprise more than one die, which offers the possibility of emitting light at different wavelengths. Alternatively, the emitter mount 46 of the housing 40 could be designed such that more than one LEDs or LDs could be mounted, either for the option of having light of different wavelengths available, or for the option of providing emitted light 21 at a single wavelength, but with increased power or power density.

A photodiode can be used as the photo-detector 30. As an alternative to the ring shaped circular single photo-detector 30 shown in Fig. 1, a plurality of smaller photo-detectors could be used, for example small photodiodes that are arranged between the inner ring 43 and the outer ring 41. However, a single photo-detector 30, in particular if it fills the available space between the inner and the outer rings 41, 43, would offer the best detection sensitivity.

A typical application of the shown optical medical sensor 10 could be the measurement of the oxygenation level of blood in a pulse oximeter. In this case, a light emitter 20 is used that emits light at two different wavelengths, usually around 660 nm and 940 nm.

Figure 2 shows another embodiment of a medical optical sensor 10. Elements having the same or comparable functions are denoted by the same reference numerals in all figures.

The optical medical sensor 10 of Fig. 2 is attached to a skin 50 of a patient by using a medical transparent adhesive 60, a double-sided transparent adhesive tape in this case. In accordance with the embodiment shown in Fig. 1, the medical optical sensor 10 of Fig. 2 comprises a housing 40 with an outer ring 41 and an inner ring 43 and respective rims 42, 44. It also comprises a light emitter 20 for emitting light 21 impinging on the skin 50 within the vicinity of the inner ring 43. As in the embodiment of Fig. 1, the photo-detector 30 is a single circular shaped photo-detector filling almost the entire available space between the inner ring 43 and the outer ring 41. In contrast to the embodiment shown in Fig. 1, the light emitter 20 is mounted within the ring 43 rather than on top of the base plate 45, thereby reaching a very high level of integration. Both the light emitter 20 and the photo-detector 30 are mounted recessed from the plane defined by the rims 42 and 44. As a result, the inner ring 43 prevents light emitted by the light emitter 20 from shining directly into the photo-detector 30. In the embodiment shown, the light emitter 20 and the photo-detector 30 are embedded

into a transparent medical resin 47. Thus, the resin 47 does not only fill the remaining parts of the inner and the outer rings 41 and 43 to protect the light emitter 20 and the photo-detector 30, but also fixes them. It is possible to mount the light emitter 20 and the photo-detector 30 by this means only.

Figures 3A and 3B illustrate the dependence of the origin of the reflected light 31 from the lateral distance between emitted light 21 entering the skin and reflected light 31 emerging from the skin 50. The skin 50 comprises three sub-layers, called epidermis layer 51, dermis layer 52 and fat layer 53. The dermis layer 52 contains a dense network of small blood vessels and is the layer of the main interest for medical optical measurements.

In Figs. 3 A and B, r denotes the mean distance between the entrance spot of light 21 entering the skin and the area through which reflected light 31 leaves the skin. A small aperture for the entrance and the exit area is assumed. The vertically hedged u-shaped area schematically indicates the detection volume 32, being the volume of the skin 50, in which one or more scattering events occur for leading light from the entrance aperture to the detection aperture. Accordingly, the detection volume 32 can be regarded as the part of the skin, for which physiological information can be obtained. In the figures, d denotes the depth with respect to the surface of the skin 50 down to which the detection volume reaches.

Fig. 3A shows the situation for a distance r of approximately 1 mm. It is apparent that the detection volume 32 just overlaps with the upper part of the dermis layer 52.

Fig. 3B shows the situation for a distance r of approximately 3 mm. Here, the detection volume 32 just reaches down to the fat layer 53.

The figures show that a distance r between approximately 1 mm and 3 mm is well suited to perform medical optical measurements of the reflection type, since then the dermis layer 52, which is of major physiological interest, is being sampled. Accordingly, for a sensor 10 with a concentric arrangement of the light emitter 20 and the photo-detector 30, as for example shown in the embodiments of Figs. 1 and 2, an inner ring 43 with a radius of approximately one mm and an outer ring 41 with a radius of approximately 3 mm radius is advantageous.

Figure 4 shows a schematic drawing of a first embodiment of a medical optical sensor unit 100 seen from above. The medical optical sensor unit 100, also abbreviated as sensor unit 100 in the following, is depicted from a top view with its invisible down side intended to be attached to the skin of a patient.

The sensor unit 100 comprises a plurality of sensors 10, which are in this embodiment arranged in a regular matrix with a hexagonal lattice structure. Adjacent sensors

10 are connected to each other by web members 110, some of which furthermore have integrated electrical connections 112. For a clear depiction, only some of the mentioned elements carry reference numerals in Fig. 4. The web members 110 are deliberately narrow in order to leave openings 120 between adjacent sensors 10 and the connecting web members 110. Through the openings 120, the skin of the patient is partly exposed to the environment, such that an exchange of air and in particular moisture is possible. The web members 110 are in addition recessed from the skin to expose the skin even more and enhance the exchange of air and moisture. The resulting open matrix structure enables a long term and irritation-free use on the patent's skin. At least some of the web members 110 can be made of a flexible material such that the sensor unit 100 easily adapts to the surface structure and to the curvature of the skin.

The type of the sensors 10 used in the sensor unit 100, their number and the geometry of their arrangement of the embodiment shown in Fig. 4 are only exemplary. While the embodiment of Fig. 4 makes use of a cylindrical sensor 10 with concentric light emitter and photo-detector and a circular contact area with the skin, a matrix-like sensor unit 100 could comprise medical optical sensor having a different outline and/or light emitters and photo-detectors that are positioned differently with respect to each other, for example mounted side by side in a rectangular shaped housing. Furthermore, the sensor unit 100 is not limited to medical optical sensors. It is also possible to combine other medical sensors to build a medical optical sensor unit, for example medical electrical sensors like electrodes for use in electroencephalography (EEG) or electrocardiography (ECG).

Sensor units with more or less than the shown number of sensors are conceivable as well. Also other arrangements than the shown hexagonal structure, such as for example linear, triangular, rectangular or quadratic arrangements are possible.

By combining a plurality of sensors 10 within the sensor unit 100, measurements can be performed at a number of locations on the skin simultaneously. The derived signals of the plurality of photo-detectors contained in the sensors 10 can be processed further and analyzed in order to receive a maximal signal amplitude and quality. For example, the electrical signals of the photo-detectors could be averaged in order to minimize the position sensitivity that a single sensor inherently shows. This is particularly important for small sized sensors, where a single sensor could be positioned above a spot of the skin with a low perfusion. When averaging the signals derived by the different photo-detectors, a weighting factor could additionally be used to account for the signal quality of the individual single signals. In this way well-positioned photo-detectors that provide a signal

with a high signal-to-noise ratio are preferred over less well-positioned sensors 10 that only provide a signal with a low signal-to-noise ratio.

Figures 5A and 5B each show a section of a second embodiment of a medical optical sensor unit 100. As in the embodiment shown in Fig. 4, a plurality of sensors 10 is provided for, of which two are depicted in the figure. The two adjacent sensors 10 are connected to each other with a web member 110. In contrast to the embodiment shown in Fig. 4, the sensor unit 100 additionally comprises stands 130 that are equal in size to the sensors 10, but do not provide any electrical functioning. The stands 130 are connected to the adjacent sensors 10 by flexible and elastic web members 111. These flexible and elastic web members 111 are slightly slanted such that the stands 130 lie in a plane that is vertically dislocated from the plane in which the sensors 10 are arranged. In this way a corrugated matrix is formed.

Fig. 5A depicts a situation, in which the sensor unit 100 is put on a patient's skin 50 without applying any force to the sensor unit 100. As a result of the corrugation of the matrix, the stands 130 float above the skin 50, which is indicated by a height h larger zero.

Fig. 5B shows a situation, in which an external force directed towards the skin is applied to the stands 130, such that the stands 130 do touch the skin as indicated by a height h equal to zero. Due to the corrugation, the flexible and elastic web members 111 press the shown sensors 10 onto the skin 50. The force applied on the sensor 10 by the flexible and elastic web members 111 is predetermined and can be controlled by using an appropriate material and an appropriate dimensioning for the flexible and elastic web members 111. This makes the applied force an inherent parameter of the device and independent of the way a user applies the device.

As it is the case in the embodiment shown in Fig. 4, also here the type of the sensors 10 used in the sensor unit 100, their number and the geometry of their arrangement is only exemplary. The same holds true for the stands 130. In particular the number and geometry of the stands 130 and the ratio between the number of sensors 10 and stands 130, is not limited to the embodiment shown. Also the sensors 10 and the stands 130 can be of the same shape as in the shown case, but could alternatively also differ in size and shape. Furthermore, stands 130 could be positioned at regular lattice positions of the matrix and, in this sense, replace sensors 10. Alternatively or additionally, stands 130 could be positioned dislocated from regular lattice positions in so called lattice interstitial positions.

Fig. 6 shows a first embodiment of a medical optical sensor system attached to the skin 50 of a patient in a side view.

The system comprises a medical optical sensor unit 100 containing of medical optical sensors 10, two of which are visible in the figure, and web members 110 connection the sensors 10. The system further comprises an electric control unit 70 with a power supply 71 and a wireless transmitter 72 explicitly shown. Further electrical elements, for example for driving the light emitters of the sensor unit 100 and for receiving and processing the electrical signals of the photo-detectors of the sensor unit 100, are not explicitly shown. The control unit 70 and the sensor unit 100 are electrically connected via a flexible electrical connector 80.

The control unit 70 and the sensor unit 100 are individually and separately attached to the skin 50. In both cases, an adhesive could be used for that purpose. Alternatively, only the sensor unit 100 could be attached to the skin 50 by an adhesive, while the control unit 70 is attached to the skin 50 by means of an elastic band.

The flexible electric connector 80 could, for example, be a ribbon cable with very thin stranded wires, or a flexible flat cable with multiple electrical conductors bonded or evaporated on a thin insulating plastic film base. Using thin and flexible materials for the flexible electric connector 80 results in a mechanical decoupling of the sensor unit 100 from the control unit 70. In this way vibrations or dislocations of the relatively heavy control unit 70 are not transferred onto the sensor unit 100, thereby not disturbing the signal quality.

