NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**MASIMO CORPORATION,**
*Appellant*

v.

**APPLE INC.,**
*Appellee*

2022-1895

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01722.

**ON MOTION**

**O R D E R**

Upon consideration of Masimo Corporation's motion for leave to file the reply brief out of time,

IT IS ORDERED THAT:

The motion is granted. ECF No. 28 is accepted as the reply brief.

FOR THE COURT

April 18, 2023              /s/ Peter R. Marksteiner
    Date                    Peter R. Marksteiner
                              Clerk of Court