The separation of the control unit 70 and the sensor unit 100 further keeps the inert mass of the sensor unit 100 small compared to systems where the electronics and probably even the power supply unit are integrated into the sensor unit. This is particularly important for systems that use convenient but power-consuming wireless technology for transmitting the measured physiological parameters to a monitor station, or for systems that are designed for a long-term observation of the patient, since in such cases a power supply unit with a sufficient battery capacity and an according heavy weight would have to be provided.

Figure 7 shows a second embodiment of a medical optical system. The system comprises a frame 90 with a round ring-like base and a traverse 91 spanning over the base. The frame 90 is shaped in form of a wristwatch and attachable to the skin 50 of a patient with an elastic band 92, for example an arm wrist. An electric control unit 70, by way of example depicted as a printed connector board (PCB) with a battery as a power supply 71, is rigidly attached to the frame 90. A medical optical sensor 10 is positioned at the center of the frame

90 underneath the traverse 91 and mechanically attached to the traverse 91 by a spring 93. The sensor 10 and the control unit 70 are electrically connected via a flexible electrical connector 80.

In this embodiment, the sensor 10 is pressed onto the skin 50 by a force that is defined by the spring constant of the spring 93 and the geometry of the frame 90. The large supporting surface of the frame 90 on the skin 50 leads to a defined height of the traverse 91 above the skin 50. Accordingly, the sensor 10 is pressed onto the skin 50 with a relatively constant and predetermined force. At the same time, the sensor 10 is mechanically decoupled from the frame 90 and the control unit 70, in particular concerning slight lateral movements of the frame 90 on the skin. As an alternative or in addition to the elastic band 92, the frame 90 could be attached to the skin 50 by a medical grade adhesive. In one embodiment, the adhesive could be transparent and fix the sensor 10 as well as the frame 90. In another embodiment, the adhesive could be provided with a central opening that leaves the vicinity of the sensor 10 on the skin blank and only fixes the frame 90. In the letter case, the adhesive does not have to be transparent.

In all embodiments shown or described in connection with Figs. 6 and 7, one or more sensors 10 could be used in the system, either individually attached to the skin 50 or combined together as one or more sensor units 100.

The sensors used in the system could be medical optical sensors 10 as described in connection with the Figs. 1 and 2. However, the shown separation of the sensors and the control unit, and the mechanical decoupling due to the usage of the flexible electrical connection in the sensor system is also applicable to medical sensors having a different form and/or function than the ones described in connection with Figs. 1 and 2.

While the invention has been illustrated and described in detail in the drawings and the foregoing description, such illustration and description are to be considered illustrative or exemplary only and not restrictive. The invention is not limited to the disclosed embodiments. In particular, combinations of features described in the different embodiments are apparent to those skilled in the art. Any reference signs in the claims should not be construed as limiting the scope of protection.

CLAIMS:

1. A medical optical sensor, comprising

at least one light emitter (20) for emitting light (21) directed to a part of the skin (50) of a patient;

at least one photo-detector for detecting light reflected (31) from the skin (50);

a housing (40) for carrying the at least one light emitter (20) and the at least one photo-detector (30), the housing having a contact area with the skin (50);

wherein

the at least one light emitter (20) is positioned in the housing (40) such that emitted light (21) impinges on the skin (50) in a central part of the contact area; and

the at least one photo-detector (30) is positioned in a peripheral part of the housing (40) such that light (31) reflected from the skin (50) to the outer part of the contact area is detectable by the at least one photo-detector (30).

2. The medical optical sensor as set forth in claim 1, wherein the housing (40) comprises

an outer ring (41) with a rim (42) that defines the outer perimeter of the contact area with the skin (50);

an inner ring (43) that is concentric with the outer ring (41), the inner ring (43) having a rim (44) that defines the perimeter of the central part of contact area; and

a base plate (45) for supporting the rings (41, 43) at a side of the rings opposite of the rims (42, 44) and wherein

the at least one photo-detector (30) is mounted between the outer ring (41) and the inner ring (43).

3. The medical optical sensor as set forth in claim one of claims 1 or 2, wherein the at least one photo-detector (30) is a single ring-shaped photo-detector.

4. The medical optical sensor as set forth in one of claims 2 or 3, wherein the rims (42, 44) of the inner ring (43) and the outer ring (41) are located in a common plane and

wherein the at least one photo-detector (30) is mounted recessed with respect to the common plane.

5. The medical optical sensor as set forth in one of claims 2 to 4, wherein the base plate (45) has an opening in the vicinity of the inner ring (43) and wherein the at least one light emitter (20) is mounted on top of the base plate (45) at a side opposite of the rings (41, 43) such that emitted light (21) passes through the opening and the inner ring (43) onto the skin (50).

6. The medical optical sensor as set forth in one of claims 1 to 5, wherein the light emitter (20) and the photo-detector (30) are designed for wavelengths that are suited for determining the arterial oxygen saturation and/or heart rate in a pulse oximeter.

7. A medical optical sensor unit, comprising a plurality of medical optical sensors (10) as set forth in one of claims 1 to 6, which are arranged in form of a matrix and are connected to each other by web members (110), such that the sensors (10) and the web members (110) form a web-like structure with openings (120).

8. The medical optical sensor unit as set forth in claim 7, wherein at least two of the web members (110) are flexible.

9. The medical optical sensor unit as set forth in one of claims 7 or 8, which is corrugated in a direction perpendicular to its lateral extension.

10. The medical optical sensor unit as set forth in claim 9 further comprising stands (130) that are connected to the sensors (10) by flexible and elastic web members (111), wherein a surface of the stands (130) facing the skin (50) is located in a plane that is dislocated from the plane of the contact area of the sensors (10) with the skin (50), such that the sensors (10) are pressed onto the skin (50) with a predetermined force if the stands (130) are in contact with the skin (50).

11. The medical optical sensor unit as set forth in one of claims 7 to 10, wherein electrical connectors (112) for connecting the sensors are integrally formed with the web members (110).

12. A medical optical sensor system, comprising

at least one sensor (10) as claimed in one of claims 1 to 6 or a sensor unit (100) as set forth in one of claims 7 to 11; and

a control unit (70) for operating the at least one sensor (10) or the sensor unit (100); and

flexible electrical connectors (80) for connecting the sensor (10) or the sensor unit (100) with the control unit (70).

13. The medical optical sensor system as set forth in claim 12, further comprising a frame (90), affixable to a skin (50), wherein

the control unit (70) is directly attached to the frame (90);

the sensor (10) or the sensor unit (100) is attached to the frame (90) by a spring (93), such that the sensor (10) or the sensor unit (100) is pressed onto the skin (50) with a predetermined force.

14. A method of measuring blood oxygen a lever with a medical optical sensor system as set forth in claims 12 or 13 comprising the steps of

emitting light by at least one light emitter (20) contained in the sensor (10) or the sensor unit (100);

receiving light by at least one photo-detector (30) contained in the sensor (10) or the sensor unit (100); and

processing electrical signals from the at least one photo-detector (30) in order to determine an oximetry value.

15. The method as set forth by claim 14, wherein a sensor unit (100) as set forth in one of claims 7 to 11 with a plurality of sensors (10) is used and wherein the electrical signals from the plurality of photo-detectors (30) of the sensors (10) are averaged in the course of processing the electrical signals.

WO 2011/051888 PCT/IB2010/054858

1/4

10
20
41
46
40
45
42
30
31
21
44 43
31

FIG. 1

10
45
20
43
30
30
41
60
50
42
47
44
47
47

FIG. 2

SUBSTITUTE SHEET (RULE 26)

17

Appx1385

WO 2011/051888 PCT/IB2010/054858

2/4

r
21
31
d
51
52
50
32
53

FIG. 3A

r
21
31
d
51
52
50
32
53

FIG. 3B

100
120
112
10
110
110
10
112
120

FIG. 4

SUBSTITUTE SHEET (RULE 26)

18

Appx1386

WO 2011/051888 PCT/IB2010/054858

3/4

100
130
111
10
110
10
111
130
h>0
50

FIG. 5A

100
130
111
10
110
10
111
130
h=0
50

FIG. 5B

SUBSTITUTE SHEET (RULE 26)

19

Appx1387

WO 2011/051888 PCT/IB2010/054858

4/4

100
10
110
10
80
71
72
70
50

FIG. 6

92
80
93
91
92
71
70
10
90
50

FIG. 7

SUBSTITUTE SHEET (RULE 26)

20

Appx1388

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE PATENT TRIAL AND APPEAL BOARD

---------------------

APPLE, INC.

Petitioner,

v.

MASIMO CORPORATION,

Patent Owner.

---------------------

IPR2020-01722

Patent 10,470,695

---------------------

Deposition of VIJAY K. MADISETTI, Ph.D.

Conducted Virtually

Friday, September 10, 2021

12:07 p.m.

Pages: 1-67

Reported by: Matthew Goldstein, RPR, RMR

---

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

enhance the amount of tissue penetrated in some instances"?

Do you see that?

A. You read a portion of Chin, Exhibit 1006, which I reference in Column 8.

Q. So based on this quote, you'd agree that Chin teaches that spreading or mixing of light may enhance the amount of tissue penetrated by the light; correct?

A. I would disagree. I would say my correct testimony is that Chin -- these statements attributed to Chin, in my opinion, are true or apply only to thin tissue devices as disclosed in Chin.

Q. How thin does tissue need to be in order to be considered thin?

A. We are talking about Chin, and Chin is quite clear as to that particular issue. Chin specifically references nostril and earlobe sensors and limits, in my opinion, to those examples. And specifically in Figure 5B, Chin explicitly describes the thin tissue as between 3

and 5 millimeters. So that's the example of how a POSA would understand the thin tissue device of Chin.

Q. Chin doesn't use the word "thin" to describe the tissue, though; correct?

A. To a POSA it does. To a POSITA it does. P-O-S-I-T-A, it does. I'd refer to Figure 5B. I'd refer to its use of -- its exclusive and only use in referencing ear, as well as nostril, which a POSITA would understand are thin tissues. And Figure 5B also confirms that by saying that the tissue is between 3 and 5 millimeter.

Q. But it doesn't ever characterize that as "thin"; correct?

A. I would disagree because of my previous answer.

Q. But it doesn't use the word "thin" to describe tissue; correct?

MR. KATZENELLENBOGEN: Again, I hate to interrupt, particularly in the middle of a question, but it looks like the videographer has indicated that there may be some technical issue,

experiments with described in your declaration include a circular photodetector surrounding an emitter?

A. The results will apply to any sort of photodetector. It reflects the basic understanding of a POSA using basic knowledge of physics that a diffuser would reduce the intensity by spreading the same light over a larger area. All my experiments did was provide additional confirmation as to that basic principle familiar to a POSA.

Therefore, the results of the experiment are not restricted to a single detector configuration. They are not restricted to a circular array. They are not restricted to any type of particular diffuser. They apply uniformly to all because it's a representative experiment using industry standard tools, technologies, materials, and configurations in a controlled environment.

Q. Controlled environment with a device with a single detector; correct?

A. I think my answer -- previous answer shows where and when it is applicable to. It's applicable to singular detector configurations, multiple detector configurations, arrays, circular, high aspect ratio, any type of detector configuration because it is just confirming the basic knowledge of a POSA or a POSITA that a diffuser reduces the signal strength by spreading it out across a larger area.

And all my results in the experiments were just adding additional support to the basic knowledge of a POSA and are applicable to all types of sensors, detectors, and diffuser configurations.

Q. If the light is spread out over a larger area by the diffuser, if you have a larger detector covering the areas where the light is spread to, wouldn't that equate with an increased signal over a single detector?

A. As I said, that is not what the experiments -- sorry. Let me restate it.

That is a specific scenario, and it's a

specific scenario when in the controlled environment shows that the signal strength is still reduced compared to the original strength. So if you had a large detector before and after, your larger detector would receive more without a diffuser. It will receive less with a diffuser. It's a basic law of physics.

Q. What law of physics is that?

A. It just says that if you spread light over a larger area, the intensity of light is reduced. Just like you take a flashlight, diffuse it or focus it, the intensity changes. Basic freshman high school physics.

Q. Would you ever use a laser to perform a pulse oximetry measurement?

MR. KATZENELLENBOGEN: Objection; lack of foundation, incomplete hypothetical.

THE WITNESS: As I said, I don't have a specific opinion of that in my declaration, and I don't understand the specific context. So if you could point to a portion of my declaration.

BY MR. SMITH:

Q. Well, you said that diffusion reduces signal strength. So by that logic, a coherent light beam would increase the signal. I'm wondering why -- why none of the pulse oximeters at issue in this case seem to use coherent light sources?

MR. KATZENELLENBOGEN: Objection; lack of foundation, beyond the scope. I'm not actually even sure if you asked a question.

THE WITNESS: Counsel, I mean, you clearly are a very good student, wherever you studied, but I don't have an opinion on that issue. It's not something that I considered in this matter.

BY MR. SMITH:

Q. I mean, you said it was a law of physics that the -- that as you diffuse light, you're going to get a weaker signal, regardless of the configuration of your detectors. So I'm wondering if you went with a less diffuse light source, wouldn't that give you a -- wouldn't that give you

a stronger signal in a pulse oximeter?

MR. KATZENELLENBOGEN: Objection; incomplete hypothetical, beyond the scope.

THE WITNESS: I'm not seeing such arguments or such cases or such situations in the prior art references I've analyzed, and I don't have an opinion on that issue.

BY MR. SMITH:

Q. And can you tell me the law of physics that you're referencing that dictates that you will -- that regardless of the shape of the detector, a diffuser will lead to a lower signal strength?

MR. KATZENELLENBOGEN: Objection; asked and answered.

THE WITNESS: As I said, it's a basic physical property that if you take light and spread it over a larger area, the same amount of light over the larger amount of area, the intensity of light will decrease. And it is seen every day. If you move a flashlight from 3 feet away from the wall to 10 feet away from the wall,

the intensity of light decreases per unit area.

BY MR. SMITH:

Q. All right. Well, give me a second to look over my notes, but I think that might be all I have.

A. Great. I'm just about to get a little hungry.

Q. All right. If you can give me five minutes.

A. Sounds good.

Q. Then -- like I said, I think I'm done. I just want to make sure.

THE VIDEOGRAPHER: Okay.

THE WITNESS: Sounds great.

THE VIDEOGRAPHER: We are going off the record. The time is 2:00 p.m.

(Recess from the record.)

THE VIDEOGRAPHER: We are back on the record. The time is 2:02.

MR. SMITH: All right. I have no further questions. And I'll pass the witness.

MR. KATZENELLENBOGEN: Thanks. Let's go

UNITED STATES PATENT AND TRADEMARK OFFICE

---

BEFORE THE PATENT TRIAL AND APPEAL BOARD

---

APPLE INC.
Petitioner,

v.

MASIMO CORPORATION,
Patent Owner.

---

IPR2020-01722
Patent 10,470,695

---

**DECLARATION OF VIJAY K. MADISETTI, PH.D.**

**Masimo Ex. 2001**
Apple v. Masimo
IPR2020-01722

## TABLE OF CONTENTS

**Page No.**

I. QUALIFICATIONS ........ 1

II. MATERIALS CONSIDERED ........ 7

III. UNDERSTANDING OF PATENT LAW ........ 8

A. Level Of Ordinary Skill In The Art ........ 9

B. Claim Construction ........ 9

C. Obviousness ........ 10

IV. BACKGROUND ........ 11

A. The Importance of Pulse Oximeters ........ 11

B. How Oximetry Works ........ 11

C. The ’695 Patent ........ 13

V. LEVEL OF ORDINARY SKILL IN THE ART ........ 15

VI. THE PETITION’S PROPOSED GROUNDS ........ 16

VII. OVERVIEW OF ASSERTED REFERENCES ........ 17

A. Sarantos (EX1014) ........ 17

B. Mendelson (EX1015) ........ 20

C. Ackermans (EX1016) ........ 20

D. Chin (EX1006) ........ 22

VIII. THE PETITION’S PROPOSED COMBINATIONS ........ 23

A. Apple’s Grounds Ignore Differences Between Thick Tissue and Thin ........ 23

**TABLE OF CONTENTS**
**(*Cont'd*)**

**Page No.**

B. Diffusers Can Make Sensors Worse by Reducing the Light Reaching the Detector ........ 26

C. Ground 1D: the combination of Sarantos, Mendelson, and Chin does not teach the claimed invention ........ 28

1. Chin is applied to a different measurement site than Sarantos or Mendelson ........ 29
2. Chin's diffuser would not improve Sarantos-Mendelson in the same way ........ 30
3. No evidence of a reasonable expectation of success ........ 31
4. Sarantos and Chin teach two different types of sensors ........ 32
5. Apple's proposed modification would make Sarantos-Mendelson perform worse ........ 36
6. Sarantos-Mendelson already spreads light ........ 37

D. Ground 2C: the combination of Ackermans and Chin does not teach the claimed invention ........ 39

1. Chin is applied to a different measurement site than Ackermans ........ 39
2. Chin's diffuser would not improve Ackermans in the same way ........ 40
3. No evidence of a reasonable expectation of success ........ 41
4. Ackermans and Chin teach two different types of sensors ........ 42

## TABLE OF CONTENTS
**(*Cont'd*)**

**Page No.**

5. Apple's proposed modification would make Ackermans perform worse ... 43

6. Ackermans already spreads light ... 44

IX. OATH ... 46

I, Vijay K Madisetti, Ph.D, declare as follows:

1. I have been retained by counsel for Patent Owner Masimo Corporation ("Masimo") as an independent expert witness in this proceeding. I have been asked to provide my opinions regarding the Petition in this action and the declaration offered by Brian W. Anthony, Ph.D., (EX1003). I understand the Petition challenges the patentability of claims 1-6, 8, 9, 11-19, and 21-30 of U.S. Patent No. 10,470,695 ("the '695 Patent"). I am being compensated at my usual and customary rate for the time I spend working on this proceeding, and my compensation is not affected by its outcome.

## I. QUALIFICATIONS

2. My qualifications are set forth in my curriculum vitae, a copy of which is included as Exhibit 2002. A summary of my qualifications follows.

3. I am a professor in Electrical and Computer Engineering at the Georgia Institute of Technology ("Georgia Tech"). I have worked in the area of digital signal processing, wireless communications, computer engineering, integrated circuit design, and software engineering for over 25 years, and have authored, co-authored, or edited several books and numerous peer-reviewed technical papers in these area.

4. I obtained my Ph.D. in Electrical Engineering and Computer Science at the University of California, Berkeley, in 1989. While there, I received the Demetri

Angelakos Outstanding Graduate Student Award and the IEEE/ACM Ira M. Kay Memorial Paper Price.

5. I joined Georgia Tech in the Fall of 1989 and am now a tenured full professor in Electrical and Computer Engineering. Among other things, I have been active in the areas of digital signal processing, wireless communications, integrated circuit design (analog & digital), system-level design methodologies and tools, and software engineering. I have been the principal investigator ("PI") or co-PI in several active research programs in these areas, including DARPA's Rapid Prototyping of Application Specific Signal Processors, the State of Georgia's Yamacraw Initiative, the United States Army's Federated Sensors Laboratory Program, and the United States Air Force Electronics Parts Obsolescence Initiative. I have received an IBM Faculty Award and NSF's Research Initiation Award. I have been awarded the 2006 Frederick Emmons Terman Medal by the American Society of Engineering Education for contributions to Electrical Engineering, including authoring a widely used textbook in the design of VLSI digital signal processors.

6. During the past 20 years at Georgia Tech, I have created and taught undergraduate and graduate courses in hardware and software design for signal processing, computer engineering (software and hardware systems), computer engineering and wireless communication circuits.

7. I have been involved in research and technology in the area of digital signal processing since the late 1980s, and I am the Editor-in-Chief of the CRC Press's 3-volume Digital Signal Processing Handbook (1998, 2010).

8. I have founded three companies in the areas of signal processing, embedded software, military chipsets involving imaging technology, and software for computing and communications systems. I have supervised Ph.D. dissertations of over twenty engineers in the areas of computer engineering, signal processing, communications, rapid prototyping, and system-level design methodology.

9. I have designed several specialized computer and communication systems over the past two decades at Georgia Tech for tasks such as wireless audio and video processing and protocol processing for portable platforms, such as cell phones and PDAs. I have designed systems that are efficient in view of performance, size, weight, area, and thermal considerations. I have developed courses and classes for industry on these topics, and many of my lectures in advanced computer system design, developed under the sponsorship of the United States Department of Defense in the late 1990s, are available for educational use at http://www.eda.org/rassp and have been used by several U.S. and international universities as part of their course work. Some of my recent publications in the area of design of computer engineering and wireless communications systems and associated protocols are listed in Exhibit 2002.

10. In the mid 2006-2007 timeframe, I collaborated with Professor John Scharf and his colleagues at Emory Healthcare system in developing FFT-based pulse oximetry system prototypes on FPGAs, which extended technologies developed by Prof. Scharf and his colleagues from the 1996 time frame (See T. Rusch, R. Sankar, J. Scharf, "Signal Processing Methods for Pulse Oximetry", Comput. Bio. Med, Vol. 26, No. 2, 1996). Some of my more recent publications in the area of biological signal processing and bioinformatics are listed in my CV and include, A. Bahga, V. Madisetti, "Healthcare Data Integration and Informatics in the Cloud", IEEE Computer, Vol. 48, Issue 2, 2015, and "Cloud-Based Information Integration Informatics Framework for Healthcare Applications", IEEE Computer, Issue 99, 2013. In addition to my signal processing experience specific to pulse oximetry, I also have experience in developing systems for other physiological signals. Beginning in the early 1990s, I worked, in particular, with ECG/EKG signals, and, in general, with biomedical signals and systems.

11. In addition to my signal processing experience specific to pulse oximetry, I also have experience in developing algorithms and systems for other physiological signals. I worked with ECG/EKG signals in particular, and biomedical signals and systems in general, beginning in the early 1990s. In particular, I worked with graduate student Dr. Shahram Famorzadeh, in 1990 and 1991, to analyze and apply pattern recognition (a category of signal processing algorithms that is based

on correlation with a set of templates) to ECG/EKG waveforms to identify physiological conditions.

12. I have experience with biomedical signals and devices in the field of speech and image processing since the late 1980s. I worked on deconvolution algorithms to recover the state of the system based on observed measurements of the physiological signals in the 1993-1998 time-frame. These signal processing techniques can be applied to pulse oximetry signals, and I have been working with these techniques since the mid-1980s.

13. I have studied, researched and published in the area of adaptive filter signal processing for noise reduction and signal prediction, using correlation-based approaches since the mid-1980s, both in the time-domain and frequency domain, and also to ray-tracing applications, such as Seismic Migration for oil and shale gas exploration. See for instance, V. Madisetti & D. Messerschmitt, Dynamically Reduced Complexity Implementation of Echo Cancellers, IEEE International Conference on Speech, Acoustics and Signal Processing, ICASSP 1986, Tokyo, Japan, and M. Romdhane and V. Madisetti, "All-Digital Oversampled Front-End Sensors" IEEE Signal Processing Letters, Vol 3, Issue 2, 1996, and "LMSGEN: A Prototyping Environment for Programmable Adaptive Digital Filters in VLSI", VLSI Signal processing, pp. 33-42, 1994.

14. Deconvolution of symmetric (seismic) and asymmetric (pulse oximetry) signals has gained much importance in the past two decades, and some of my early work on “Homomorphic Deconvolution of Bandpass Signals” in IEEE Transactions on Signal Processing, October 1997, established several new methods for deconvolution of such signals that had several advantages of robustness, increased accuracy, and simplicity.

15. In the past decade I have authored several peer-reviewed papers in the area of computer systems, instruments, and software design, and these include:

- V. Madisetti, et al., “The Georgia Tech Digital Signal Multiprocessor, IEEE Transactions on Signal Processing, Vol. 41, No. 7, July 1993.
- V. Madisetti et al., “Rapid Prototyping on the Georgia Tech Digital Signal Multiprocessor”, IEEE Transactions on Signal Processing, Vol. 42, March 1994.
- V. Madisetti, “Reengineering legacy embedded systems”, IEEE Design & Test of Computers, Vol. 16, Vol. 2, 1999.
- V. Madisetti et al., “Virtual Prototyping of Embedded Microcontroller-based DSP Systems”, IEEE Micro, Vol. 15, Issue 5, 1995.
- V. Madisetti, et al., “Incorporating Cost Modeling in Embedded-System Design”, IEEE Design & Test of Computers, Vol. 14, Issue 3, 1997.
- V. Madisetti, et al., “Conceptual Prototyping of Scalable Embedded DSP Systems”, IEEE Design & Test of Computers, Vol. 13, Issue 3, 1996.
- V. Madisetti, Electronic System, Platform & Package Codesign,” IEEE Design & Test of Computers, Vol. 23, Issue 3, June 2006.

- V. Madisetti, et al., "A Dynamic Resource Management and Scheduling Environment for Embedded Multimedia and Communications Platforms", IEEE Embedded Systems Letters, Vol. 3, Issue 1, 2011.

16. I have been active in the areas of signal processing systems and mobile device communication systems for several years, and some of my publications in this area include "Frequency Dependent Space-Interleaving of MIMO OFDM Systems" Proc. of IEEE Radio and Wireless Conference (RAWCON '03), 2003, "Embedded Alamouti Space Time Codes for High Rate and Low Decoding Complexity", Proc. IEEE Asilomar Conf. on Signals, Systems, and Computers, 2008; and "Asymmetric Golden Codes for Fast Decoding in Time Varying Channels", Wireless Personal Communications (2011).

## II. MATERIALS CONSIDERED

17. Below is a listing of documents and materials that I considered and reviewed in connection with providing this declaration. In forming my opinions, I considered those materials as well as anything cited or discussed in this declaration.

| Exhibit | Description |
|---|---|
| 1001 | U.S. Patent No. 10,470,695 to Al-Ali ("the '695 Patent") |
| 1002 | Excerpts from the Prosecution History of the '695 Patent |
| 1003 | Declaration of Brian W. Anthony, Ph.D.<br>APPLE-1004 |
| 1005 | U.S. Patent No. 8,998,815 to Venkatraman et al. ("Venkatraman") |
| 1006 | U.S. Patent No. 6,343,223 to Chin et al. ("Chin") |

| Exhibit | Description |
|---|---|
| 1014 | U.S. Patent No. 9,392,946 to Sarantos et al. ("Sarantos") |
| 1015 | Mendelson et al., *Skin Reflectance Pulse Oximetry: In Vivo Measurements from the Forearm and Calf*, Journal of Clinical Monitoring Vol. 7 No. 1, pp. 7-12 (January 1991) ("Mendelson") |
| 1016 | PCT Pub. No. WO 2011/051888 to Ackermans et al. ("Ackermans") |
| 1018 | U.S. Patent No. 4,295,472 to Adams ("Adams") |
| 1019 | U.S. Patent No. 7,415,298 to Casciani et al. ("Casciani") |
| 2006 | "COVID-19 Clinical management", apps.who.int (January 25, 2021), available at https://apps.who.int/iris/bitstream/handle/10665/338882/WHO-2019-nCoV-clinical-2021.1-eng.pdf?sequence=1&isAllowed=y |
| 2007 | Cohen et al., "A plan to save coronavirus patients from dying at home," cnn.com (April 12, 2020), available at https://www.cnn.com/2020/04/11/health/monitoring-covid19-at-home/index.html |
| 2008 | Morey, et al., "Feasibility and accuracy of nasal alar pulse oximetry," British Journal of Anaesthesia, Vol. 112, Issue 6, 1109-04 (June 2014) |
| 2009 | Geun et al., "Measurement Site and Applied Pressure Consideration in Wrist Photoplethysmography," The 23rd International Technical Conference on Circuits/Systems, Computers and Communications, 1129-1132 (January 2008) |
| Paper 2 | Petition for *Inter Partes* Review IPR2020-01722 |
| Paper 8 | Decision Granting Institution of *Inter Partes* Review IPR2020-01722 |

## III. UNDERSTANDING OF PATENT LAW

18. I am not an attorney and will not be offering legal conclusions. However, I have been informed of several principles concerning the legal issues relevant to analyzing the challenges to the claims of the '695 Patent, and I used these principles in arriving at my conclusions.

**A. Level Of Ordinary Skill In The Art**

19. I understand that certain issues in an IPR, such as claim construction and whether a claim is invalid as obvious, are assessed from the view of a hypothetical person of ordinary skill in the relevant art at the time of the invention. I understand there are multiple factors relevant to determining the level of ordinary skill in the art, including (1) the level of education and experience of persons working in the field at the time of the invention; (2) the sophistication of the technology; (3) the types of problems encountered in the field; and (4) the prior art solutions to those problems. I understand that this hypothetical person of ordinary skill is presumed to have had knowledge from the teachings of the prior art.

**B. Claim Construction**

20. I understand that claim construction in an IPR is a legal question for the Board to decide. I also understand, however, that in construing claim terms, the Board asks what the terms would mean to a person of ordinary skill in the relevant art in view of the disclosures in the patent and the prosecution history of the patent. I understand that the Board may also consider external evidence, such as dictionaries. In general, however, I understand that claim terms are given the ordinary and customary meaning one of ordinary skill in the relevant art would apply to them in the context of the patent at the time the patent was filed.

**C. Obviousness**

21. I understand that a patent claim is invalid under the patent law, 35 U.S.C. § 103, if, at the time the claimed invention was made, the differences between the prior art and the claimed invention as a whole would have been obvious to a person of ordinary skill in the art. I understand that the following facts are considered in determining whether a claimed invention is invalid as obvious in view of the prior art: (1) the scope and content of the prior art; (2) the level of ordinary skill in the art; and (3) the differences, if any, between the claimed invention and the prior art.

22. I also understand there are additional considerations that may be used in evaluating whether a claimed invention is obvious. These include whether the claimed invention was the result of (a) a teaching, suggestion, or motivation in the prior art that would have led one of ordinary skill to modify the prior art to arrive at the claimed invention; (b) a combination of prior art elements combined according to known methods to yield predictable results; (c) a simple substitution of one known element for another to obtain a predicable result; (d) the use of a known technique to improve similar things in the same way; (e) applying a known technique to a known thing ready for improvement to yield predictable results; (f) choosing from a finite number of identified, predictable solutions, with a reasonable expectation of success; (g) known work in one field of endeavor prompting variations of it for use

in either the same filed or a different one based on design incentives or other market forces if the variations are predictable to one of ordinary skill in the art.

23. I have applied this understanding in my analysis.

24. I understand that Dr. Anthony carried out his analysis of patentability as of July 2, 2015. EX1003 ¶¶12, 15. I likewise carry out my analysis of patentability as of July 2, 2015. I do not offer any opinions regarding priority in this declaration.

## IV. BACKGROUND

### A. The Importance of Pulse Oximeters

25. Once a person loses his or her oxygen supply, referred to as hypoxia, a caregiver has only a few minutes to prevent brain damage, heart failure and death. Accordingly, there is a need to quickly and accurately determine the amount of oxygen in blood. A type of physiological monitoring device, called a pulse oximeter, readily detects changes in a person's oxygen saturation, which is an indicator of the person's oxygen supply. EX1001 at 1:50-53. Recently, ease of use and portability led to pulse oximeter monitoring to be virtually universally recommended for at home patients having COVID-19 symptoms. EX2006 at 5; *see generally* 2007.

### B. How Oximetry Works

26. A pulse oximeter's non-invasive sensor generally includes "one or more light-emitting diodes (LEDs) and a photodetector." EX1001 at 2:1-5. "The detector is responsive to the emitted light after attenuation or reflection by pulsatile blood flowing in the tissue site." *Id.* at 2:8-10. The detector outputs a signal that is

processed, then an empirically derived lookup table is used to convert processed signals into a numerical readout of physiological parameters such as oxygen saturation (SpO2) and/or pulse rate. *Id.* at 2:10-14.

27. Pulse oximeters rely on light probing locations on the body having perfused oxygenated blood, such as in the fingers, ears, nose, toe, and forehead. EX2008 at 1109. While these measurement sites are acceptable for caregiver monitoring environments, such locations are inconvenient for home or ambulatory use. For example, normal routines require freedom of motion for daily activities, including movement, exercise, and sports.

28. Because light both transmits through tissue and backscatters or reflects back after entering tissue, pulse oximeter sensors can operate either by transmittance or reflectance. Reflective pulse oximetry is a method by which the emitter and detector are located on the same side of the tissue measurement site. EX1001 at 10:14-20; EX2009 at 1129. Transmittance pulse oximetry is a method by which the emitter and detector are located on opposite sides of the tissue measurement site. EX1006 at 2:17-21. The detector captures and measures light transmitted from the emitter and attenuated by the tissue measurement site. Because these pulse oximetry methods are used with different body parts and rely on different light effects, the optical systems for reflective and transmittance pulse oximeters are designed differently.

**C. <u>The ’695 Patent</u>**

29. Emitters are typically very small. Because the emitter has negligible dimension, the emitter is effectively a point. EX1001 at 5:44-46. In theory, using such an emitter, as shown in FIG. 6 below, is thought to reduce differences in the length the light 620 as it travels from the emitter 602 to the detector 610. *Id.* at 5:66–6:1. This difference is commonly referred to as path length variability. Reducing the variability in the path length produces a more accurate measurement of a person’s oxygen supply or pulse rate. *Id.*

*Id.* at FIG. 6 (annotated). However, in practice, tissue and blood scatter light causing the lengths of the light path to vary. *Id.* at 6:1-8, 10:33-36. Path length variability causes measurement errors. *Id.* at 6:1-8, 10:33-36.

30. The sensors described in the ’695 Patent irradiate a larger volume of tissue than a point source emitter shown above. EX1001 at 6:55–7:3. When applied

to the wrist, irradiating a larger volume of tissue increases the likelihood of light interacting with blood. *Id.* For example, FIGS. 7A and 7B (annotated below) show a reflective sensor 700 designed to be worn on a wrist. *Id.* at 10:40-49.

*Id.* at FIGS. 7A and 7B (annotated).

31. Sensor 700 includes one or more emitters 702 (shaded orange). *Id.* at 10:54-55. A diffuser 704 (shaded blue) "homogenously spreads the [light] over a wide, donut-shaped area, such as the area . . . as depicted in FIG. 7B [(also shaded blue)]." *Id.* at 10:65–11:2. Circular wall 706 (shaded purple) blocks light from reaching the detector without going through tissue. EX1001 at 11:60-62. Sensor 700 includes a detector 710 (shaded green) located on the same side of the wrist as the emitters 702. *Id.* at 10:45-49. Although FIGS. 7A-7B show a single detector 710, the '695 Patent discloses a plurality of detectors corresponding to the irradiated surface

area depicted in FIG. 7B. *Id.* at 11:38-43. Even with multiple detectors, the irradiated surface area would conforms to a circular shape.

32. FIG. 7A depicts the path light 720 (shaded yellow) that travels from the emitters to the detectors. EX1001 at 11:44-47. This reflected light irradiates more surface area of the tissue than the prior art of FIG. 6 (shown above). More irradiation increases the likelihood reflective light will be probative of measurable blood. This "provides the opportunity to take an average of the detected light," leading to "a more accurate oxygen saturation measurement." *Id.* at 11:49-53.

33. The '695 Patent discloses a reflective pulse oximeter particularly useful for placement on the "wrist." EX1001 at 10:45-49. While the wrist as a measurement site presents some unique challenges, the tissue at the wrist is sufficiently thick to support ample backscattering or reflection of light. *See* EX1001, FIG. 6 (sufficiently thick for light 620 to reflect back to the detector 610).

## V. LEVEL OF ORDINARY SKILL IN THE ART

34. Petitioner asserts the following level of ordinary skill in the art:

> [A] person with a working knowledge of physiological monitoring technologies. The person would have had a Bachelor of Science degree in an academic discipline emphasizing the design of electrical, computer, or software technologies, in combination with training or at least one to two years of related work experience with capture and processing of data or information, including but not limited to physiological monitoring technologies.

Pet. at 4-5. Alternatively, Petitioner asserts a POSITA could have "had a Master of Science degree in a relevant academic discipline with less than a year of related work experience in the same discipline." *Id.* at 5.

35. Dr. Anthony states that he applies the following level of skill in his analysis stating:

> [A] person of ordinary skill in the art as of the Critical Date of the '695 patent (a "POSITA") would have had at least a Bachelor's Degree in an academic area emphasizing electrical engineering, computer science, or a similar discipline, and in combination with training or at least one to two years of related work experience with capture and processing of data or information, including but not limited to physiological monitoring technologies. In addition, the POSITA would have had a working knowledge of physiological monitoring technologies. Superior education could compensate for a deficiency in work experience, and vice-versa.

EX1003 ¶ 17.

36. I note that the asserted level of skill (1) requires no coursework, training or experience with optics or optical physiological monitors; (2) requires no coursework, training or experience in physiology; and (3) focuses on data processing and not sensor design. In responding to Dr. Anthony's opinions in this proceeding, I apply Dr. Anthony's and Petitioner's asserted level of skill.

## VI. THE PETITION'S PROPOSED GROUNDS

37. I have been asked to provide my opinion on the following grounds:

| Ground | Claims | Asserted References |
|---|---|---|
| 1D | 6, 14, 21 | Sarantos in view of Mendelson and Chin |
| 2C | 6, 14, 21 | Ackermans in view of Chin |

Pet. at 2-3.

38. Claims 6 and 21 depend from claims 1 and 19, respectively, and recite "a diffuser which receives, spreads, and emits the spread light, wherein the emitted spread light is directed at the tissue measurement site." EX1001 at claims 6, 21. Claim 14 depends from claim 9 and recites "spreading, with a diffuser, the emitted light and emitting the spread light from the diffuser to the tissue measurement site." *Id.* at claim 14.

## VII. OVERVIEW OF ASSERTED REFERENCES

### A. Sarantos (EX1014)

39. Sarantos, assigned to Fitbit, Inc., discloses a wristband wearable fitness monitor 200. EX1014 at 7:12-16. Annotated FIG. 2, below left, and the zoomed-in portion below right, disclose a monitor 200 with light emitters 108 and a detector 212. *Id.* at 7:16-23. When worn by a user, the wristband monitor 200 positions the emitters 108 and the detector 212 on the same side of the wrist, therefore, Sarantos' disclosure focuses on a reflectance type sensor.

EX1014 at FIG. 2 (annotated).

40. In use, light from the emitters irradiate a wearer's skin near the wrist. *Id.* at 7:25-30. The light backscatters, or reflects, off the tissue and emerges back out of the skin. *Id.* FIG. 6, below, graphs the results of a simulation to show that light intensity decreases with increasing distance from the emitter (simulated as centered). *Id.* at 10:51-55.



FIG. 6

*Id.* at FIG. 6 (colored).

41. In order to capture more of the higher-intensity light emerging from the skin, Sarantos encourages use of its rectangular detectors (shaded blue) over the prior art square detectors (outlined blue). *See* EX1014 at 10:67–11:3. Sarantos also discloses that detectors should be in close proximity to emitters, typically between 1 mm to 4 mm apart. *Id.* at 18:61-66. Sarantos warns that designs outside this range "may prove counterproductive, as a higher-intensity [emitter] may be needed . . . in order to obtain a sufficiently strong signal at the photodetector. *Id.* at 19:13-18. A higher-intensity emitter, and/or driving an emitter harder to generate more intensity, consumes additional power, which "may be undesirable in a wearable fitness

monitor context.” *Id.* at 19:18-21. Wrist-worn monitors, like those of Sarantos, are battery powered, thus, raising power consumption lowers battery life.

42. Sarantos does not disclose a diffuser.

**B. <u>Mendelson (EX1015)</u>**

43. Mendelson describes a reflectance type sensor tested on the forearm and calf. EX1015 at Abstract. The reflectance sensor used in this study is shown below in FIG. 1.

*Fig 1. (A) Frontal and (B) side views of the heated skin reflectance pulse oximeter sensor. See text for explanation.* R & IR LEDs = *red and infrared light-emitting diodes.*

*Id.* at Fig. 1 (annotated).

44. Mendelson does not disclose a diffuser.

**C. <u>Ackermans (EX1016)</u>**

45. Ackermans describes arranging reflectance type sensors into nodes of a “hexagonal lattice structure.” EX1016 at 7:33-34.



FIG. 4

*Id.* at FIG. 4. In one embodiment, Ackermans discloses that its sensor attaches to the wrist as a wristwatch. *Id.* at 10:29-32.

46. FIG. 1, annotated below, shows a sensor 10 having a detector 30 peripheral to an emitter 20. *Id.* at Abstract.

FIG. 1

*Id.* at FIG. 1 (annotated). The emitter 20 irradiates the skin with light 21. *Id.* The emitted light 21 spreads as it travels toward the skin, and is already diffuse when it reaches the skin. The light 21 backscatters, or reflects off tissue, and the returning light 31 travels toward detector 30. EX1016 at 5:2-4.

47. Ackermans does not disclose a diffuser.

**D. <u>Chin (EX1006)</u>**

48. Chin describes a transmittance type nostril sensor for measuring oxygen saturation and pulse rate. EX1006 at 1:14-21, 8:21-21. FIGS 7A and 7B, annotated below, provide that the sensor includes a piece of bent metal 170 having a detector 178 (shaded blue) offset from an emitter 176 (shaded red). *Id.* at 8:22-24.

FIG. 7A. FIG. 7B.

*Id.* at FIGS. 7A-7B.

49. A heater 60 and the offset configuration of the emitter and detector cause "light emitted by the emitters to pass through more blood-perfused tissue to reach the detector." *Id.* at Abstract, 2:55-57.

50. The nostril sensor may include an optional optical diffuser 180 (shaded brown above) for diffusing the light from emitter 176. EX1006 at 8:24-28. Chin's entire treatment and disclosure of diffuser 180 is as follows: "Also shown is an optional optical diffuser 180 for diffusing the light from emitter 176, which causes a further spreading or mixing of light and may enhance the amount of tissue penetrated in some instances." *Id.*

51. Chin discloses a nostril sensor having a transmittance configuration. Chin's sensor operates in a different way, and is designed for a different part of the body, than Sarantos, Mendelson, and Ackermans.

## VIII. THE PETITION'S PROPOSED COMBINATIONS

### A. Apple's Grounds Ignore Differences Between Thick Tissue and Thin

52. Reflectance sensors position the emitter(s) and detector(s) on the same side of a measurement site on a user's tissue. EX1001 at 10:14-20. Thus, reflectance oximetry requires light to backscatter, or reflect, off of the tissue and be directed back towards the detector(s). *Id.* FIG. 6 of the '695 Patent, annotated below, depicts the traditional banana-like shape of light 620 (shaded yellow) as it reflects off tissue 102 towards the detector 610 (shaded blue). *Id.* at 10:27-31.

FIG. 6
(PRIOR ART)

*Id.* at FIG. 6 (annotated). FIG 6 does not show all the paths of light from the emitter 602 (shaded red); rather, it shows likely paths of the light 620 that, after backscattering, eventually reaches the detector 610. As illustrated in FIG. 6, the tissue 102 must be sufficiently thick for backscattering, or reflection, to occur.

Wrists are examples of thick tissue measurement sites having abundant tissue for light backscatter or reflection.

53.     When measurement sites involve thin tissue, there is less tissue to reflect attenuated light back to the detector, and thus, less attenuated light reaches the detector. Less attenuated light leads to less signal, and less signal can lead to inaccurate oxygen or pulse rate measurement. Wrists are examples of thick tissue measurement sites having abundant tissue and does not suffer from the same thin tissue problem as Chin.

54.     To counteract insufficient backscatter on thin tissue measurement sites, Chin teaches the addition of reflective surfaces. EX1006 at FIGS. 5C-5E (comparing the light 138 of FIG. 5C with that of FIGS. 5D and 5E having added reflective surfaces).



EX1006 at FIGS. 5C-5E (annotated). Chin explains that the reflective surfaces 133, 134, 150, provide more light to the detector, stating "reflectors 133 and 134 cause the light path 136 in FIG. 5D to be longer than the light path 138 in FIG. 5C. This is due to light which goes across the entire appendage being reflected back in on one surface, and then again reflected back in from the other surface, bouncing back and forth between the reflectors until it reaches the detector from the emitter. In FIG. [5]C, by contrast, . . . light which would hit the edges would typically be absorbed, rather than being reflected." *Id.* at 7:13-20, 7:35-41.

55. At the nostril, the tissue is so thin that Chin employs three different solutions to increase ***the amount*** of tissue penetrated by light.

*Id.* at FIG. 7B (annotated). First, Chin adds a heater 60. *Id.* at 2:59-62 ("[W]arming of the tissue … increases the amount of blood perfused . . . substantially strengthen[ing] the . . . signal."). Second, Chin offsets the emitter and detector. *Id.* at 2:39-41 ([T]he emitters and detector are not directly opposite each other, [therefore,] the light . . . pass[es] through more blood perfused tissue."). And third,

Chin adds the diffuser 180. *Id.* at 8:25-29 ("[O]ptional optical diffuser 180 . . . may enhance the amount of tissue penetrated in some instances.").

56. A POSITA would know that Chin's extraordinary efforts to increase light in thin tissue are not needed at measurement sites with thick tissue, such as the wrist. For example, Sarantos, Mendelson, Ackermans, and Venkatraman position their sensors in thick tissue measurement sites. EX1014 at 7:12-16 (Sarantos disclosing a wristband-type wearable fitness monitor); EX1005 at 15:43-45 (example of wrist-worn biometric monitoring device); EX1015 at Abstract (measurements from the forearm and calf); EX1016 at 10:31-32 (medical optical system in form of a wristwatch). Thus, all of them already have thick tissue measurement sites, with ample backscatter light and do not suffer from the problems Chin attempts to solve.

### B. <u>Diffusers Can Make Sensors Worse by Reducing the Light Reaching the Detector</u>

57. A POSITA would have known there are drawbacks to adding a diffuser into the optical system of a reflectance sensor. For example, while a diffuser spreads light, and such spread light "may enhance the amount of tissue penetrated in some instances" (EX1006 at 8:26-29), the addition of diffuser also reduces the amount of light that reaches the detector.

58. I conducted experiments, as outlined in the Appendix, to confirm what a POSITA would have already known about the effects of different diffuser materials

on reflectance-type sensors. The experiments created a baseline by determining an amount of light that reached a detector without a diffuser in the optical light path. I positioned a reflectance-type sensor on an industry-specific biomimic, or medium mimicking light scattering by tissue. The biomimic has a thickness sufficient to cause appropriate backscattering, or reflection. I measured the DC voltage responsive to different light driven into the biomimic and received at the detector. There is no AC signal typically found in oximetry measurements because the medium does not include pulsing blood. The results of my tests are shown below.

**Table 1: Effect of Diffuser on Reflective Sensor**

| | **Red 50mA** | **Red 100 mA** | **IR 50 mA** | **IR 100 mA** |
|---|---|---|---|---|
| No Diffuser | 0.23 | 0.45 | 0.33 | 0.63 |
| | 0.24 | 0.46 | 0.34 | 0.65 |
| | 0.23 | 0.45 | 0.33 | 0.64 |
| Berry Diffuser | 0.12 | 0.23 | 0.19 | 0.37 |
| | 0.12 | 0.23 | 0.19 | 0.37 |
| | 0.12 | 0.23 | 0.19 | 0.37 |
| Luminit Diffuser | 0.20 | 0.38 | 0.28 | 0.52 |
| | 0.20 | 0.39 | 0.28 | 0.54 |
| | 0.20 | 0.38 | 0.28 | 0.53 |
| | | | | |
| **Means** | **Red 50** | **Red 100** | **IR 50** | **IR 100** |
| No Diffuser | 0.23 | 0.45 | 0.33 | 0.64 |
| Berry Diffuser | 0.12 | 0.23 | 0.19 | 0.37 |
| Luminit Diffuser | 0.20 | 0.39 | 0.28 | 0.53 |
| | | | | |
| Loss Berry | **50%** | **50%** | **42%** | **42%** |
| Loss Luminit | **14%** | **15%** | **17%** | **17%** |

59. By adding an industry-specified, mostly-transparent diffuser in the optical system, I found the mostly-transparent diffuser (Luminit) reduced the amount of light that reached the detector by about 14 to 17% as compared to baseline. Exchanging the mostly-transparent diffuser for an industry-specified less-transparent diffuser (Berry Plastic), I found the less-transparent diffuser reduced the amount of light that reached the detector by up to about 40% for infrared light and about 50% for red light. My tests confirmed that diffusers can significantly impact the amount of light reaching the detector in a reflectance-type sensor, up to and perhaps beyond reducing the light by half.

60. Reducing the light that reaches the detector reduces the sensor's ability to produce accurate signals. A reduction of accurate signals reduces the accuracy, and even the ability, of a monitor's measurement of oxygen and/or pulse rate. Thus, a POSITA would have understood that adding a diffuser to a reflectance-type sensor can have significant detrimental consequences to the performance of a pulse oximeter.

### C. Ground 1D: the combination of Sarantos, Mendelson, and Chin does not teach the claimed invention

61. I disagree that a POSITA would have combined Chin's diffuser with Sarantos and Mendelson. The combination of Sarantos and Mendelson does not disclose a diffuser. In my opinion, a POSITA would not have been motivated to combine the diffuser of Chin's nostril-based, transmittance sensor with Sarantos' or

Mendelson's reflectance sensors. Such a modification would actually degrade the performance of Sarantos.

### 1. <u>Chin is applied to a different measurement site than Sarantos or Mendelson</u>

62. Dr. Anthony opines that it would have been obvious for a POSITA to add Chin's diffuser to a Sarantos-Mendelson device because "the emitted light could pass through more tissue and blood, as taught by Chin." EX1003 ¶¶ 96, 99. But Sarantos' device, as modified by Mendelson, and Chin's sensor are applied to very different measurement sites. Sarantos is a wrist-worn device applied to thick tissue. *See* EX1014 at 7:12-16. Mendelson is applied to the forearm and calf, which also have thick tissue. *See* EX1015 at Abstract. In contrast, Chin is a nostril sensor applied to tissue thin tissue with problematic backscattering. EX1006 at 8:21-29. As I explained above, Chin adds three additional mechanisms to attempt to increase the tissue mixed with light: a heater, an offset emitter and detector, and a diffuser. *See supra* § VIII.A. A POSITA having a Sarantos-Mendelson device applied to thick tissue would have no reason to look to Chin for Chin's solutions to its thin tissue problem.

63. Moreover, a POSITA would have known that for sufficiently thick tissue, like at the wrist, the addition of a diffuser in a reflectance sensor significantly reduces the amount of light reaching the detector. *See supra* § VIII.B. Less light

leads to less signal, and less signal can lead to lower or no oxygen or pulse rate measurement accuracy.

64. A POSITA having a Sarantos-Mendelson thick tissue device would not have been motivated to add Chin's thin tissue diffuser because (i) the art does not show a diffuser is needed in a thick tissue device, and (ii) such addition in a thick tissue device likely significantly reduces the amount of light reaching the detector. Chin's recited "increasing an amount of tissue penetrated by light" addresses Chin's thin tissue problem. The Sarantos-Mendelson thick tissue device does not have the same problem.

### 2. Chin's diffuser would not improve Sarantos-Mendelson in the same way

65. Dr. Anthony opines that it would have been obvious for a POSITA to combine Chin's diffuser and a Sarantos-Mendelson device because "doing so would have amounted to nothing more than the use of a known technique to improve similar devices in the same way . . . ." EX1003 ¶ 66. But as I have just explained, Chin's thin-tissue nostril sensor having a transmittance configuration is not similar to the Sarantos-Mendelson thick-tissue device having a reflectance configuration. These devices have different optical concerns. Chin's transmittance sensor includes a diffuser in a nostril sensor where the tissue at the nostril is too thin for light backscatter or reflection. Sarantos-Mendelson's reflectance sensor is for thick tissue and does not have the same backscattering concerns. Moreover, as I have

demonstrated through my experiments, a diffuser would not improve a reflectance sensor like Sarantos-Mendelson. *See supra* § VIII.B. Rather, the diffuser would decrease the amount of light that reaches the detector. In my opinion, a POSITA having a Sarantos-Mendelson device would not have been motivated to combine Chin's diffuser based on Dr. Anthony's reasoning.

### 3. No evidence of a reasonable expectation of success

66. Dr. Anthony opines a POSITA would have a reasonable expectation of successfully "integrating the diffuser of Chin into the . . . sensor of the Sarantos-Mendelson[] combination" because the POSITA would implement the diffuser "specifically the way described in Chin." EX1003 ¶ 98. However, Chin fails to disclose any specific way of implementation. Chin states in total, "Also shown is an optional diffuser 180 for diffusing the light from emitter 176 . . . ." EX1006 at 8:24-25. FIG. 7B, below annotated, fails to provide much additional detail.

*Id.* at FIG. 7B (annotated). Chin's block diagram of its transmittance-type nostril sensor shows reference number 180 generally pointing toward sensor pad 172 near the emitter 176.

67. Dr. Anthony provides no evidence of a reasonable expectation of success. As I explained above, a POSITA would know that combining a reflectance-type sensor with a diffuser on tissue reduces the amount of light reaching the detector, in some instances by half or more. *See supra* § VIII.B. A POSITA would also know that significantly reducing light at the detector increases errors in oxygen and pulse rate measurements. Thus, there is no evidence that the proposed combination would be successful.

#### 4. <u>Sarantos and Chin teach two different types of sensors</u>

68. Sarantos and Chin teach two different types of sensors designed for anatomically different measurement sites.

| **Sarantos**<br>**Wrist-Worn, Reflective-Type** | **Chin**<br>**Nostril, Transmissive-Type** |
|---|---|
| 200 102 108 128 104 212 102<br>FIG. 2 | 176 170 180 172 178 174 60<br>FIG. 7B. |

69. As shown above, Sarantos teaches a reflectance-type sensor that can be incorporated into a wristband-type wearable fitness monitor. EX1014 at 5:55-58. In Sarantos, the sensor shines light into a person's flesh and measures the amount of light that emanates back out of the person's flesh. EX1014 at 7:24-48. The measured light has two components—a component that remains constant (the "DC" component) and a component that fluctuates with heart rate (the "AC" component, also referred to as "light intensity"). *Id.* at 7:49-67. According to Sarantos, the AC component is of "principle interest" because it is indicative of heart rate. *Id.* at 8:1-2. As shown below, the AC component (indicated by red arrows below) is greatest at locations closest to the light source 408 and falls off to the lower intensities at locations further from the light source. *Id.* at FIG. 4, 8:39-63 (the number in each bin indicative of the fraction of overall AC light intensity).



FIG. 4

*Id.* at FIG. 4. Sarantos seeks to improve the collected AC component based on the arrangement and size of its photodetectors. *See, e.g.*, EX1014 at 10:46-50, 11:12-16, 11:65-67. Thus, when Sarantos discloses improvements designed to ensure a "strong" signal, Sarantos is referring to improving this AC component. The wrist is a low-density vascular area (meaning there is not much blood flow). *See* EX2009 at 1129. The wrist presents its own challenges for finding strong AC signal, making it difficult to measure high-quality data on the wrist. For example, Sarantos positions its photodetector(s) close to its light source(s), typically 1 mm to 4 mm apart, to "obtain a sufficiently strong signal at the photodetector." EX1014 at 18:61-66, 19:13-18.

70. In contrast, Chin teaches a transmittance-type sensor for the nostril. EX1006 at 8:21-22. Unlike the wrist, the nostril walls are relatively thin and highly perfused (meaning there is a lot of blood flow). *See* EX2008 at 1109. This makes it easier to measure a strong AC signal. But because the nostril walls are so thin, light passing directly through the nostril walls encounters only a small volume of blood, giving a worse signal-to-noise ratio. Thus, designers of nostril sensors must consider how to cause light to encounter more tissue. For example, Chin's detector 178 is offset from its emitter 176. EX1006 at FIG. 7B. "This causes the light emitted by the emitters to pass through more blood-perfused tissue to reach the detector than it would on the direct path . . . if the emitters and detector were opposite each other." *Id.* at Abstract.

71. A POSITA would have understood that the sensor design changes based on anatomy. A POSITA considering the differences between the nostril and the wrist would have understood that the diffuser would be desirable for Chin's transmissive-type, nostril sensor, but not Sarantos' reflectance-type, wrist-worn sensor or Mendelson's sensor. A POSITA would have understood that Chin's diffuser would actually reduce the amount of light detected by a reflectance-type sensor like Sarantos worn on the wrist. *See supra* § VIII.B.

**5. Apple's proposed modification would make Sarantos-Mendelson perform worse**

72. Apple's proposed modification would make the Sarantos-Mendelson perform worse.

73. Sarantos does not need a diffuser because its photodetector elements are positioned close to the light source, typically between 1 mm to 4 mm. EX1014 at 19:3-12. Sarantos explains it would be "counterproductive" to position the photodetector element further than 4 mm from the light source "as a higher-intensity light source may be needed to ensure that sufficient light is diffused across the increased distance." *Id.* at 19:13-18. Higher-intensity light sources are undesirable because they generally consume additional power, which would be "undesirable in a wearable fitness monitor context." *Id.* at 19:18-21. Unlike traditional oximetry devices that plug into an outlet, wrist-worn fitness monitors are primarily designed to be battery-powered, thus, limiting and managing power consumption is a critical design consideration. Consumption of additional power generally drains the battery at a faster rate. Even if a POSITA added a diffuser to Sarantos' wearable fitness monitor, which they would not, the diffuser would spread the light out, effectively causing the photodetector element to be spaced further from the light source and requiring a higher-intensity light source. A POSITA would not make such a modification because Sarantos explicitly positions its photodetectors close to the light source to avoid consuming additional power.

**6. Sarantos-Mendelson already spreads light**

74. Dr. Anthony opines a POSITA would have been motivated to incorporate Chin's diffuser into the pulse oximeter of Sarantos "because the diffuser will cause the light 'to pass through more tissue, and thus more blood.'" EX1003 ¶ 99 (quoting EX1006 at 2:4-7). But a POSITA would understand that Sarantos' LEDs 2408 are recessed from the skin surface (EX1014 at 15:29-33); and therefore, the light spreads in a pattern expected by Sarantos when it positioned its detectors 2414.

FIG. 24

EX1014 at FIG. 24 (annotated). For example, Sarantos already discloses a careful and purposeful positioning of its expanded surface area detectors, called HAR detectors (shaded blue), to encompass its expected spread of light. FIGS. 5 and 6 of Sarantos show positioning of its detectors (shaded blue) into the expected spread of light, and that further spreading of the light would change the light patterns depicted. EX1014 at FIGS. 5, 6.



EX1014 at FIGS. 5, 6 (colored). FIG. 6, above, graphs the results of a simulation to show that backscattered light intensity decreases with increasing distance from the emitter (simulated as centered). *Id.* at 10:51-67. A POSITA would not have been motivated to add Chin's diffuser to a Sarantos-Mendelson device because Sarantos already carefully arranged its optical elements to maximize the amount of light reaching the detector. A diffuser's further spreading of the light simply negates Sarantos' efforts.

75. For at least these reasons, I do not believe the combination of Sarantos, Mendelson, and Chin would render claims 6, 14, and 21 obvious.

**D. <u>Ground 2C: the combination of Ackermans and Chin does not teach the claimed invention</u>**

76. In my opinion, a POSITA would not have been motivated to incorporate a diffuser into Ackermans' wrist-worn, reflectance sensor based on the teachings of Chin's nostril-based transmittance sensor.

**1. <u>Chin is applied to a different measurement site than Ackermans</u>**

77. Dr. Anthony opines that it would have been obvious for a POSITA to add Chin's diffuser to Ackermans' device because "the emitted light could pass through more tissue and blood, as taught by Chin." EX1003 ¶ 160. But Ackermans and Chin apply their sensors to very different measurement sites. Ackermans discloses a wrist-worn sensor applied to thick tissue, EX1016 at 10:31-32, and thick tissue provides ample backscattering of light despite having other characteristics that make the wrist a poor measurement site. In contrast, Chin is a nostril sensor applied to tissue thin tissue. EX1006 at 8:21-29. To solve Chin's problematic backscattering, Chin adds three additional mechanisms to attempt to increase the amount of tissue mixed with light: a heater, an offset emitter and detector, and a diffuser. *See supra* § VIII.A. A POSITA having Ackermans' thick tissue device would have no reason to look to Chin for Chin's solutions to its thin tissue problem.

78. Moreover, a POSITA would have understood that, for sufficiently thick tissue like at the wrist, the addition of a diffuser in a reflectance sensor significantly

reduces the amount of light reaching the detector. *See supra* § VIII.B. Less light leads to less signal, and less signal can lead to lower or no oxygen or pulse rate measurement accuracy. Thus, again, a POSITA having Ackermans' device would not look to Chin's diffuser because the addition of the diffuser in a sensor applied to sufficiently thick tissue would negatively impact the accuracy of an attached pulse oximeter.

**2. Chin's diffuser would not improve Ackermans in the same way**

79. Dr. Anthony opines that it would have been obvious for a POSITA to combine Chin's diffuser and Ackermans' device because "doing so would have amounted to nothing more than the use of a known technique to improve similar devices in the same way . . . ." EX1003 ¶ 62. But as I have just explained, Chin's transmittance sensor includes a diffuser in a nostril sensor to specifically address Chin's thin tissue problem. Chin's sensor is not similar to Ackermans. Ackermans' reflectance sensor is for thick tissue and does not have the same concerns. Moreover, as I have demonstrated through my experiments, a diffuser would not improve a reflectance sensor like Ackermans. *See supra* § VIII.B. Rather, the diffuser would decrease the amount of light that reaches the detector. In my opinion, a POSITA having Ackermans' device would not have been motivated to combine Chin's diffuser based on Dr. Anthony's reasoning.

### 3. <u>No evidence of a reasonable expectation of success</u>

80. Dr. Anthony opines a POSITA would have a reasonable expectation of successfully "integrating the diffuser of Chin into the pulse oximetry sensor of Ackermans" because the POSITA would implement the diffuser "specifically the way described in Chin." EX1003 ¶ 162. However, Chin fails to disclose any specific way of implementation. Chin states in total, "Also shown is an optional diffuser 180 for diffusing the light from emitter 176 . . . ." EX1006 at 8:24-25. FIG. 7B, below annotated, fails to provide much additional detail.

*Id.* at FIG. 7B (annotated). Chin's block diagram of its transmittance-type, nostril sensor shows reference number 180 generally pointing toward sensor pad 172 near the emitter 176.

81. Dr. Anthony provides no evidence of a reasonable expectation of success. As I explained above, combining a reflectance-type sensor with a diffuser on tissue, sufficiently thick for ample backscattering, ***reduces*** the amount of light reaching the detector, in some instances by half or more. *See supra* § VIII.B. A POSITA would also know that significantly reducing light at the detector increases

errors in oxygen and pulse rate measurements. Thus, there is no evidence that the proposed combination would be successful.

### 4. Ackermans and Chin teach two different types of sensors

82. Ackermans and Chin teach two different types of sensors designed for anatomically different measurement sites.

| **Ackermans**<br>**Wrist-Worn Reflective-Type** | **Chin**<br>**Nostril, Transmissive-Type** |
|---|---|
| FIG. 1 | FIG. 7B. |

83. As shown above, Ackermans teaches a reflectance-type sensor that can be implemented within a wristwatch. EX1016 at 4:22-24, 10:31-32. The wrist is a low-density vascular area (meaning there is not much blood flow). *See* EX2009 at 1129. The wrist presents its own challenges for finding strong AC signal, making it difficult to measure high-quality data on the wrist.

84. In contrast, Chin teaches a transmittance-type sensor for the nostril. EX1006 at 8:21-22. Unlike the wrist, the nostril walls are relatively thin and highly perfused (meaning there is a lot of blood flow), making it easier to measure a strong

signal. *See* EX2008 at 1109. But because the nostril walls are so thin, light passing directly through the nostril walls encounters only a small volume of blood, giving a worse signal-to-noise ratio. Thus, designers of nostril sensors must consider how to cause light to encounter more tissue. *Id.* For example, Chin's detector 178 is offset from its emitter 176. EX1006 at FIG. 7B. "This causes the light emitted by the emitters to pass through more blood-perfused tissue to reach the detector than it would on the direct path . . . if the emitters and detector were opposite each other." *Id.* at Abstract.

85. A POSITA would have understood that the sensor design changes based on anatomy. A POSITA actually considering the differences between the nostril and the wrist would have understood that the diffuser would be desirable for Chin's transmissive-type, nostril sensor, but not Ackermans' reflectance-type, wrist-worn sensor. A POSITA would have understood that Chin's diffuser would reduce the amount of light detected by a reflectance-type sensor like Ackermans worn on the wrist. *See supra* § VIII.B.

#### 5. **Apple's proposed modification would make Ackermans perform worse**

86. Apple's proposed modification would make Ackermans perform worse.

87. Ackermans does not need a diffuser because its "light emitter and the photo-detector are arranged concentric to each other in a compact way." EX1016 at

2:31-32. Ackermans makes its sensor compact so the "signal delivered by the photo-detector 30 is less affected by movement artifacts." *Id.* at 5:28-33. Even if a POSITA added a diffuser to Ackermans' device, which they would not, the diffuser would spread the light out, effectively causing the photodetector element to be spaced further from the light source. A POSITA would not make such a modification because Ackermans explicitly positions its photodetector close to the light emitter.

88. Moreover, Ackermans is a battery-powered device. EX1016 at 10:31-33. Even if a POSITA added a diffuser to Ackermans' battery-powered device, which they would not, the diffuser would spread the light out, effectively causing the photodetector element to be spaced further from the light source and requiring a higher-intensity light source. *See* EX1014 at 19:13-18. The higher-intensity light source would consume more power. Managing power consumption is a critical design consideration for battery-powered devices. A POSITA would not have been motivated to modify Ackermans' battery-powered device in a manner that would consume additional power.

**6. Ackermans already spreads light**

89. Dr. Anthony opines a POSITA would have been motivated to incorporate Chin's diffuser into the pulse oximeter of Ackermans "because the diffuser will cause the light 'to pass through more tissue, and thus more blood.'" EX1003 ¶ 163 (quoting EX1006 at 2:4-7). But a POSITA would understand that

Ackermans' light emitter 20 is recessed from the skin surface. As shown below, the emitted light 21 spreads in a pattern expected by Ackermans, as indicated below.

FIG. 1

EX1016 at FIG. 1. Ackermans discloses a compact design to minimize the effects of motion artifacts. EX1016 at 5:28-33. A POSITA would not have been motivated to add Chin's diffuser to Ackerman's device because Ackermans already carefully arranged its optical elements to minimize the effects of motion artifacts. A diffuser's further spreading of the light simply negates Ackermans' efforts.

90. For at least these reasons, I do not believe the combination of Ackermans and Chin would render claims 6, 14, and 21 obvious.

## IX. OATH

91. I declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

Dated: 8/9/21 By: Vijay K Madisetti
Vijay K Madisetti, Ph.D

53935569

# Appendix

**Materials:**

Sensor

RD SET™ TFA-1 Disposable Transflectance Sensor (P/N 4016, Lot R21F9J)

For baseline

With diffusers

 

Diffusers

| Manufacturer | Diffuser Model | Material | Thickness | | Description |
|---|---|---|---|---|---|
| | | | mm | mil | |
| Luminit | L80P-1 | Polycarbonate | 0.254 | 10 | 80° omnidirectional |
| Berry Plastics | 3426B | Polyethylene | 0.1016 | 4 | White Opaque |

Phantom

| Vendor | Phantom Model | Serial & Batch | μa [$cm^{-1}$] | μs' [$cm^{-1}$] | Vendor Characterization Λ [nm] | Mean OWL Sensor $RSO_2$ [%] | Length x Width x Height [$mm^3$] |
|---|---|---|---|---|---|---|---|
| Biomimic | INO-1A/B | F0398 B0403 | 0.152 | 9.6 | 800 | 63-65 | 120.4 x 72.25 x 50.15 |

<u>Setup</u>

A custom data collector (shown in blue below) provided drive signals to the emitters of the sensor and collected signals responsive to the output of detectors of the sensor. This data collector is commonly used by Masimo to develop and test commercial sensor products.

A computer included software designed to instruct the data collector on methodologies for driving the emitters, e.g., what drive currents for what emitters at what modulation. The software stored the results of data collection in output files.

A butterfly sensor weight (shown as a silver rectangular block with a center knob for lifting) can be placed on top of the sensor to ensure quality interaction between the sensor and the biomimic.



**Method:**

Reference Dataset:

- Apply bare sensor to phantom (nothing over the emitter)

- Place weight over sensor

- Drive current through the sensor at the following values: 50 mA red light, 100 mA red light, 50 mA infrared light, and 100 mA infrared light
- Measure light intensity detected by the detector for each current value
- Repeat twice for a total of three data sets

Experimental Datasets:

- For each diffuser, apply diffuser over emitter with sensor adhesive

- Apply sensor to phantom

- Place weight over sensor

- Drive current through the sensor at the following values: 50 mA red light, 100 mA red light, 50 mA infrared light, and 100 mA infrared light
- Measure light intensity detected by the detector for each current value
- Repeat twice for a total of three data sets

7/16/2021 Apple, Inc. v. Masimo Corp. Brian Anthony, Ph.D.

Page 1

UNITED STATES PATENT AND TRADEMARK OFFICE

______________________________

BEFORE THE PATENT TRIAL AND APPEAL BOARD

________________________________

APPLE INC.

Petitioner,

v.

MASIMO CORPORATION,

Patent Owner

_______________________________

IRP2020-01722

Patent 10,470,695

DEPOSITION OF DR. BRIAN W. ANTHONY

July 16, 2021

12:00 p.m. Eastern Time

Reported by: Eileen Mulvenna, CSR/RMR/CRR

_____________________________________________________

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

www.DigitalEvidenceGroup.com Digital Evidence Group C'rt 2021 202-232-0646

**Masimo Ex. 2003**
Apple v. Masimo, IPR2020-01722

**Appx1853**

Chin's diffuser between the emitter and the tissue measurement site.

BY MS. LAM:

Q. We keep talking about the combination. So you did not find it necessary to discuss the arrangement of the optical diffuser 180 and the Chin reference by itself; is that correct?

MR. SMITH: Objection; form.

THE WITNESS: I talk about the combination of Sarantos and Mendelson and Chin starting on page 64. I do not discuss Chin in isolation, but what a POSITA would under- -- would -- would have been motivated to incorporate Chin's teachings resulting in a stronger noise with less relative noise. Using a diffuser to spread the light was well known in the art as evidenced by Chin.

BY MS. LAM:

Q. So looking at Figure 7B of Chin, can you tell me how far the optical diffuser 180 extends?

MR. SMITH: Objection; form.